ELECTRONICALLY FILED
2017 Aug 22 9:02 AM
CLERK OF COURT

**IN THE CIRCUIT COURT OF SHELBY COUNTY, TENNESSEE FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS**

---

DEVIN BYRD, A Minor by and
Through his Next Friend and Mother,
ANTOINETTE LUNDY,

Plaintiffs,

vs. NO. CT-________________

JURY DEMANDED

SHELBY COUNTY HEALTH CARE CORPORATION,
SHELBY COUNTY HEALTH CARE CORPORATION,
DBA REGIONAL MEDICAL CENTER;
SHELBY COUNTY HEALTH CARE CORPORATION,
DBA REGIONAL ONE HEALTH;
CHRIST COMMUNITY HEALTH SERVICES, INC.;
WILLIAM MULLINAX, M.D.;
ELLISA RAUSCH KRUMM, M.D.; and
DAVID JORDAN PASLAY, M.D.,

Defendants.

---

**COMPLAINT**

---

COME NOW the Plaintiffs, by and through counsel, and for cause of action against the Defendants would show unto the court as follows:

**JURISDICTION AND VENUE**

1. Antoinette Lundy is the natural parent and next of kin of the Minor Plaintiff, Devin Byrd. She brings this action as the natural parent of Devin Byrd and does so in that capacity. At all times pertinent hereto, Plaintiff was a resident of Shelby County, Tennessee.

2. Defendant, Shelby County Health Care Corporation, upon information and belief

is a Tennessee Corporation with its principal offices located at 877 Jefferson Avenue, Memphis, Tennessee 38103. The registered agent for service of process is Monica Wharton, at the same address herein. Defendant is subject to the jurisdiction and venue of this court. Plaintiffs specifically allege that valid service of process has been issued and properly served upon the Defendant herein.

3. Defendant, Shelby County Health Care Corporation, dba The Regional Medical Center, upon information and belief is a Tennessee Corporation providing medical care to persons in Memphis and Shelby County area through its agents, servants and employees. Its principal place of business is 877 Jefferson Avenue, Memphis, Tennessee 38103. The registered agent for service of process is Monica Wharton and can be served at the same address herein. Defendant is subject to the jurisdiction and venue of this court. Plaintiffs specifically allege that valid service of process has been issued and properly served upon the Defendant, herein.

4. Defendant, Shelby County Health Care Corporation, dba Regional One Health, upon information and belief is a Tennessee Corporation providing medical care to persons in Memphis and Shelby County area through its agents, servants and employees. Its principal place of business is 877 Jefferson Avenue, Memphis, Tennessee 38103. The registered agent for service of process is Monica Wharton and can be served at the same address herein. Defendant is subject to the jurisdiction and venue of this court. Plaintiffs specifically allege that valid service of process has been issued and properly served upon the Defendant, herein.

5. Defendant, Christ Community Health Services, Inc., upon information and belief, is a Tennessee Corporation providing medical care to persons in Memphis and the Shelby

County area through its agents, servants and/or employees. Its principal office is located at 2595 Central Avenue, Memphis, Tennessee 38104. The registered agent for service of process is CT Corporation System, Inc., and may be served with process by delivering a copy of the summons and complaint to 800 S. Gay Street, Ste. 2021, Knoxville, Tennessee 37929. Defendant is subject to the jurisdiction and venue of this court. Plaintiffs specifically allege that valid service of process has been issued and properly served upon the Defendant herein.

6.   Defendant, William Mullinax, M.D., upon information and belief, is a medical doctor licensed to practice medicine in the state of Tennessee, whose principal office is located at 969 Frayser Blvd., Memphis, Tennessee 38127.  Defendant may be served with process by delivering a copy of the summons and complaint to him at the same address herein.  Defendant is subject to the jurisdiction and venue of this court. Plaintiffs specifically allege that valid service of process has been issued and properly served upon the Defendant herein.

7.   Defendant, Ellisa Rausch Krumm, M.D., upon information and belief, is a medical doctor licensed to practice medicine in the state of Tennessee, whose principal office is located at 1500 S. Main Street, Fort Worth, Texas 76104.  Defendant may be served with process by delivering a copy of the summons and complaint to her at the same address herein.  Defendant is subject to the jurisdiction and venue of this court. Plaintiffs specifically allege that valid service of process has been issued and properly served upon the Defendant herein.

9.   Defendant, David Jordan Paslay, M.D., upon information and belief, is a medical doctor licensed to practice medicine in the state of Tennessee, whose principal office is

located at 4095 American Way, Ste. 1, Memphis, Tennessee 38118. Defendant may be served with process by delivering a copy of the summons and complaint to him at the same address herein. Defendant is subject to the jurisdiction and venue of this court. Plaintiffs specifically allege that valid service of process has been issued and properly served upon the Defendant herein.

10. Plaintiffs' cause of action arises in tort and as a result of injuries and damages due to the negligence and malpractice of these Defendants in Shelby County, Tennessee.

11. Plaintiffs have complied with the notice requirements set forth in Tennessee Code Annotated Section 29-26-121(a). The supporting documentation specified in subdivisions (a)(2), (a)(3)(B), and (a)(4), are attached hereto, including the actual notice letters sent to each Defendant, the certificate of mailing, and an affidavit of the party mailing the notice.

**FACTS**

12. Antoinette Lundy was a 21 year old female pregnant with her first child in 2014. She received prenatal care at Christ Community.

13. On May 1, 2014, at approximately 9:40 am when Ms. Lundy was approximately 40 weeks along in her pregnancy, she reported to Defendant's facility, The Regional Medical Center, for induction of labor.

14. On May 2, 2014, day two of Ms. Lundy's labor, a pattern of variable decelerations starts to show up at around 5:00 pm. Around 5:30 pm the fetal monitor strip shows stronger decelerations.

15. The fetal monitor strip continued to show worsening heart rate decelerations which went unaddressed by the Defendants who continued to push in the face of the concerning heart rate.

15. Eventually the Defendants delivered Infant, Devin Byrd, via emergency cesarean section at 7:10 pm with apgars of 1, 2, and 2.

16. Devin was transferred to the NICU and was found to be having seizure activity and underwent head cooling. He was discharged home several weeks later with a diagnoses of Hypoxic Ischemic Encephalopathy.

17. As a result of the deviations of the standard of care by Defendants, either directly or through their agents, apparent agents, servants, or employees, Devin Byrd sustained severe, permanent and irreparable brain damage.

18. At all times pertinent herein, the Defendants were responsible either directly, or through their agents, and/or apparent agents, servants, or employees, for providing health care services to the Plaintiffs. The Plaintiffs were caused to suffer injuries and damages proximately caused by the negligence and malpractice of the Defendants, as set forth hereinafter.

**ACTS OF NEGLIGENCE**

19. The Defendants are guilty of one or more of the following acts of negligence, each and every act being a direct and proximate cause of the injuries and damages to Plaintiffs:

a) negligently and carelessly failing to exercise that degree of care and caution as required of reasonable, prudent, healthcare providers, under the same or similar circumstances;

b) negligently and carelessly deviating from the standard of care that is required and expected of Defendants as they existed under the circumstances;

c) negligently and inappropriately failing to obtain Antoinette Lundy's informed consent;

d) Negligently and carelessly failing to timely and properly assess the medical condition of Antoinette Lundy and her unborn son, Devin;

e) Negligently and inappropriately failing to intervene timely and appropriately;

f) Negligently and inappropriately failing to take steps to ensure that c-section was performed in a timely manner to prevent injury to infant Devin;

g) negligently acting with less than, or failing to act with ordinary and reasonable care in accordance with the recognized standard of care of acceptable professional practice; and

h) The nursing staff negligently and carelessly failed to properly perform their duties as it relates to Antoinette Lundy and her unborn son.

20. Had the Defendants adhered to the requisite standard of care, and timely evaluated and intervened, the Minor Plaintiff would not have suffered severe and permanent brain damage.

**INJURIES AND DAMAGES**

21. The Minor Plaintiff, Devin Byrd, as a direct and proximate result of one or more of the above acts of negligence, suffered the following injuries and damages which would not have occurred but for the Defendants' negligence:

a. Severe, permanent and irreparable brain damage;

b. Great fright and shock;

c. Great past, present and future conscious physical pain and suffering;

d. Great past, present and future mental and emotional anguish;

e. Large medical expenses past, present, and future;

f. Loss of future earning capacity;

g. Loss of enjoyment of life

h. Loss of future services, society, and consortium;

i. All other damages recoverable under the laws of Tennessee.

**RELIEF SOUGHT**

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray for damages in the amount of Twenty Million Dollars ($20,000,000.00), and reserve the right to amend this pleading to conform to the facts as they may develop, for costs and interest and for all other relief justified by the facts under the law or equity.

PLAINTIFFS DEMAND A JURY OF TWELVE TO TRY THESE ISSUES WHEN JOINED.

Respectfully submitted,

**HOLTON LAW FIRM, PLLC**

Timothy Holton (11832)
296 Washington Avenue
Memphis, TN 38103
901-523-2222

ELECTRONICALLY FILED
2017 Aug 22 9:02 AM
CLERK OF COURT

**IN THE CIRCUIT COURT OF SHELBY COUNTY, TENNESSEE FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS**

---

DEVIN BYRD, A Minor by and
Through his Next Friends and Mother,
ANTOINETTE LUNDY,

Plaintiffs,

vs. NO. CT-________________

JURY DEMANDED

SHELBY COUNTY HEALTH CARE CORPORATION,
SHELBY COUNTY HEALTH CARE CORPORATION,
DBA REGIONAL MEDICAL CENTER;
SHELBY COUNTY HEALTH CARE CORPORATION,
DBA REGIONAL ONE HEALTH;
CHRIST COMMUNITY HEALTH SERVICES, INC.;
WILLIAM MULLINAX, M.D.;
ELLISA RAUSCH KRUMM, M.D.; and
DAVID JORDAN PASLAY, M.D.,

Defendants.

---

**AFFIDAVIT OF JANE HOLTON**

---

STATE OF TENNESSEE }
COUNTY OF SHELBY }

COMES NOW, your affiant, Jane Holton, who being duly sworn does depose and state as follows:

1. My name is Jane Holton, and I am an employee of The Holton Law Firm, PLLC.
2. On April 28, 2017, I mailed the attached notice letters, along with a list of the name and address of all providers being sent a notice, and a HIPAA compliant medical authorization, to the following:

(a) Shelby County Health Care Corporation;

(b) Shelby County Health Care Corporation dba Regional Medical Center;

(c) Shelby County Health Care Corporation dba Regional One Health;

(d) William G. Mullinax, M.D.;

(e) Ellisa Rausch Krumm, M.D..;

(f) David Jordan Paslay, M.D.;

(g) Alexander Kieu, M.D.;

(h) Gareth Bridges, M.D.; and

(i) Christ Community Health Services, Inc.;

(j) State of Tennessee

3. The specified notices were timely mailed by certified mail, return receipt requested.

Further the Affiant sayeth not.

Jane Holton

Jane Holton

**ACKNOWLEDGMENT**

Sworn to and subscribed before me, a notary public on this 21 day of August 2017.

Notary Public

My Commission Expires: 2-29-20

CHRISTIE MENNE
STATE OF TENNESSEE NOTARY PUBLIC
SHELBY COUNTY

U.S. Postal Service
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

7010 1670 0000 4988 8795

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total P[illegible] | |

Postmark Here

Sent To: Shelby County Health Care Corporation
Street, Apt. No., or PO Box No.: 877 Jefferson Avenue
City, State: Memphis, Tennessee 38103-2807

---

UNITED STATES POSTAL SERVICE®

Certificate Of Mailing

To pay fee, affix stamps or meter postage here.

US POSTAGE $01.35

Mailed From 38103
04/28/2017
032A 0061842869

The Holton Law Firm, PLLC
296 Washington Avenue
Memphis, TN 38103

Postmark Here

To: Shelby County Health Care Corporation
877 Jefferson Avenue
Memphis, Tennessee 38103-2807

PS Form 3817, April 2007 PSN 7530-02-000-9065

---

UNITED STATES POSTAL SERVICE®

Certificate Of Mailing

To pay fee, affix stamps or meter postage here.

US POSTAGE $01.35

Mailed From 38103
04/28/2017
032A 0061842869

The Holton Law Firm, PLLC
296 Washington Avenue
Memphis, TN 38103

Postmark Here

To: Shelby County Health Care Corporation
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807

PS Form 3817, April 2007 PSN 7530-02-000-9065

---

U.S. Postal Service
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

7010 1670 0000 4988 8801

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total P[illegible] | $ |

Postmark Here

Sent To: Shelby County Health Care Corporation
c/o Registered Agent: Monica Wharton
Street, Apt. No., or PO Box No.: 877 Jefferson Avenue
City, State: Memphis, Tennessee 38103-2807



296 Washington Avenue
Memphis, TN 38103
phone: 901-523-2222
fax: 901-523-2232
holtonlaw.com

April 28, 2017

Shelby County Health Care Corporation
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807

RE: Notice of Potential Health Care Liability Action
Date of Incident – May 1, 2014 – May 2, 2014

Dear Sir or Madam,

The Holton Law Firm represents your patient. Based on the records we have obtained, we are notifying you of the intent to file a health care liability lawsuit regarding the medical care of the patient.

Pursuant to the provisions of Tennessee Code Annotated §29-26-121, you are provided the following information:

- **Full Name of Patient**: Devin Byrd, minor
- **Date of Birth of Patient**: [redacted]
- **Full Name of Patient**: Antoinette Lundy
- **Date of Birth of Patient**: [redacted]
- **Name/Relationship of Claimant(s) Authorizing Notice**: Antoinette Lundy, mother of Devin Byrd.
- **Address of Claimant Authorizing Notice**: 106 Carl Brinkley Circle, Apt. 106, Daytona Beach, FL 32114
- **Name of Attorney Sending Notice**: Timothy R. Holton
- **Address of Attorney Sending Notice**: 296 Washington Avenue, Memphis, Tennessee 38103

Also enclosed are the following documents:

- A list of the names and addresses of all providers being sent a notice
- A HIPAA compliant medical authorization allowing you to obtain complete medical records from each other provider being sent a notice

John R. Holton
Licensed in Tennessee and Arkansas

Timothy R. Holton
Licensed in TN, MS, AR, and FL
NBTA Certified Civil Trial Specialist and ABPLA Medical Malpractice Specialist

Of Counsel
Michael P. McGartland
Licensed in Tennessee, Texas and Mississippi

**You do NOT have permission to discuss this matter with any other health care provider. This applies TO you, to all persons in your office, and to your legal counsel.**

Plaintiffs specifically maintain the right to confidentiality provided by all applicable state and federal law.

In addition, we are requesting that you agree to submit to an examination under oath, so that you may present your side of this controversy for our consideration. You are not obligated to do so, but we make this request so that we may consider ALL THE FACTS related to this matter understanding that many of the facts may not be contained in the medical records themselves.

In the event that you choose not to submit to an examination under oath at this point, be advised that we will need to secure your deposition at the earliest opportunity after the lawsuit has been filed and prior to any hearing on dispositive motions.

If you wish to avoid litigation altogether, please have someone with settlement authority contact me immediately.

We believe that this letter complies with the requirements of T.C.A. §29-26-121. If you believe it is deficient in any way, please promptly let me know so that the deficiency can be addressed. If we do not promptly hear from you, it will indicate that you believe this notice letter complies with the law.

Very truly yours,

**HOLTON LAW FIRM, PLLC**

Timothy R. Holton

TRH/cr
Enclosures: HIPAA Authorization
Provider Notice List

PROVIDER NOTICE LIST PURSUANT TO T.C.A. 29-26-121(a)(2)(d)

1) **Shelby County Health Care Corporation**

Shelby County Health Care Corporation
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
(Principal *address listed by TN Secretary of State Website)*

Shelby County Health Care Corporation
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
*(Registered Agent's Address listed by TN Secretary of State Website)*

2) **Shelby County Health Care Corporation dba Regional Medical Center at Memphis**

Shelby County Health Care Corporation dba Regional Medical Center at Memphis
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
(Principal *address listed by TN Secretary of State Website)*

Shelby County Health Care Corporation dba Regional Medical Center at Memphis
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
*(Registered Agent's Address listed by TN Secretary of State Website)*

3) **Shelby County Health Care Corporation dba Regional One Health**

Shelby County Health Care Corporation dba Regional One Health
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
(Principal *Address listed by TN Secretary of State Website)*

Shelby County Health Care Corporation dba Regional One Health
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
*(Registered Agent's Address listed by TN Secretary of State Website)*

4) **William G. Mullinax, M.D.**

William G. Mullinax, M.D.
969 Frayser Blvd.
Memphis, Tennessee 38127

*(Address listed by TN Department of Health Website)*

William G. Mullinax, M.D.
920 Madison Avenue, Suite 447
Memphis, Tennessee 38163-0001
*(Primary practice address as listed by NPPES Website)*

5) **Ellisa Rausch Krumm, M.D.**

Ellisa Rausch Krumm, M.D.
Fort Worth, Texas 76110-1804
*(Address listed by TN Department of Health Website)*

Ellisa Rausch Krumm, M.D.
1500 S Main Street
Fort Worth, Texas 76104-4917
*(Primary practice address as listed by NPPES Website)*

6) **David Jordan Paslay, M.D.**

David Jordan Paslay, M.D.
Memphis, Tennessee 38118
*(Address listed by TN Department of Health Website)*

David Jordan Paslay, M.D.
4095 American Way, Ste. 1
Memphis, Tennessee 38118-8339
*(Primary practice address as listed by NPPES Website)*

7) **Alexander Q. Kieu, M.D.**

Alexander Q. Kieu, M.D.
Kansas City, KS 64124
*(Address listed by TN Department of Health Website)*

Alexander Q. Kieu, M.D.
721 N. 31st Street
Kansas City, KS 66102-3964
*(Primary practice address as listed by NPPES Website)*

8) **Gareth S. Bridges, M.D.**

Gareth S. Bridges, M.D.
Memphis, Tennessee 38114
*(Address listed by TN Department of Health Website)*

Gareth S. Bridges, M.D.
301 S. Derby Street, Suite 200
Sublette, KS 67877-6704
*(Primary practice address as listed by NPPES Website)*

9) **Christ Community Health Services, Inc.**

Christ Community Health Services, Inc.
Paul Makris
2595 Central Avenue
Memphis, Tennessee 38104-5905
*(Principal Address as listed by Tennessee Secretary of State)*

Christ Community Health Services, Inc.
c/o CT Corporation System, Inc.
800 S Gay Street, Ste. 2021
Knoxville, Tennessee 37929-9710
*(Registered Agent's Principal Address listed by TN Secretary of State Website)*

10) **Resurrection Health**

Resurrection Health
Ann Stroup
4095 American Way, Suite 1
Memphis, Tennessee 38118-8339
*(Principal Address as listed by Tennessee Secretary of State)*

Resurrection Health
c/o Registered Agent:
Richard Donlon
4095 American Way, Suite
Memphis, Tennessee 38118-8339
*(Registered Agent's Principal Address as listed by Tennessee Secretary of State)*

11) **State of Tennessee**

State of Tennessee
c/o Office of the Attorney General
Civil Rights and Claims Division
PO Box 20207
Nashville, Tennessee 37202

State of Tennessee
Division of Claims Administration
Andrew Jackson Building, 15th Floor
502 Deaderick Street
Nashville, Tennessee 37243

## AUTHORIZATION TO USE AND DISCLOSE PROTECTED HEALTH INFORMATION

Pursuant to the requirements of T.C.A. 29-26-121 this authorization allows the persons or entities listed below to disclose, obtain and use copies of the complete medical record of **Antoinette Lundy** (hereinafter referred to as patient) as provided in T.C.A. 29-26-121.

1. The undersigned Patient or Personal Representative hereby authorizes the following class of persons: all physicians, therapists, hospitals, pharmacies, laboratories, and other health care providers receiving this authorization to use and disclose the following protected health information described in paragraph 4 below from the medical records of the Patient listed below to the attorneys, paralegals, and/or representatives of the persons or entities listed herein (named in the attached Notice Letter and Provider Notice List). Patient also requests that you provide a copy of those same records to patient's attorneys, Holton Law Firm, PLLC, 296 Washington Avenue, Memphis, TN 38103 at the time you provide copies of the record pursuant to this authorization.

2. **THIS AUTHORIZATION ONLY ALLOWS THE PARTIES LISTED BELOW TO DISCLOSE, OBTAIN AND USE MEDICAL RECORDS. THIS AUTHORIZATION DOES NOT ALLOW YOU TO DISCUSS PATIENT, OR PATIENT'S MEDICAL RECORDS, WITH ANY OTHER HEALTHCARE PROVIDER OR ATTORNEY. PATIENT SPECIFICALLY MAINTAINS THE RIGHTS OF CONFIDENTIALITY PROVIDED BY ALL APPLICABLE STATE AND FEDERAL LAW.**

3. Patient Name: **Antoinette Lundy**
   Date of Birth: [redacted]
   Social Security No.: [redacted]

4. **Description of the information to be used or disclosed:** The protected Health information that is authorized to be disclosed, obtained and used pursuant to this authorization is as follows: patient's entire medical record/chart, including any and all records, reports, and information concerning any medical examination, treatment, or care rendered, including but not limited to, abstracts, pertinent operative reports, ER reports, history and physical, progress notes, lab records, discharge summary, physician orders, consult records, nurses notes, office notes, consults, medications prescribed, correspondence, informed consents, releases to return to work, copies of all x-rays, CT scans, MRI's, and any other diagnostic films or radiologic films and/or reports, any tissue or pathology slides and/or reports. This authorization allows disclosure and use of the medical records for all treatment dates.

5. The undersigned Patient or Personal Representative hereby acknowledges that the information disclosed/released pursuant to this authorization may contain alcohol and drug abuse, psychiatric, HIV or genetic information, and hereby consents to the disclosure of such information.

6. **Purpose of requested use and disclosure:** The purpose of the requested use and disclosure is to comply with T.C.A. 29-26-121.

7. **Expiration:** This authorization will expire six months from the date signed, if not otherwise specified.

8. **Voluntary signing of authorization:** The undersigned Patient or Personal Representative understands that this authorization is voluntary and that the undersigned may refuse to sign it. The undersigned also understands that unless allowed by law, my refusal to sign this authorization will not affect my ability to obtain treatment, receive payment or eligibility for benefits.

9. **Right to revoke and exceptions:** The undersigned Patient or Personal Representative understands the right to revoke this Authorization in writing, at any time, to the organization or persons authorized to release the information, except wherein the organization or person has already relied on it to make use or disclosure.

10. **Possible re-disclosure:** The undersigned Patient or Personal Representative understands that once the protected health information authorized to be disclosed reaches the specified recipient(s), that person(s), or organization(s) may be allowed under applicable law to re-disclose it, at which time it may no longer be protected under Federal or State privacy laws.

11. **Name or other specific identification of person(s), or class of person(s), authorized to make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to use and disclose patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee

12. **Name or other specific identification of person(s), or class of person(s), to whom the covered entity may make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to obtain and use patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee

13. I agree that a photocopy of the original of this Authorization for Release of Medical records shall be as effective as the Original.

[signature]
Signature of Patient or Personal Representative

4-11-17
Date

Self
Relationship and/or authority to act for patient

# AUTHORIZATION TO USE AND DISCLOSE PROTECTED HEALTH INFORMATION

Pursuant to the requirements of T.C.A. 29-26-121 this authorization allows the persons or entities listed below to disclose, obtain and use copies of the complete medical record of **Devin Byrd, minor** (hereinafter referred to as patient) as provided in T.C.A. 29-26-121.

1. The undersigned Patient or Personal Representative hereby authorizes the following class of persons: all physicians, therapists, hospitals, pharmacies, laboratories, and other health care providers receiving this authorization to use and disclose the following protected health information described in paragraph 4 below from the medical records of the Patient listed below to the attorneys, paralegals, and/or representatives of the persons or entities listed herein (named in the attached Notice Letter and Provider Notice List). Patient also requests that you provide a copy of those same records to patient's attorneys, Holton Law Firm, PLLC, 296 Washington Avenue, Memphis, TN 38103 at the time you provide copies of the record pursuant to this authorization.

2. **THIS AUTHORIZATION ONLY ALLOWS THE PARTIES LISTED BELOW TO DISCLOSE, OBTAIN AND USE MEDICAL RECORDS. THIS AUTHORIZATION DOES NOT ALLOW YOU TO DISCUSS PATIENT, OR PATIENT'S MEDICAL RECORDS, WITH ANY OTHER HEALTHCARE PROVIDER OR ATTORNEY. PATIENT SPECIFICALLY MAINTAINS THE RIGHTS OF CONFIDENTIALITY PROVIDED BY ALL APPLICABLE STATE AND FEDERAL LAW.**

3. Patient Name: **Devin Byrd, minor**
   Date of Birth
   Social Security N

4. **Description of the information to be used or disclosed:** The protected Health information that is authorized to be disclosed, obtained and used pursuant to this authorization is as follows: patient's entire medical record/chart, including any and all records, reports, and information concerning any medical examination, treatment, or care rendered, including but not limited to, abstracts, pertinent operative reports, ER reports, history and physical, progress notes, lab records, discharge summary, physician orders, consult records, nurses notes, office notes, consults, medications prescribed, correspondence, informed consents, releases to return to work, copies of all x-rays, CT scans, MRI's, and any other diagnostic films or radiologic films and/or reports, any tissue or pathology slides and/or reports. This authorization allows disclosure and use of the medical records for all treatment dates.

5. The undersigned Patient or Personal Representative hereby acknowledges that the information disclosed/released pursuant to this authorization may contain alcohol and drug abuse, psychiatric, HIV or genetic information, and hereby consents to the disclosure of such information.

6. **Purpose of requested use and disclosure:** The purpose of the requested use and disclosure is to comply with T.C.A. 29-26-121.

7. **Expiration:** This authorization will expire six months from the date signed, if not otherwise specified.

8. **Voluntary signing of authorization:** The undersigned Patient or Personal Representative understands that this authorization is voluntary and that the undersigned may refuse to sign it. The undersigned also understands that unless allowed by law, my refusal to sign this authorization will not affect my ability to obtain treatment, receive payment or eligibility for benefits.

9. **Right to revoke and exceptions:** The undersigned Patient or Personal Representative understands the right to revoke this Authorization in writing, at any time, to the organization or persons authorized to release the information, except wherein the organization or person has already relied on it to make use or disclosure.

10. **Possible re-disclosure:** The undersigned Patient or Personal Representative understands that once the protected health information authorized to be disclosed reaches the specified recipient(s), that person(s), or organization(s) may be allowed under applicable law to re-disclose it, at which time it may no longer be protected under Federal or State privacy laws.

11. **Name or other specific identification of person(s), or class of person(s), authorized to make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to use and disclose patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee

12. **Name or other specific identification of person(s), or class of person(s), to whom the covered entity may make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to obtain and use patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee

13. I agree that a photocopy of the original of this Authorization for Release of Medical records shall be as effective as the Original.

[signature] (Antoinette Lundy) 4-11-17
Signature of Patient or Personal Representative Date

Mom (Mother of Devin Byrd)
Relationship and/or authority to act for patient





UNITED STATES POSTAL SERVICE®

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.

The Holton Law Firm, PLLC
296 Washington Avenue
Memphis, TN 38103

To pay fee, affix stamps or meter postage here.

US POSTAGE
$01.35
Mailed From 38103
04/28/2017
032A 0061842669

Postmark Here

To:

Shelby County Health Care Corporation
Dba Regional Medical Center
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807

PS Form 3817, April 2007 PSN 7530-02-000-9065

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

7010 1670 0000 4988 8825

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

Shelby County Health Care Corporation
Dba Regional Medical Center
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

7010 1670 0000 4988 8818

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

Shelby County Health Care Corporation
Dba Regional Medical Center
877 Jefferson Avenue
Memphis, Tennessee 38103-2807

UNITED STATES POSTAL SERVICE®

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.

The Holton Law Firm, PLLC
296 Washington Avenue
Memphis, TN 38103

To pay fee, affix stamps or meter postage here.

US POSTAGE
$01.35
Mailed From 38103
04/28/2017
032A 0061842669

Postmark Here

To:

Shelby County Health Care Corporation
Dba Regional Medical Center
877 Jefferson Avenue
Memphis, Tennessee 38103-2807

PS Form 3817, April 2007 PSN 7530-02-000-9065



296 Washington Avenue
Memphis, TN 38103
phone: 901-523-2222
fax: 901-523-2232
holtonlaw.com

April 28, 2017

Shelby County Health Care Corporation dba
Regional Medical Center at Memphis
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807

RE: Notice of Potential Health Care Liability Action
Date of Incident – May 1, 2014 – May 2, 2014

Dear Sir or Madam,

The Holton Law Firm represents your patient. Based on the records we have obtained, we are notifying you of the intent to file a health care liability lawsuit regarding the medical care of the patient.

Pursuant to the provisions of Tennessee Code Annotated §29-26-121, you are provided the following information:

- **Full Name of Patient**: Devin Byrd, minor
- **Date of Birth of Patient**: [redacted]
- **Full Name of Patient**: Antoinette Lundy
- **Date of Birth of Patient**: [redacted]
- **Name/Relationship of Claimant(s) Authorizing Notice**: Antoinette Lundy, mother of Devin Byrd.
- **Address of Claimant Authorizing Notice**: 106 Carl Brinkley Circle, Apt. 106, Daytona Beach, FL 32114
- **Name of Attorney Sending Notice**: Timothy R. Holton
- **Address of Attorney Sending Notice**: 296 Washington Avenue, Memphis, Tennessee 38103

Also enclosed are the following documents:

- A list of the names and addresses of all providers being sent a notice
- A HIPAA compliant medical authorization allowing you to obtain complete medical records from each other provider being sent a notice

John R. Holton
Licensed in Tennessee and Arkansas

Timothy R. Holton
Licensed in TN, MS, AR, and FL
NBTA Certified Civil Trial Specialist and ABPLA Medical Malpractice Specialist

Of Counsel
Michael P. McGartland
Licensed in Tennessee, Texas and Mississippi

**You do NOT have permission to discuss this matter with any other health care provider. This applies TO you, to all persons in your office, and to your legal counsel.**

Plaintiffs specifically maintain the right to confidentiality provided by all applicable state and federal law.

In addition, we are requesting that you agree to submit to an examination under oath, so that you may present your side of this controversy for our consideration. You are not obligated to do so, but we make this request so that we may consider ALL THE FACTS related to this matter understanding that many of the facts may not be contained in the medical records themselves.

In the event that you choose not to submit to an examination under oath at this point, be advised that we will need to secure your deposition at the earliest opportunity after the lawsuit has been filed and prior to any hearing on dispositive motions.

If you wish to avoid litigation altogether, please have someone with settlement authority contact me immediately.

We believe that this letter complies with the requirements of T.C.A. §29-26-121. If you believe it is deficient in any way, please promptly let me know so that the deficiency can be addressed. If we do not promptly hear from you, it will indicate that you believe this notice letter complies with the law.

Very truly yours,

**HOLTON LAW FIRM, PLLC**

Timothy R. Holton

TRH/cr
Enclosures: HIPAA Authorization
Provider Notice List

**PROVIDER NOTICE LIST PURSUANT TO T.C.A. 29-26-121(a)(2)(d)**

1) **Shelby County Health Care Corporation**

Shelby County Health Care Corporation
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
(Principal a*ddress listed by TN Secretary of State Website)*

Shelby County Health Care Corporation
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
*(Registered Agent's Address listed by TN Secretary of State Website)*

2) **Shelby County Health Care Corporation dba Regional Medical Center at Memphis**

Shelby County Health Care Corporation dba Regional Medical Center at Memphis
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
(Principal a*ddress listed by TN Secretary of State Website)*

Shelby County Health Care Corporation dba Regional Medical Center at Memphis
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
*(Registered Agent's Address listed by TN Secretary of State Website)*

3) **Shelby County Health Care Corporation dba Regional One Health**

Shelby County Health Care Corporation dba Regional One Health
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
(Principal *Address listed by TN Secretary of State Website)*

Shelby County Health Care Corporation dba Regional One Health
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
*(Registered Agent's Address listed by TN Secretary of State Website)*

4) **William G. Mullinax, M.D.**

William G. Mullinax, M.D.
969 Frayser Blvd.
Memphis, Tennessee 38127

*(Address listed by TN Department of Health Website)*

William G. Mullinax, M.D.
920 Madison Avenue, Suite 447
Memphis, Tennessee 38163-0001
*(Primary practice address as listed by NPPES Website)*

5) **Ellisa Rausch Krumm, M.D.**

Ellisa Rausch Krumm, M.D.
Fort Worth, Texas 76110-1804
*(Address listed by TN Department of Health Website)*

Ellisa Rausch Krumm, M.D.
1500 S Main Street
Fort Worth, Texas 76104-4917
*(Primary practice address as listed by NPPES Website)*

6) **David Jordan Paslay, M.D.**

David Jordan Paslay, M.D.
Memphis, Tennessee 38118
*(Address listed by TN Department of Health Website)*

David Jordan Paslay, M.D.
4095 American Way, Ste. 1
Memphis, Tennessee 38118-8339
*(Primary practice address as listed by NPPES Website)*

7) **Alexander Q. Kieu, M.D.**

Alexander Q. Kieu, M.D.
Kansas City, KS 64124
*(Address listed by TN Department of Health Website)*

Alexander Q. Kieu, M.D.
721 N. 31st Street
Kansas City, KS 66102-3964
*(Primary practice address as listed by NPPES Website)*

8) **Gareth S. Bridges, M.D.**

Gareth S. Bridges, M.D.
Memphis, Tennessee 38114
*(Address listed by TN Department of Health Website)*

Gareth S. Bridges, M.D.
301 S. Derby Street, Suite 200
Sublette, KS 67877-6704
*(Primary practice address as listed by NPPES Website)*

9) **Christ Community Health Services, Inc.**

Christ Community Health Services, Inc.
Paul Makris
2595 Central Avenue
Memphis, Tennessee 38104-5905
*(Principal Address as listed by Tennessee Secretary of State)*

Christ Community Health Services, Inc.
c/o CT Corporation System, Inc.
800 S Gay Street, Ste. 2021
Knoxville, Tennessee 37929-9710
*(Registered Agent's Principal Address listed by TN Secretary of State Website)*

10) **Resurrection Health**

Resurrection Health
Ann Stroup
4095 American Way, Suite 1
Memphis, Tennessee 38118-8339
*(Principal Address as listed by Tennessee Secretary of State)*

Resurrection Health
c/o Registered Agent:
Richard Donlon
4095 American Way, Suite
Memphis, Tennessee 38118-8339
*(Registered Agent's Principal Address as listed by Tennessee Secretary of State)*

11) **State of Tennessee**

State of Tennessee
c/o Office of the Attorney General
Civil Rights and Claims Division
PO Box 20207
Nashville, Tennessee 37202

State of Tennessee
Division of Claims Administration
Andrew Jackson Building, 15th Floor
502 Deaderick Street
Nashville, Tennessee 37243

## AUTHORIZATION TO USE AND DISCLOSE PROTECTED HEALTH INFORMATION

Pursuant to the requirements of T.C.A. 29-26-121 this authorization allows the persons or entities listed below to disclose, obtain and use copies of the complete medical record of **Antoinette Lundy** (hereinafter referred to as patient) as provided in T.C.A. 29-26-121.

1. The undersigned Patient or Personal Representative hereby authorizes the following class of persons: all physicians, therapists, hospitals, pharmacies, laboratories, and other health care providers receiving this authorization to use and disclose the following protected health information described in paragraph 4 below from the medical records of the Patient listed below to the attorneys, paralegals, and/or representatives of the persons or entities listed herein (named in the attached Notice Letter and Provider Notice List). Patient also requests that you provide a copy of those same records to patient's attorneys, Holton Law Firm, PLLC, 296 Washington Avenue, Memphis, TN 38103 at the time you provide copies of the record pursuant to this authorization.

2. **THIS AUTHORIZATION ONLY ALLOWS THE PARTIES LISTED BELOW TO DISCLOSE, OBTAIN AND USE MEDICAL RECORDS. THIS AUTHORIZATION DOES NOT ALLOW YOU TO DISCUSS PATIENT, OR PATIENT'S MEDICAL RECORDS, WITH ANY OTHER HEALTHCARE PROVIDER OR ATTORNEY. PATIENT SPECIFICALLY MAINTAINS THE RIGHTS OF CONFIDENTIALITY PROVIDED BY ALL APPLICABLE STATE AND FEDERAL LAW.**

3. Patient Name: **Antoinette Lundy**
   Date of Birth: [redacted]
   Social Security No.: [redacted]

4. **Description of the information to be used or disclosed:** The protected Health information that is authorized to be disclosed, obtained and used pursuant to this authorization is as follows: patient's entire medical record/chart, including any and all records, reports, and information concerning any medical examination, treatment, or care rendered, including but not limited to, abstracts, pertinent operative reports, ER reports, history and physical, progress notes, lab records, discharge summary, physician orders, consult records, nurses notes, office notes, consults, medications prescribed, correspondence, informed consents, releases to return to work, copies of all x-rays, CT scans, MRI's, and any other diagnostic films or radiologic films and/or reports, any tissue or pathology slides and/or reports. This authorization allows disclosure and use of the medical records for all treatment dates.

5. The undersigned Patient or Personal Representative hereby acknowledges that the information disclosed/released pursuant to this authorization may contain alcohol and drug abuse, psychiatric, HIV or genetic information, and hereby consents to the disclosure of such information.

6. **Purpose of requested use and disclosure:** The purpose of the requested use and disclosure is to comply with T.C.A. 29-26-121.

7. **Expiration:** This authorization will expire six months from the date signed, if not otherwise specified.

8. **Voluntary signing of authorization:** The undersigned Patient or Personal Representative understands that this authorization is voluntary and that the undersigned may refuse to sign it. The undersigned also understands that unless allowed by law, my refusal to sign this authorization will not affect my ability to obtain treatment, receive payment or eligibility for benefits.

9. **Right to revoke and exceptions:** The undersigned Patient or Personal Representative understands the right to revoke this Authorization in writing, at any time, to the organization or persons authorized to release the information, except wherein the organization or person has already relied on it to make use or disclosure.

10. **Possible re-disclosure:** The undersigned Patient or Personal Representative understands that once the protected health information authorized to be disclosed reaches the specified recipient(s), that person(s), or organization(s) may be allowed under applicable law to re-disclose it, at which time it may no longer be protected under Federal or State privacy laws.

11. **Name or other specific identification of person(s), or class of person(s), authorized to make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to use and disclose patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee

12. **Name or other specific identification of person(s), or class of person(s), to whom the covered entity may make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to obtain and use patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee

13. I agree that a photocopy of the original of this Authorization for Release of Medical records shall be as effective as the Original.

[signature] 4-11-17

Signature of Patient or Personal Representative    Date

Self

Relationship and/or authority to act for patient

# AUTHORIZATION TO USE AND DISCLOSE PROTECTED HEALTH INFORMATION

Pursuant to the requirements of T.C.A. 29-26-121 this authorization allows the persons or entities listed below to disclose, obtain and use copies of the complete medical record of **Devin Byrd, minor** (hereinafter referred to as patient) as provided in T.C.A. 29-26-121.

1. The undersigned Patient or Personal Representative hereby authorizes the following class of persons: all physicians, therapists, hospitals, pharmacies, laboratories, and other health care providers receiving this authorization to use and disclose the following protected health information described in paragraph 4 below from the medical records of the Patient listed below to the attorneys, paralegals, and/or representatives of the persons or entities listed herein (named in the attached Notice Letter and Provider Notice List). Patient also requests that you provide a copy of those same records to patient's attorneys, Holton Law Firm, PLLC, 296 Washington Avenue, Memphis, TN 38103 at the time you provide copies of the record pursuant to this authorization.

2. **THIS AUTHORIZATION ONLY ALLOWS THE PARTIES LISTED BELOW TO DISCLOSE, OBTAIN AND USE MEDICAL RECORDS. THIS AUTHORIZATION DOES NOT ALLOW YOU TO DISCUSS PATIENT, OR PATIENT'S MEDICAL RECORDS, WITH ANY OTHER HEALTHCARE PROVIDER OR ATTORNEY. PATIENT SPECIFICALLY MAINTAINS THE RIGHTS OF CONFIDENTIALITY PROVIDED BY ALL APPLICABLE STATE AND FEDERAL LAW.**

3. Patient Name: **Devin Byrd, minor**
   Date of Birth: [redacted]
   Social Security No.: [redacted]

4. **Description of the information to be used or disclosed:** The protected Health information that is authorized to be disclosed, obtained and used pursuant to this authorization is as follows: patient's entire medical record/chart, including any and all records, reports, and information concerning any medical examination, treatment, or care rendered, including but not limited to, abstracts, pertinent operative reports, ER reports, history and physical, progress notes, lab records, discharge summary, physician orders, consult records, nurses notes, office notes, consults, medications prescribed, correspondence, informed consents, releases to return to work, copies of all x-rays, CT scans, MRI's, and any other diagnostic films or radiologic films and/or reports, any tissue or pathology slides and/or reports. This authorization allows disclosure and use of the medical records for all treatment dates.

5. The undersigned Patient or Personal Representative hereby acknowledges that the information disclosed/released pursuant to this authorization may contain alcohol and drug abuse, psychiatric, HIV or genetic information, and hereby consents to the disclosure of such information.

6. **Purpose of requested use and disclosure:** The purpose of the requested use and disclosure is to comply with T.C.A. 29-26-121.

7. **Expiration:** This authorization will expire six months from the date signed, if not otherwise specified.

8. **Voluntary signing of authorization:** The undersigned Patient or Personal Representative understands that this authorization is voluntary and that the undersigned may refuse to sign it. The undersigned also understands that unless allowed by law, my refusal to sign this authorization will not affect my ability to obtain treatment, receive payment or eligibility for benefits.

9. **Right to revoke and exceptions:** The undersigned Patient or Personal Representative understands the right to revoke this Authorization in writing, at any time, to the organization or persons authorized to release the information, except wherein the organization or person has already relied on it to make use or disclosure.

10. **Possible re-disclosure:** The undersigned Patient or Personal Representative understands that once the protected health information authorized to be disclosed reaches the specified recipient(s), that person(s), or organization(s) may be allowed under applicable law to re-disclose it, at which time it may no longer be protected under Federal or State privacy laws.

11. **Name or other specific identification of person(s), or class of person(s), authorized to make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to use and disclose patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee

12. **Name or other specific identification of person(s), or class of person(s), to whom the covered entity may make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to obtain and use patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee

13. I agree that a photocopy of the original of this Authorization for Release of Medical records shall be as effective as the Original.

[signature] (Antoinette Lundy) 4-11-17
Signature of Patient or Personal Representative Date

Mom (Mother of Devin Byrd)
Relationship and/or authority to act for patient

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Shelby County Health Care Corporation
Street, Apt or PO Box: Dba Regional One Health
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
City, State: Memphis, Tennessee 38103-2807

7010 1670 0000 4988 8849

UNITED STATES POSTAL SERVICE®

Certificate Of Mailing

The Holton Law Firm, PLLC
296 Washington Avenue
Memphis, TN 38103

To: Shelby County Health Care Corporation
Dba Regional One Health
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807

To pay fee, affix stamps or meter postage here.

US POSTAGE
$01.35
Mailed From 38103
04/28/2017
032A 0061842869

Postmark Here

PS Form 3817, April 2007 PSN 7530-02-000-9065

UNITED STATES POSTAL SERVICE®

Certificate Of Mailing

The Holton Law Firm, PLLC
296 Washington Avenue
Memphis, TN 38103

Shelby County Health Care Corporation
Dba Regional One Health
877 Jefferson Avenue
Memphis, Tennessee 38103-2807

To pay fee, affix stamps or meter postage here.

US POSTAGE
$01.35
Mailed From 38103
04/28/2017
032A 0061842869

Postmark Here

PS Form 3817, April 2007 PSN 7530-02-000-9065

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Shelby County Health Care Corporation
Street, Apt or PO Box: Dba Regional One Health
877 Jefferson Avenue
City, State: Memphis, Tennessee 38103-2807

7010 1670 0000 4988 8832

HOLTON
LAW FIRM

296 Washington Avenue
Memphis, TN 38103
phone: 901-523-2222
fax: 901-523-2232
holtonlaw.com

April 28, 2017

Shelby County Health Care Corporation dba
Regional One Health
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807

RE: Notice of Potential Health Care Liability Action
Date of Incident – May 1, 2014 – May 2, 2014

Dear Sir or Madam,

The Holton Law Firm represents your patient. Based on the records we have obtained, we are notifying you of the intent to file a health care liability lawsuit regarding the medical care of the patient.

Pursuant to the provisions of Tennessee Code Annotated §29-26-121, you are provided the following information:

- **Full Name of Patient**: Devin Byrd, minor
- **Date of Birth of Patient**: [redacted]
- **Full Name of Patient**: Antoinette Lundy
- **Date of Birth of Patient**: [redacted]
- **Name/Relationship of Claimant(s) Authorizing Notice**: Antoinette Lundy, mother of Devin Byrd.
- **Address of Claimant Authorizing Notice**: 106 Carl Brinkley Circle, Apt. 106, Daytona Beach, FL 32114
- **Name of Attorney Sending Notice**: Timothy R. Holton
- **Address of Attorney Sending Notice**: 296 Washington Avenue, Memphis, Tennessee 38103

Also enclosed are the following documents:

- A list of the names and addresses of all providers being sent a notice
- A HIPAA compliant medical authorization allowing you to obtain complete medical records from each other provider being sent a notice

John R. Holton
Licensed in Tennessee and Arkansas

Timothy R. Holton
Licensed in TN, MS, AR, and FL
NBTA Certified Civil Trial Specialist and ABPLA Medical Malpractice Specialist

Of Counsel
Michael P. McGartland
Licensed in Tennessee, Texas and Mississippi

**You do NOT have permission to discuss this matter with any other health care provider. This applies TO you, to all persons in your office, and to your legal counsel.**

Plaintiffs specifically maintain the right to confidentiality provided by all applicable state and federal law.

In addition, we are requesting that you agree to submit to an examination under oath, so that you may present your side of this controversy for our consideration. You are not obligated to do so, but we make this request so that we may consider ALL THE FACTS related to this matter understanding that many of the facts may not be contained in the medical records themselves.

In the event that you choose not to submit to an examination under oath at this point, be advised that we will need to secure your deposition at the earliest opportunity after the lawsuit has been filed and prior to any hearing on dispositive motions.

If you wish to avoid litigation altogether, please have someone with settlement authority contact me immediately.

We believe that this letter complies with the requirements of T.C.A. §29-26-121. If you believe it is deficient in any way, please promptly let me know so that the deficiency can be addressed. If we do not promptly hear from you, it will indicate that you believe this notice letter complies with the law.

Very truly yours,

**HOLTON LAW FIRM, PLLC**

Timothy R. Holton

TRH/cr
Enclosures: HIPAA Authorization
Provider Notice List

PROVIDER NOTICE LIST PURSUANT TO T.C.A. 29-26-121(a)(2)(d)

1) **Shelby County Health Care Corporation**

Shelby County Health Care Corporation
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
(Principal *address listed by TN Secretary of State Website)*

Shelby County Health Care Corporation
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
*(Registered Agent's Address listed by TN Secretary of State Website)*

2) **Shelby County Health Care Corporation dba Regional Medical Center at Memphis**

Shelby County Health Care Corporation dba Regional Medical Center at Memphis
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
(Principal *address listed by TN Secretary of State Website)*

Shelby County Health Care Corporation dba Regional Medical Center at Memphis
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
*(Registered Agent's Address listed by TN Secretary of State Website)*

3) **Shelby County Health Care Corporation dba Regional One Health**

Shelby County Health Care Corporation dba Regional One Health
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
(Principal *Address listed by TN Secretary of State Website)*

Shelby County Health Care Corporation dba Regional One Health
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
*(Registered Agent's Address listed by TN Secretary of State Website)*

4) **William G. Mullinax, M.D.**

William G. Mullinax, M.D.
969 Frayser Blvd.
Memphis, Tennessee 38127

*(Address listed by TN Department of Health Website)*

William G. Mullinax, M.D.
920 Madison Avenue, Suite 447
Memphis, Tennessee 38163-0001
*(Primary practice address as listed by NPPES Website)*

5) **Ellisa Rausch Krumm, M.D.**

Ellisa Rausch Krumm, M.D.
Fort Worth, Texas 76110-1804
*(Address listed by TN Department of Health Website)*

Ellisa Rausch Krumm, M.D.
1500 S Main Street
Fort Worth, Texas 76104-4917
*(Primary practice address as listed by NPPES Website)*

6) **David Jordan Paslay, M.D.**

David Jordan Paslay, M.D.
Memphis, Tennessee 38118
*(Address listed by TN Department of Health Website)*

David Jordan Paslay, M.D.
4095 American Way, Ste. 1
Memphis, Tennessee 38118-8339
*(Primary practice address as listed by NPPES Website)*

7) **Alexander Q. Kieu, M.D.**

Alexander Q. Kieu, M.D.
Kansas City, KS 64124
*(Address listed by TN Department of Health Website)*

Alexander Q. Kieu, M.D.
721 N. 31st Street
Kansas City, KS 66102-3964
*(Primary practice address as listed by NPPES Website)*

8) **Gareth S. Bridges, M.D.**

Gareth S. Bridges, M.D.
Memphis, Tennessee 38114
*(Address listed by TN Department of Health Website)*

Gareth S. Bridges, M.D.
301 S. Derby Street, Suite 200
Sublette, KS 67877-6704
*(Primary practice address as listed by NPPES Website)*

9)    **Christ Community Health Services, Inc.**

Christ Community Health Services, Inc.
Paul Makris
2595 Central Avenue
Memphis, Tennessee 38104-5905
*(Principal Address as listed by Tennessee Secretary of State)*

Christ Community Health Services, Inc.
c/o CT Corporation System, Inc.
800 S Gay Street, Ste. 2021
Knoxville, Tennessee 37929-9710
*(Registered Agent's Principal Address listed by TN Secretary of State Website)*

10)    **Resurrection Health**

Resurrection Health
Ann Stroup
4095 American Way, Suite 1
Memphis, Tennessee 38118-8339
*(Principal Address as listed by Tennessee Secretary of State)*

Resurrection Health
c/o Registered Agent:
Richard Donlon
4095 American Way, Suite
Memphis, Tennessee 38118-8339
*(Registered Agent's Principal Address as listed by Tennessee Secretary of State)*

11)    **State of Tennessee**

State of Tennessee
c/o Office of the Attorney General
Civil Rights and Claims Division
PO Box 20207
Nashville, Tennessee 37202

State of Tennessee
Division of Claims Administration
Andrew Jackson Building, 15th Floor
502 Deaderick Street
Nashville, Tennessee 37243

# AUTHORIZATION TO USE AND DISCLOSE PROTECTED HEALTH INFORMATION

Pursuant to the requirements of T.C.A. 29-26-121 this authorization allows the persons or entities listed below to disclose, obtain and use copies of the complete medical record of **Antoinette Lundy** (hereinafter referred to as patient) as provided in T.C.A. 29-26-121.

1. The undersigned Patient or Personal Representative hereby authorizes the following class of persons: all physicians, therapists, hospitals, pnarmacies, laboratories, and other health care providers receiving this authorization to use and disclose the following protected health information described in paragraph 4 below from the medical records of the Patient listed below to the attorneys, paralegals, and/or representatives of the persons or entities listed herein (named in the attached Notice Letter and Provider Notice List). Patient also requests that you provide a copy of those same records to patient's attorneys, Holton Law Firm, PLLC, 296 Washington Avenue, Memphis, TN 38103 at the time you provide copies of the record pursuant to this authorization.

2. **THIS AUTHORIZATION ONLY ALLOWS THE PARTIES LISTED BELOW TO DISCLOSE, OBTAIN AND USE MEDICAL RECORDS. THIS AUTHORIZATION DOES NOT ALLOW YOU TO DISCUSS PATIENT, OR PATIENT'S MEDICAL RECORDS, WITH ANY OTHER HEALTHCARE PROVIDER OR ATTORNEY. PATIENT SPECIFICALLY MAINTAINS THE RIGHTS OF CONFIDENTIALITY PROVIDED BY ALL APPLICABLE STATE AND FEDERAL LAW.**

3. Patient Name: **Antoinette Lundy**
   Date of Birth: [redacted]
   Social Security No.: [redacted]

4. **Description of the information to be used or disclosed:** The protected Health information that is authorized to be disclosed, obtained and used pursuant to this authorization is as follows: patient's entire medical record/chart, including any and all records, reports, and information concerning any medical examination, treatment, or care rendered, including but not limited to, abstracts, pertinent operative reports, ER reports, history and physical, progress notes, lab records, discharge summary, physician orders, consult records, nurses notes, office notes, consults, medications prescribed, correspondence, informed consents, releases to return to work, copies of all x-rays, CT scans, MRI's, and any other diagnostic films or radiologic films and/or reports, any tissue or pathology slides and/or reports. This authorization allows disclosure and use of the medical records for all treatment dates.

5. The undersigned Patient or Personal Representative hereby acknowledges that the information disclosed/released pursuant to this authorization may contain alcohol and drug abuse, psychiatric, HIV or genetic information, and hereby consents to the disclosure of such information.

6. **Purpose of requested use and disclosure:** The purpose of the requested use and disclosure is to comply with T.C.A. 29-26-121.

7. **Expiration:** This authorization will expire six months from the date signed, if not otherwise specified.

8. **Voluntary signing of authorization:** The undersigned Patient or Personal Representative understands that this authorization is voluntary and that the undersigned may refuse to sign it. The undersigned also understands that unless allowed by law, my refusal to sign this authorization will not affect my ability to obtain treatment, receive payment or eligibility for benefits.

9. **Right to revoke and exceptions:** The undersigned Patient or Personal Representative understands the right to revoke this Authorization in writing, at any time, to the organization or persons authorized to release the information, except wherein the organization or person has already relied on it to make use or disclosure.

10. **Possible re-disclosure:** The undersigned Patient or Personal Representative understands that once the protected health information authorized to be disclosed reaches the specified recipient(s), that person(s), or organization(s) may be allowed under applicable law to re-disclose it, at which time it may no longer be protected under Federal or State privacy laws.

11. **Name or other specific identification of person(s), or class of person(s), authorized to make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to use and disclose patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee

12. **Name or other specific identification of person(s), or class of person(s), to whom the covered entity may make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to obtain and use patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee

13. I agree that a photocopy of the original of this Authorization for Release of Medical records shall be as effective as the Original.

[signature] 4-11-17

Signature of Patient or Personal Representative Date

Self

Relationship and/or authority to act for patient

# AUTHORIZATION TO USE AND DISCLOSE PROTECTED HEALTH INFORMATION

Pursuant to the requirements of T.C.A. 29-26-121 this authorization allows the persons or entities listed below to disclose, obtain and use copies of the complete medical record of **Devin Byrd, minor** (hereinafter referred to as patient) as provided in T.C.A. 29-26-121.

1. The undersigned Patient or Personal Representative hereby authorizes the following class of persons: all physicians, therapists, hospitals, pharmacies, laboratories, and other health care providers receiving this authorization to use and disclose the following protected health information described in paragraph 4 below from the medical records of the Patient listed below to the attorneys, paralegals, and/or representatives of the persons or entities listed herein (named in the attached Notice Letter and Provider Notice List). Patient also requests that you provide a copy of those same records to patient's attorneys, Holton Law Firm, PLLC, 296 Washington Avenue, Memphis, TN 38103 at the time you provide copies of the record pursuant to this authorization.

2. **THIS AUTHORIZATION ONLY ALLOWS THE PARTIES LISTED BELOW TO DISCLOSE, OBTAIN AND USE MEDICAL RECORDS. THIS AUTHORIZATION DOES NOT ALLOW YOU TO DISCUSS PATIENT, OR PATIENT'S MEDICAL RECORDS, WITH ANY OTHER HEALTHCARE PROVIDER OR ATTORNEY. PATIENT SPECIFICALLY MAINTAINS THE RIGHTS OF CONFIDENTIALITY PROVIDED BY ALL APPLICABLE STATE AND FEDERAL LAW.**

3. Patient Name: **Devin Byrd, minor**
   Date of Birth: [redacted]
   Social Security No.: [redacted]

4. **Description of the information to be used or disclosed:** The protected Health information that is authorized to be disclosed, obtained and used pursuant to this authorization is as follows: patient's entire medical record/chart, including any and all records, reports, and information concerning any medical examination, treatment, or care rendered, including but not limited to, abstracts, pertinent operative reports, ER reports, history and physical, progress notes, lab records, discharge summary, physician orders, consult records, nurses notes, office notes, consults, medications prescribed, correspondence, informed consents, releases to return to work, copies of all x-rays, CT scans, MRI's, and any other diagnostic films or radiologic films and/or reports, any tissue or pathology slides and/or reports. This authorization allows disclosure and use of the medical records for all treatment dates.

5. The undersigned Patient or Personal Representative hereby acknowledges that the information disclosed/released pursuant to this authorization may contain alcohol and drug abuse, psychiatric, HIV or genetic information, and hereby consents to the disclosure of such information.

6. **Purpose of requested use and disclosure:** The purpose of the requested use and disclosure is to comply with T.C.A. 29-26-121.

7. **Expiration:** This authorization will expire six months from the date signed, if not otherwise specified.

8. **Voluntary signing of authorization:** The undersigned Patient or Personal Representative understands that this authorization is voluntary and that the undersigned may refuse to sign it. The undersigned also understands that unless allowed by law, my refusal to sign this authorization will not affect my ability to obtain treatment, receive payment or eligibility for benefits.

9. **Right to revoke and exceptions:** The undersigned Patient or Personal Representative understands the right to revoke this Authorization in writing, at any time, to the organization or persons authorized to release the information, except wherein the organization or person has already relied on it to make use or disclosure.

10. **Possible re-disclosure:** The undersigned Patient or Personal Representative understands that once the protected health information authorized to be disclosed reaches the specified recipient(s), that person(s), or organization(s) may be allowed under applicable law to re-disclose it, at which time it may no longer be protected under Federal or State privacy laws.

11. **Name or other specific identification of person(s), or class of person(s), authorized to make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to use and disclose patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee
12. **Name or other specific identification of person(s), or class of person(s), to whom the covered entity may make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to obtain and use patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee
13. I agree that a photocopy of the original of this Authorization for Release of Medical records shall be as effective as the Original.

[signature] (Antoinette Lundy) 4-11-17

Signature of Patient or Personal Representative Date

Mom (Mother of Devin Byrd)

Relationship and/or authority to act for patient

7010 1670 0000 4988 8856

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: William G. Mullinax, M.D.
Street, Apt. No.; or PO Box No.: 969 Frayser Blvd.
City, State: Memphis, Tennessee 38127

UNITED STATES POSTAL SERVICE

Certificate Of Mailing

US POSTAGE

Mailed From 38103
04/28/2017
032A 0061842869

The Holton Law Firm, PLLC
296 Washington Avenue
Memphis, TN 38103

William G. Mullinax, M.D.
969 Frayser Blvd.
Memphis, Tennessee 38127

Postmark Here

PS Form 3817, April 2007 PSN 7530-02-000-9065

UNITED STATES POSTAL SERVICE

Certificate Of Mailing

To pay fee, affix stamps or meter postage here.

US POSTAGE
$01.35

Mailed From 38103
04/28/2017
032A 0061842869

The Holton Law Firm, PLLC
296 Washington Avenue
Memphis, TN 38103

William G. Mullinax, M.D.
920 Madison Avenue, Suite 447
Memphis, Tennessee 38163-0001

Postmark Here

PS Form 3817, April 2007 PSN 7530-02-000-9065

7010 1670 0000 4988 8863

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: William G. Mullinax, M.D.
Street, Apt. No.; or PO Box No.: 920 Madison Avenue, Suite 447
City, State: Memphis, Tennessee 38163-0001

HOLTON
LAW FIRM

296 Washington Avenue
Memphis, TN 38103
phone: 901-523-2222
fax: 901-523-2232
holtonlaw.com

April 28, 2017

William G. Mullinax, M.D.
969 Frayser Blvd.
Memphis, Tennessee 38127

RE: Notice of Potential Health Care Liability Action
Date of Incident – May 1, 2014 – May 2, 2014

Dear Sir or Madam,

The Holton Law Firm represents your patient. Based on the records we have obtained, we are notifying you of the intent to file a health care liability lawsuit regarding the medical care of the patient.

Pursuant to the provisions of Tennessee Code Annotated §29-26-121, you are provided the following information:

- **Full Name of Patient**: Devin Byrd, minor
- **Date of Birth of Patient**: [redacted]
- **Full Name of Patient**: Antoinette Lundy
- **Date of Birth of Patient**: [redacted]
- **Name/Relationship of Claimant(s) Authorizing Notice**: Antoinette Lundy, mother of Devin Byrd.
- **Address of Claimant Authorizing Notice**: 106 Carl Brinkley Circle, Apt. 106, Daytona Beach, FL 32114
- **Name of Attorney Sending Notice**: Timothy R. Holton
- **Address of Attorney Sending Notice**: 296 Washington Avenue, Memphis, Tennessee 38103

Also enclosed are the following documents:

- A list of the names and addresses of all providers being sent a notice
- A HIPAA compliant medical authorization allowing you to obtain complete medical records from each other provider being sent a notice

**John R. Holton**
Licensed in Tennessee and Arkansas

**Timothy R. Holton**
Licensed in TN, MS, AR, and FL
NBTA Certified Civil Trial Specialist and ABPLA Medical Malpractice Specialist

Of Counsel
**Michael P. McGartland**
Licensed in Tennessee, Texas and Mississippi

**You do NOT have permission to discuss this matter with any other health care provider. This applies TO you, to all persons in your office, and to your legal counsel.**

Plaintiffs specifically maintain the right to confidentiality provided by all applicable state and federal law.

In addition, we are requesting that you agree to submit to an examination under oath, so that you may present your side of this controversy for our consideration. You are not obligated to do so, but we make this request so that we may consider ALL THE FACTS related to this matter understanding that many of the facts may not be contained in the medical records themselves.

In the event that you choose not to submit to an examination under oath at this point, be advised that we will need to secure your deposition at the earliest opportunity after the lawsuit has been filed and prior to any hearing on dispositive motions.

If you wish to avoid litigation altogether, please have someone with settlement authority contact me immediately.

We believe that this letter complies with the requirements of T.C.A. §29-26-121. If you believe it is deficient in any way, please promptly let me know so that the deficiency can be addressed. If we do not promptly hear from you, it will indicate that you believe this notice letter complies with the law.

Very truly yours,

**HOLTON LAW FIRM, PLLC**

Timothy R. Holton

TRH/cr
Enclosures: HIPAA Authorization
Provider Notice List

PROVIDER NOTICE LIST PURSUANT TO T.C.A. 29-26-121(a)(2)(d)

1)   **Shelby County Health Care Corporation**

Shelby County Health Care Corporation
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
(Principal *address listed by TN Secretary of State Website)*

Shelby County Health Care Corporation
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
*(Registered Agent's Address listed by TN Secretary of State Website)*

2)   **Shelby County Health Care Corporation dba Regional Medical Center at Memphis**

Shelby County Health Care Corporation dba Regional Medical Center at Memphis
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
(Principal *address listed by TN Secretary of State Website)*

Shelby County Health Care Corporation dba Regional Medical Center at Memphis
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
*(Registered Agent's Address listed by TN Secretary of State Website)*

3)   **Shelby County Health Care Corporation dba Regional One Health**

Shelby County Health Care Corporation dba Regional One Health
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
(Principal *Address listed by TN Secretary of State Website)*

Shelby County Health Care Corporation dba Regional One Health
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
*(Registered Agent's Address listed by TN Secretary of State Website)*

4)   **William G. Mullinax, M.D.**

William G. Mullinax, M.D.
969 Frayser Blvd.
Memphis, Tennessee 38127

*(Address listed by TN Department of Health Website)*

William G. Mullinax, M.D.
920 Madison Avenue, Suite 447
Memphis, Tennessee 38163-0001
*(Primary practice address as listed by NPPES Website)*

5) **Ellisa Rausch Krumm, M.D.**

Ellisa Rausch Krumm, M.D.
Fort Worth, Texas 76110-1804
*(Address listed by TN Department of Health Website)*

Ellisa Rausch Krumm, M.D.
1500 S Main Street
Fort Worth, Texas 76104-4917
*(Primary practice address as listed by NPPES Website)*

6) **David Jordan Paslay, M.D.**

David Jordan Paslay, M.D.
Memphis, Tennessee 38118
*(Address listed by TN Department of Health Website)*

David Jordan Paslay, M.D.
4095 American Way, Ste. 1
Memphis, Tennessee 38118-8339
*(Primary practice address as listed by NPPES Website)*

7) **Alexander Q. Kieu, M.D.**

Alexander Q. Kieu, M.D.
Kansas City, KS 64124
*(Address listed by TN Department of Health Website)*

Alexander Q. Kieu, M.D.
721 N. 31st Street
Kansas City, KS 66102-3964
*(Primary practice address as listed by NPPES Website)*

8) **Gareth S. Bridges, M.D.**

Gareth S. Bridges, M.D.
Memphis, Tennessee 38114
*(Address listed by TN Department of Health Website)*

Gareth S. Bridges, M.D.
301 S. Derby Street, Suite 200
Sublette, KS 67877-6704
*(Primary practice address as listed by NPPES Website)*

9) **Christ Community Health Services, Inc.**

Christ Community Health Services, Inc.
Paul Makris
2595 Central Avenue
Memphis, Tennessee 38104-5905
*(Principal Address as listed by Tennessee Secretary of State)*

Christ Community Health Services, Inc.
c/o CT Corporation System, Inc.
800 S Gay Street, Ste. 2021
Knoxville, Tennessee 37929-9710
*(Registered Agent's Principal Address listed by TN Secretary of State Website)*

10) **Resurrection Health**

Resurrection Health
Ann Stroup
4095 American Way, Suite 1
Memphis, Tennessee 38118-8339
*(Principal Address as listed by Tennessee Secretary of State)*

Resurrection Health
c/o Registered Agent:
Richard Donlon
4095 American Way, Suite
Memphis, Tennessee 38118-8339
*(Registered Agent's Principal Address as listed by Tennessee Secretary of State)*

11) **State of Tennessee**

State of Tennessee
c/o Office of the Attorney General
Civil Rights and Claims Division
PO Box 20207
Nashville, Tennessee 37202

State of Tennessee
Division of Claims Administration
Andrew Jackson Building, 15th Floor
502 Deaderick Street
Nashville, Tennessee 37243

# AUTHORIZATION TO USE AND DISCLOSE PROTECTED HEALTH INFORMATION

Pursuant to the requirements of T.C.A. 29-26-121 this authorization allows the persons or entities listed below to disclose, obtain and use copies of the complete medical record of **Antoinette Lundy** (hereinafter referred to as patient) as provided in T.C.A. 29-26-121.

1. The undersigned Patient or Personal Representative hereby authorizes the following class of persons: all physicians, therapists, hospitals, pharmacies, laboratories, and other health care providers receiving this authorization to use and disclose the following protected health information described in paragraph 4 below from the medical records of the Patient listed below to the attorneys, paralegals, and/or representatives of the persons or entities listed herein (named in the attached Notice Letter and Provider Notice List). Patient also requests that you provide a copy of those same records to patient's attorneys, Holton Law Firm, PLLC, 296 Washington Avenue, Memphis, TN 38103 at the time you provide copies of the record pursuant to this authorization.

2. **THIS AUTHORIZATION ONLY ALLOWS THE PARTIES LISTED BELOW TO DISCLOSE, OBTAIN AND USE MEDICAL RECORDS. THIS AUTHORIZATION DOES NOT ALLOW YOU TO DISCUSS PATIENT, OR PATIENT'S MEDICAL RECORDS, WITH ANY OTHER HEALTHCARE PROVIDER OR ATTORNEY. PATIENT SPECIFICALLY MAINTAINS THE RIGHTS OF CONFIDENTIALITY PROVIDED BY ALL APPLICABLE STATE AND FEDERAL LAW.**

3. Patient Name: **Antoinette Lundy**
   Date of Birth: [redacted]
   Social Security No: [redacted]

4. **Description of the information to be used or disclosed:** The protected Health information that is authorized to be disclosed, obtained and used pursuant to this authorization is as follows: patient's entire medical record/chart, including any and all records, reports, and information concerning any medical examination, treatment, or care rendered, including but not limited to, abstracts, pertinent operative reports, ER reports, history and physical, progress notes, lab records, discharge summary, physician orders, consult records, nurses notes, office notes, consults, medications prescribed, correspondence, informed consents, releases to return to work, copies of all x-rays, CT scans, MRI's, and any other diagnostic films or radiologic films and/or reports, any tissue or pathology slides and/or reports. This authorization allows disclosure and use of the medical records for all treatment dates.

5. The undersigned Patient or Personal Representative hereby acknowledges that the information disclosed/released pursuant to this authorization may contain alcohol and drug abuse, psychiatric, HIV or genetic information, and hereby consents to the disclosure of such information.

6. **Purpose of requested use and disclosure:** The purpose of the requested use and disclosure is to comply with T.C.A. 29-26-121.

7. **Expiration:** This authorization will expire six months from the date signed, if not otherwise specified.

8. **Voluntary signing of authorization:** The undersigned Patient or Personal Representative understands that this authorization is voluntary and that the undersigned may refuse to sign it. The undersigned also understands that unless allowed by law, my refusal to sign this authorization will not affect my ability to obtain treatment, receive payment or eligibility for benefits.

9. **Right to revoke and exceptions:** The undersigned Patient or Personal Representative understands the right to revoke this Authorization in writing, at any time, to the organization or persons authorized to release the information, except wherein the organization or person has already relied on it to make use or disclosure.

10. **Possible re-disclosure:** The undersigned Patient or Personal Representative understands that once the protected health information authorized to be disclosed reaches the specified recipient(s), that person(s), or organization(s) may be allowed under applicable law to re-disclose it, at which time it may no longer be protected under Federal or State privacy laws.

11. **Name or other specific identification of person(s), or class of person(s), authorized to make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to use and disclose patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee

12. **Name or other specific identification of person(s), or class of person(s), to whom the covered entity may make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to obtain and use patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee

13. I agree that a photocopy of the original of this Authorization for Release of Medical records shall be as effective as the Original.

[signature] 4-11-17

Signature of Patient or Personal Representative Date

Self

Relationship and/or authority to act for patient

# AUTHORIZATION TO USE AND DISCLOSE PROTECTED HEALTH INFORMATION

Pursuant to the requirements of T.C.A. 29-26-121 this authorization allows the persons or entities listed below to disclose, obtain and use copies of the complete medical record of **Devin Byrd, minor** (hereinafter referred to as patient) as provided in T.C.A. 29-26-121.

1. The undersigned Patient or Personal Representative hereby authorizes the following class of persons: all physicians, therapists, hospitals, pharmacies, laboratories, and other health care providers receiving this authorization to use and disclose the following protected health information described in paragraph 4 below from the medical records of the Patient listed below to the attorneys, paralegals, and/or representatives of the persons or entities listed herein (named in the attached Notice Letter and Provider Notice List). Patient also requests that you provide a copy of those same records to patient's attorneys, Holton Law Firm, PLLC, 296 Washington Avenue, Memphis, TN 38103 at the time you provide copies of the record pursuant to this authorization.

2. **THIS AUTHORIZATION ONLY ALLOWS THE PARTIES LISTED BELOW TO DISCLOSE, OBTAIN AND USE MEDICAL RECORDS. THIS AUTHORIZATION DOES NOT ALLOW YOU TO DISCUSS PATIENT, OR PATIENT'S MEDICAL RECORDS, WITH ANY OTHER HEALTHCARE PROVIDER OR ATTORNEY. PATIENT SPECIFICALLY MAINTAINS THE RIGHTS OF CONFIDENTIALITY PROVIDED BY ALL APPLICABLE STATE AND FEDERAL LAW.**

3. Patient Name: **Devin Byrd, minor**
   Date of Birth: [redacted]
   Social Security No.: [redacted]

4. **Description of the information to be used or disclosed:** The protected Health information that is authorized to be disclosed, obtained and used pursuant to this authorization is as follows: patient's entire medical record/chart, including any and all records, reports, and information concerning any medical examination, treatment, or care rendered, including but not limited to, abstracts, pertinent operative reports, ER reports, history and physical, progress notes, lab records, discharge summary, physician orders, consult records, nurses notes, office notes, consults, medications prescribed, correspondence, informed consents, releases to return to work, copies of all x-rays, CT scans, MRI's, and any other diagnostic films or radiologic films and/or reports, any tissue or pathology slides and/or reports. This authorization allows disclosure and use of the medical records for all treatment dates.

5. The undersigned Patient or Personal Representative hereby acknowledges that the information disclosed/released pursuant to this authorization may contain alcohol and drug abuse, psychiatric, HIV or genetic information, and hereby consents to the disclosure of such information.

6. **Purpose of requested use and disclosure:** The purpose of the requested use and disclosure is to comply with T.C.A. 29-26-121.

7. **Expiration:** This authorization will expire six months from the date signed, if not otherwise specified.

8. **Voluntary signing of authorization:** The undersigned Patient or Personal Representative understands that this authorization is voluntary and that the undersigned may refuse to sign it. The undersigned also understands that unless allowed by law, my refusal to sign this authorization will not affect my ability to obtain treatment, receive payment or eligibility for benefits.

9. **Right to revoke and exceptions:** The undersigned Patient or Personal Representative understands the right to revoke this Authorization in writing, at any time, to the organization or persons authorized to release the information, except wherein the organization or person has already relied on it to make use or disclosure.

10. **Possible re-disclosure:** The undersigned Patient or Personal Representative understands that once the protected health information authorized to be disclosed reaches the specified recipient(s), that person(s), or organization(s) may be allowed under applicable law to re-disclose it, at which time it may no longer be protected under Federal or State privacy laws.

11. **Name or other specific identification of person(s), or class of person(s), authorized to make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to use and disclose patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee
12. **Name or other specific identification of person(s), or class of person(s), to whom the covered entity may make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to obtain and use patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee
13. I agree that a photocopy of the original of this Authorization for Release of Medical records shall be as effective as the Original.

[signature] (Antoinette Lundy)
Signature of Patient or Personal Representative

4-11-17
Date

Mom (Mother of Devin Byrd)
Relationship and/or authority to act for patient

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

7010 1670 0000 4988 8870

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Po
Postmark Here

Sent To
Street, Apt. or PO Box
City, State

Ellisa Rausch Krumm, M.D.
Fort Worth, Texas 76110-1804

UNITED STATES POSTAL SERVICE

Certificate Of Mailing

To pay fee, affix stamps or meter postage here.

US POSTAGE
$01.35
Mailed From 38103
04/28/2017
032A 0061842869

Postmark Here

The Holton Law Firm, PLLC
296 Washington Avenue
Memphis, TN 38103

Ellisa Rausch Krumm, M.D.
Fort Worth, Texas 76110-1804

PS Form 3817, April 2007 PSN 7530-02-000-9065

UNITED STATES POSTAL SERVICE

Certificate Of Mailing

To pay fee, affix stamps or meter postage here.

US POSTAGE
$01.35
Mailed From 38103
04/28/2017
032A 0061842869

Postmark Here

The Holton Law Firm, PLLC
296 Washington Avenue
Memphis, TN 38103

To:
Ellisa Rausch Krumm, M.D.
1500 S Main Street
Fort Worth, Texas 76104-4917

PS Form 3817, April 2007 PSN 7530-02-000-9065

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

7010 1670 0000 4988 8887

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total P
Postmark Here

Sent To
Street, Apt. or PO Box
City, State

Ellisa Rausch Krumm, M.D.
1500 S Main Street
Fort Worth, Texas 76104-4917

296 Washington Avenue
Memphis, TN 38103
phone: 901-523-2222
fax: 901-523-2232
holtonlaw.com

April 28, 2017

Ellisa Rausch Krumm, M.D.
Fort Worth, Texas 76110-1804

RE: Notice of Potential Health Care Liability Action
Date of Incident – May 1, 2014 – May 2, 2014

Dear Sir or Madam,

The Holton Law Firm represents your patient. Based on the records we have obtained, we are notifying you of the intent to file a health care liability lawsuit regarding the medical care of the patient.

Pursuant to the provisions of Tennessee Code Annotated §29-26-121, you are provided the following information:

- **Full Name of Patient:** Devin Byrd, minor
- **Date of Birth of Patient:** [redacted]
- **Full Name of Patient:** Antoinette Lundy
- **Date of Birth of Patient:** [redacted]
- **Name/Relationship of Claimant(s) Authorizing Notice:** Antoinette Lundy, mother of Devin Byrd.
- **Address of Claimant Authorizing Notice:** 106 Carl Brinkley Circle, Apt. 106, Daytona Beach, FL 32114
- **Name of Attorney Sending Notice:** Timothy R. Holton
- **Address of Attorney Sending Notice:** 296 Washington Avenue, Memphis, Tennessee 38103

Also enclosed are the following documents:

- A list of the names and addresses of all providers being sent a notice
- A HIPAA compliant medical authorization allowing you to obtain complete medical records from each other provider being sent a notice

**You do NOT have permission to discuss this matter with any other**

John R. Holton
Licensed in Tennessee
and Arkansas

Timothy R. Holton
Licensed in TN, MS, AR, and FL
NBTA Certified Civil
Trial Specialist and
ABPLA Medical
Malpractice Specialist

Of Counsel
Michael P. McGartland
Licensed in Tennessee,
Texas and Mississippi

**health care provider. This applies TO you, to all persons in your office, and to your legal counsel.**

Plaintiffs specifically maintain the right to confidentiality provided by all applicable state and federal law.

In addition, we are requesting that you agree to submit to an examination under oath, so that you may present your side of this controversy for our consideration. You are not obligated to do so, but we make this request so that we may consider ALL THE FACTS related to this matter understanding that many of the facts may not be contained in the medical records themselves.

In the event that you choose not to submit to an examination under oath at this point, be advised that we will need to secure your deposition at the earliest opportunity after the lawsuit has been filed and prior to any hearing on dispositive motions.

If you wish to avoid litigation altogether, please have someone with settlement authority contact me immediately.

We believe that this letter complies with the requirements of T.C.A. §29-26-121. If you believe it is deficient in any way, please promptly let me know so that the deficiency can be addressed. If we do not promptly hear from you, it will indicate that you believe this notice letter complies with the law.

Very truly yours,

**HOLTON LAW FIRM, PLLC**

Timothy R. Holton

TRH/cr
Enclosures: HIPAA Authorization
Provider Notice List

PROVIDER NOTICE LIST PURSUANT TO T.C.A. 29-26-121(a)(2)(d)

1)   **Shelby County Health Care Corporation**

Shelby County Health Care Corporation
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
(Principal *address listed by TN Secretary of State Website)*

Shelby County Health Care Corporation
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
*(Registered Agent's Address listed by TN Secretary of State Website)*

2)   **Shelby County Health Care Corporation dba Regional Medical Center at Memphis**

Shelby County Health Care Corporation dba Regional Medical Center at Memphis
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
(Principal *address listed by TN Secretary of State Website)*

Shelby County Health Care Corporation dba Regional Medical Center at Memphis
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
*(Registered Agent's Address listed by TN Secretary of State Website)*

3)   **Shelby County Health Care Corporation dba Regional One Health**

Shelby County Health Care Corporation dba Regional One Health
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
(Principal *Address listed by TN Secretary of State Website)*

Shelby County Health Care Corporation dba Regional One Health
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
*(Registered Agent's Address listed by TN Secretary of State Website)*

4)   **William G. Mullinax, M.D.**

William G. Mullinax, M.D.
969 Frayser Blvd.
Memphis, Tennessee 38127

*(Address listed by TN Department of Health Website)*

William G. Mullinax, M.D.
920 Madison Avenue, Suite 447
Memphis, Tennessee 38163-0001
*(Primary practice address as listed by NPPES Website)*

5) **Ellisa Rausch Krumm, M.D.**

Ellisa Rausch Krumm, M.D.
Fort Worth, Texas 76110-1804
*(Address listed by TN Department of Health Website)*

Ellisa Rausch Krumm, M.D.
1500 S Main Street
Fort Worth, Texas 76104-4917
*(Primary practice address as listed by NPPES Website)*

6) **David Jordan Paslay, M.D.**

David Jordan Paslay, M.D.
Memphis, Tennessee 38118
*(Address listed by TN Department of Health Website)*

David Jordan Paslay, M.D.
4095 American Way, Ste. 1
Memphis, Tennessee 38118-8339
*(Primary practice address as listed by NPPES Website)*

7) **Alexander Q. Kieu, M.D.**

Alexander Q. Kieu, M.D.
Kansas City, KS 64124
*(Address listed by TN Department of Health Website)*

Alexander Q. Kieu, M.D.
721 N. 31st Street
Kansas City, KS 66102-3964
*(Primary practice address as listed by NPPES Website)*

8) **Gareth S. Bridges, M.D.**

Gareth S. Bridges, M.D.
Memphis, Tennessee 38114
*(Address listed by TN Department of Health Website)*

Gareth S. Bridges, M.D.
301 S. Derby Street, Suite 200
Sublette, KS 67877-6704
*(Primary practice address as listed by NPPES Website)*

9) **Christ Community Health Services, Inc.**

Christ Community Health Services, Inc.
Paul Makris
2595 Central Avenue
Memphis, Tennessee 38104-5905
*(Principal Address as listed by Tennessee Secretary of State)*

Christ Community Health Services, Inc.
c/o CT Corporation System, Inc.
800 S Gay Street, Ste. 2021
Knoxville, Tennessee 37929-9710
*(Registered Agent's Principal Address listed by TN Secretary of State Website)*

10) **Resurrection Health**

Resurrection Health
Ann Stroup
4095 American Way, Suite 1
Memphis, Tennessee 38118-8339
*(Principal Address as listed by Tennessee Secretary of State)*

Resurrection Health
c/o Registered Agent:
Richard Donlon
4095 American Way, Suite
Memphis, Tennessee 38118-8339
*(Registered Agent's Principal Address as listed by Tennessee Secretary of State)*

11) **State of Tennessee**

State of Tennessee
c/o Office of the Attorney General
Civil Rights and Claims Division
PO Box 20207
Nashville, Tennessee 37202

State of Tennessee
Division of Claims Administration
Andrew Jackson Building, 15th Floor
502 Deaderick Street
Nashville, Tennessee 37243

# AUTHORIZATION TO USE AND DISCLOSE PROTECTED HEALTH INFORMATION

Pursuant to the requirements of T.C.A. 29-26-121 this authorization allows the persons or entities listed below to disclose, obtain and use copies of the complete medical record of **Antoinette Lundy** (hereinafter referred to as patient) as provided in T.C.A. 29-26-121.

1. The undersigned Patient or Personal Representative hereby authorizes the following class of persons: all physicians, therapists, hospitals, pharmacies, laboratories, and other health care providers receiving this authorization to use and disclose the following protected health information described in paragraph 4 below from the medical records of the Patient listed below to the attorneys, paralegals, and/or representatives of the persons or entities listed herein (named in the attached Notice Letter and Provider Notice List). Patient also requests that you provide a copy of those same records to patient's attorneys, Holton Law Firm, PLLC, 296 Washington Avenue, Memphis, TN 38103 at the time you provide copies of the record pursuant to this authorization.

2. **THIS AUTHORIZATION ONLY ALLOWS THE PARTIES LISTED BELOW TO DISCLOSE, OBTAIN AND USE MEDICAL RECORDS. THIS AUTHORIZATION DOES NOT ALLOW YOU TO DISCUSS PATIENT, OR PATIENT'S MEDICAL RECORDS, WITH ANY OTHER HEALTHCARE PROVIDER OR ATTORNEY. PATIENT SPECIFICALLY MAINTAINS THE RIGHTS OF CONFIDENTIALITY PROVIDED BY ALL APPLICABLE STATE AND FEDERAL LAW.**

3. Patient Name: **Antoinette Lundy**
   Date of Birth: [redacted]
   Social Security No.: [redacted]

4. **Description of the information to be used or disclosed:** The protected Health information that is authorized to be disclosed, obtained and used pursuant to this authorization is as follows: patient's entire medical record/chart, including any and all records, reports, and information concerning any medical examination, treatment, or care rendered, including but not limited to, abstracts, pertinent operative reports, ER reports, history and physical, progress notes, lab records, discharge summary, physician orders, consult records, nurses notes, office notes, consults, medications prescribed, correspondence, informed consents, releases to return to work, copies of all x-rays, CT scans, MRI's, and any other diagnostic films or radiologic films and/or reports, any tissue or pathology slides and/or reports. This authorization allows disclosure and use of the medical records for all treatment dates.

5. The undersigned Patient or Personal Representative hereby acknowledges that the information disclosed/released pursuant to this authorization may contain alcohol and drug abuse, psychiatric, HIV or genetic information, and hereby consents to the disclosure of such information.

6. **Purpose of requested use and disclosure:** The purpose of the requested use and disclosure is to comply with T.C.A. 29-26-121.

7. **Expiration:** This authorization will expire six months from the date signed, if not otherwise specified.

8. **Voluntary signing of authorization:** The undersigned Patient or Personal Representative understands that this authorization is voluntary and that the undersigned may refuse to sign it. The undersigned also understands that unless allowed by law, my refusal to sign this authorization will not affect my ability to obtain treatment, receive payment or eligibility for benefits.

9. **Right to revoke and exceptions:** The undersigned Patient or Personal Representative understands the right to revoke this Authorization in writing, at any time, to the organization or persons authorized to release the information, except wherein the organization or person has already relied on it to make use or disclosure.

10. **Possible re-disclosure:** The undersigned Patient or Personal Representative understands that once the protected health information authorized to be disclosed reaches the specified recipient(s), that person(s), or organization(s) may be allowed under applicable law to re-disclose it, at which time it may no longer be protected under Federal or State privacy laws.

11. **Name or other specific identification of person(s), or class of person(s), authorized to make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to use and disclose patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee

12. **Name or other specific identification of person(s), or class of person(s), to whom the covered entity may make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to obtain and use patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee

13. I agree that a photocopy of the original of this Authorization for Release of Medical records shall be as effective as the Original.

[signature] 4-11-17

Signature of Patient or Personal Representative Date

Self

Relationship and/or authority to act for patient

# AUTHORIZATION TO USE AND DISCLOSE PROTECTED HEALTH INFORMATION

Pursuant to the requirements of T.C.A. 29-26-121 this authorization allows the persons or entities listed below to disclose, obtain and use copies of the complete medical record of **Devin Byrd, minor** (hereinafter referred to as patient) as provided in T.C.A. 29-26-121.

1. The undersigned Patient or Personal Representative hereby authorizes the following class of persons: all physicians, therapists, hospitals, pharmacies, laboratories, and other health care providers receiving this authorization to use and disclose the following protected health information described in paragraph 4 below from the medical records of the Patient listed below to the attorneys, paralegals, and/or representatives of the persons or entities listed herein (named in the attached Notice Letter and Provider Notice List). Patient also requests that you provide a copy of those same records to patient's attorneys, Holton Law Firm, PLLC, 296 Washington Avenue, Memphis, TN 38103 at the time you provide copies of the record pursuant to this authorization.

2. **THIS AUTHORIZATION ONLY ALLOWS THE PARTIES LISTED BELOW TO DISCLOSE, OBTAIN AND USE MEDICAL RECORDS. THIS AUTHORIZATION DOES NOT ALLOW YOU TO DISCUSS PATIENT, OR PATIENT'S MEDICAL RECORDS, WITH ANY OTHER HEALTHCARE PROVIDER OR ATTORNEY. PATIENT SPECIFICALLY MAINTAINS THE RIGHTS OF CONFIDENTIALITY PROVIDED BY ALL APPLICABLE STATE AND FEDERAL LAW.**

3. Patient Name: **Devin Byrd, minor**
   Date of Birth: [redacted]
   Social Security No: [redacted]

4. **Description of the information to be used or disclosed:** The protected Health information that is authorized to be disclosed, obtained and used pursuant to this authorization is as follows: patient's entire medical record/chart, including any and all records, reports, and information concerning any medical examination, treatment, or care rendered, including but not limited to, abstracts, pertinent operative reports, ER reports, history and physical, progress notes, lab records, discharge summary, physician orders, consult records, nurses notes, office notes, consults, medications prescribed, correspondence, informed consents, releases to return to work, copies of all x-rays, CT scans, MRI's, and any other diagnostic films or radiologic films and/or reports, any tissue or pathology slides and/or reports. This authorization allows disclosure and use of the medical records for all treatment dates.

5. The undersigned Patient or Personal Representative hereby acknowledges that the information disclosed/released pursuant to this authorization may contain alcohol and drug abuse, psychiatric, HIV or genetic information, and hereby consents to the disclosure of such information.

6. **Purpose of requested use and disclosure:** The purpose of the requested use and disclosure is to comply with T.C.A. 29-26-121.

7. **Expiration:** This authorization will expire six months from the date signed, if not otherwise specified.

8. **Voluntary signing of authorization:** The undersigned Patient or Personal Representative understands that this authorization is voluntary and that the undersigned may refuse to sign it. The undersigned also understands that unless allowed by law, my refusal to sign this authorization will not affect my ability to obtain treatment, receive payment or eligibility for benefits.

9. **Right to revoke and exceptions:** The undersigned Patient or Personal Representative understands the right to revoke this Authorization in writing, at any time, to the organization or persons authorized to release the information, except wherein the organization or person has already relied on it to make use or disclosure.

10. **Possible re-disclosure:** The undersigned Patient or Personal Representative understands that once the protected health information authorized to be disclosed reaches the specified recipient(s), that person(s), or organization(s) may be allowed under applicable law to re-disclose it, at which time it may no longer be protected under Federal or State privacy laws.

11. **Name or other specific identification of person(s), or class of person(s), authorized to make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to use and disclose patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee

12. **Name or other specific identification of person(s), or class of person(s), to whom the covered entity may make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to obtain and use patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee

13. I agree that a photocopy of the original of this Authorization for Release of Medical records shall be as effective as the Original.

(Antoinette Lundy) — 4-11-17

Signature of Patient or Personal Representative — Date

Mom (Mother of Devin Byrd)

Relationship and/or authority to act for patient

U.S. Postal Service
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

7010 1670 0000 4988 8900

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Sent To: David Jordan Paslay, M.D.
Street, Apt. No., or PO Box No.: 4095 American Way, Ste. 1
City, State: Memphis, Tennessee 38118-8339

UNITED STATES POSTAL SERVICE®
Certificate Of Mailing

To pay fee, affix stamps or meter postage here.

US POSTAGE $01.35
Mailed From 38103
08/28/2017
032A 0061842869

Postmark Here

The Holton Law Firm, PLLC
296 Washington Avenue
Memphis, TN 38103

To: David Jordan Paslay, M.D.
Memphis, Tennessee 38118

PS Form 3817, April 2007 PSN 7530-02-000-9065

UNITED STATES POSTAL SERVICE®
Certificate Of Mailing

To pay fee, affix stamps or meter postage here.

US POSTAGE $01.35
Mailed From 38103
08/28/2017
032A 0061842869

Postmark Here

The Holton Law Firm, PLLC
296 Washington Avenue
Memphis, TN 38103

To: David Jordan Paslay, M.D.
4095 American Way, Ste. 1
Memphis, Tennessee 38118-8339

PS Form 3817, April 2007 PSN 7530-02-000-9065

U.S. Postal Service
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

7010 1670 0000 4988 8894

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Sent To: David Jordan Paslay, M.D.
Street, Apt. No., or PO Box No.
City, State: Memphis, Tennessee 38118

296 Washington Avenue
Memphis, TN 38103
phone: 901-523-2222
fax: 901-523-2232
holtonlaw.com

April 28, 2017

David Jordan Paslay, M.D.
Memphis, Tennessee 38118

RE: Notice of Potential Health Care Liability Action
Date of Incident – May 1, 2014 – May 2, 2014

Dear Sir or Madam,

The Holton Law Firm represents your patient. Based on the records we have obtained, we are notifying you of the intent to file a health care liability lawsuit regarding the medical care of the patient.

Pursuant to the provisions of Tennessee Code Annotated §29-26-121, you are provided the following information:

- **Full Name of Patient**: Devin Byrd, minor
- **Date of Birth of Patient**: [redacted]
- **Full Name of Patient**: Antoinette Lundy
- **Date of Birth of Patient**: [redacted]
- **Name/Relationship of Claimant(s) Authorizing Notice**: Antoinette Lundy, mother of Devin Byrd.
- **Address of Claimant Authorizing Notice**: 106 Carl Brinkley Circle, Apt. 106, Daytona Beach, FL 32114
- **Name of Attorney Sending Notice**: Timothy R. Holton
- **Address of Attorney Sending Notice**: 296 Washington Avenue, Memphis, Tennessee 38103

Also enclosed are the following documents:

- A list of the names and addresses of all providers being sent a notice
- A HIPAA compliant medical authorization allowing you to obtain complete medical records from each other provider being sent a notice

**You do NOT have permission to discuss this matter with any other**

John R. Holton
Licensed in Tennessee and Arkansas

Timothy R. Holton
Licensed in TN, MS, AR, and FL
NBTA Certified Civil Trial Specialist and ABPLA Medical Malpractice Specialist

Of Counsel
Michael P. McGartland
Licensed in Tennessee, Texas and Mississippi

**health care provider. This applies TO you, to all persons in your office, and to your legal counsel.**

Plaintiffs specifically maintain the right to confidentiality provided by all applicable state and federal law.

In addition, we are requesting that you agree to submit to an examination under oath, so that you may present your side of this controversy for our consideration. You are not obligated to do so, but we make this request so that we may consider ALL THE FACTS related to this matter understanding that many of the facts may not be contained in the medical records themselves.

In the event that you choose not to submit to an examination under oath at this point, be advised that we will need to secure your deposition at the earliest opportunity after the lawsuit has been filed and prior to any hearing on dispositive motions.

If you wish to avoid litigation altogether, please have someone with settlement authority contact me immediately.

We believe that this letter complies with the requirements of T.C.A. §29-26-121. If you believe it is deficient in any way, please promptly let me know so that the deficiency can be addressed. If we do not promptly hear from you, it will indicate that you believe this notice letter complies with the law.

Very truly yours,

**HOLTON LAW FIRM, PLLC**

Timothy R. Holton

TRH/cr
Enclosures: HIPAA Authorization
Provider Notice List

**PROVIDER NOTICE LIST PURSUANT TO T.C.A. 29-26-121(a)(2)(d)**

1) **Shelby County Health Care Corporation**

Shelby County Health Care Corporation
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
(Principal *address listed by TN Secretary of State Website)*

Shelby County Health Care Corporation
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
*(Registered Agent's Address listed by TN Secretary of State Website)*

2) **Shelby County Health Care Corporation dba Regional Medical Center at Memphis**

Shelby County Health Care Corporation dba Regional Medical Center at Memphis
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
(Principal *address listed by TN Secretary of State Website)*

Shelby County Health Care Corporation dba Regional Medical Center at Memphis
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
*(Registered Agent's Address listed by TN Secretary of State Website)*

3) **Shelby County Health Care Corporation dba Regional One Health**

Shelby County Health Care Corporation dba Regional One Health
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
(Principal *Address listed by TN Secretary of State Website)*

Shelby County Health Care Corporation dba Regional One Health
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
*(Registered Agent's Address listed by TN Secretary of State Website)*

4) **William G. Mullinax, M.D.**

William G. Mullinax, M.D.
969 Frayser Blvd.
Memphis, Tennessee 38127

*(Address listed by TN Department of Health Website)*

William G. Mullinax, M.D.
920 Madison Avenue, Suite 447
Memphis, Tennessee 38163-0001
*(Primary practice address as listed by NPPES Website)*

5) **Ellisa Rausch Krumm, M.D.**

Ellisa Rausch Krumm, M.D.
Fort Worth, Texas 76110-1804
*(Address listed by TN Department of Health Website)*

Ellisa Rausch Krumm, M.D.
1500 S Main Street
Fort Worth, Texas 76104-4917
*(Primary practice address as listed by NPPES Website)*

6) **David Jordan Paslay, M.D.**

David Jordan Paslay, M.D.
Memphis, Tennessee 38118
*(Address listed by TN Department of Health Website)*

David Jordan Paslay, M.D.
4095 American Way, Ste. 1
Memphis, Tennessee 38118-8339
*(Primary practice address as listed by NPPES Website)*

7) **Alexander Q. Kieu, M.D.**

Alexander Q. Kieu, M.D.
Kansas City, KS 64124
*(Address listed by TN Department of Health Website)*

Alexander Q. Kieu, M.D.
721 N. 31st Street
Kansas City, KS 66102-3964
*(Primary practice address as listed by NPPES Website)*

8) **Gareth S. Bridges, M.D.**

Gareth S. Bridges, M.D.
Memphis, Tennessee 38114
*(Address listed by TN Department of Health Website)*

Gareth S. Bridges, M.D.
301 S. Derby Street, Suite 200
Sublette, KS 67877-6704
*(Primary practice address as listed by NPPES Website)*

9)   **Christ Community Health Services, Inc.**

Christ Community Health Services, Inc.
Paul Makris
2595 Central Avenue
Memphis, Tennessee 38104-5905
*(Principal Address as listed by Tennessee Secretary of State)*

Christ Community Health Services, Inc.
c/o CT Corporation System, Inc.
800 S Gay Street, Ste. 2021
Knoxville, Tennessee 37929-9710
*(Registered Agent's Principal Address listed by TN Secretary of State Website)*

10)   **Resurrection Health**

Resurrection Health
Ann Stroup
4095 American Way, Suite 1
Memphis, Tennessee 38118-8339
*(Principal Address as listed by Tennessee Secretary of State)*

Resurrection Health
c/o Registered Agent:
Richard Donlon
4095 American Way, Suite
Memphis, Tennessee 38118-8339
*(Registered Agent's Principal Address as listed by Tennessee Secretary of State)*

11)   **State of Tennessee**

State of Tennessee
c/o Office of the Attorney General
Civil Rights and Claims Division
PO Box 20207
Nashville, Tennessee 37202

State of Tennessee
Division of Claims Administration
Andrew Jackson Building, 15th Floor
502 Deaderick Street
Nashville, Tennessee 37243

# AUTHORIZATION TO USE AND DISCLOSE PROTECTED HEALTH INFORMATION

Pursuant to the requirements of T.C.A. 29-26-121 this authorization allows the persons or entities listed below to disclose, obtain and use copies of the complete medical record of **Antoinette Lundy** (hereinafter referred to as patient) as provided in T.C.A. 29-26-121.

1. The undersigned Patient or Personal Representative hereby authorizes the following class of persons: all physicians, therapists, hospitals, pharmacies, laboratories, and other health care providers receiving this authorization to use and disclose the following protected health information described in paragraph 4 below from the medical records of the Patient listed below to the attorneys, paralegals, and/or representatives of the persons or entities listed herein (named in the attached Notice Letter and Provider Notice List). Patient also requests that you provide a copy of those same records to patient's attorneys, Holton Law Firm, PLLC, 296 Washington Avenue, Memphis, TN 38103 at the time you provide copies of the record pursuant to this authorization.

2. **THIS AUTHORIZATION ONLY ALLOWS THE PARTIES LISTED BELOW TO DISCLOSE, OBTAIN AND USE MEDICAL RECORDS. THIS AUTHORIZATION DOES NOT ALLOW YOU TO DISCUSS PATIENT, OR PATIENT'S MEDICAL RECORDS, WITH ANY OTHER HEALTHCARE PROVIDER OR ATTORNEY. PATIENT SPECIFICALLY MAINTAINS THE RIGHTS OF CONFIDENTIALITY PROVIDED BY ALL APPLICABLE STATE AND FEDERAL LAW.**

3. Patient Name: **Antoinette Lundy**
   Date of Birth: [redacted]
   Social Security No: [redacted]

4. **Description of the information to be used or disclosed:** The protected Health information that is authorized to be disclosed, obtained and used pursuant to this authorization is as follows: patient's entire medical record/chart, including any and all records, reports, and information concerning any medical examination, treatment, or care rendered, including but not limited to, abstracts, pertinent operative reports, ER reports, history and physical, progress notes, lab records, discharge summary, physician orders, consult records, nurses notes, office notes, consults, medications prescribed, correspondence, informed consents, releases to return to work, copies of all x-rays, CT scans, MRI's, and any other diagnostic films or radiologic films and/or reports, any tissue or pathology slides and/or reports. This authorization allows disclosure and use of the medical records for all treatment dates.

5. The undersigned Patient or Personal Representative hereby acknowledges that the information disclosed/released pursuant to this authorization may contain alcohol and drug abuse, psychiatric, HIV or genetic information, and hereby consents to the disclosure of such information.

6. **Purpose of requested use and disclosure:** The purpose of the requested use and disclosure is to comply with T.C.A. 29-26-121.

7. **Expiration:** This authorization will expire six months from the date signed, if not otherwise specified.

8. **Voluntary signing of authorization:** The undersigned Patient or Personal Representative understands that this authorization is voluntary and that the undersigned may refuse to sign it. The undersigned also understands that unless allowed by law, my refusal to sign this authorization will not affect my ability to obtain treatment, receive payment or eligibility for benefits.

9. **Right to revoke and exceptions:** The undersigned Patient or Personal Representative understands the right to revoke this Authorization in writing, at any time, to the organization or persons authorized to release the information, except wherein the organization or person has already relied on it to make use or disclosure.

10. **Possible re-disclosure:** The undersigned Patient or Personal Representative understands that once the protected health information authorized to be disclosed reaches the specified recipient(s), that person(s), or organization(s) may be allowed under applicable law to re-disclose it, at which time it may no longer be protected under Federal or State privacy laws.

11. **Name or other specific identification of person(s), or class of person(s), authorized to make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to use and disclose patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee

12. **Name or other specific identification of person(s), or class of person(s), to whom the covered entity may make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to obtain and use patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee

13. I agree that a photocopy of the original of this Authorization for Release of Medical records shall be as effective as the Original.

[signature]
Signature of Patient or Personal Representative

4-11-17
Date

Self
Relationship and/or authority to act for patient

# AUTHORIZATION TO USE AND DISCLOSE PROTECTED HEALTH INFORMATION

Pursuant to the requirements of T.C.A. 29-26-121 this authorization allows the persons or entities listed below to disclose, obtain and use copies of the complete medical record of **Devin Byrd, minor** (hereinafter referred to as patient) as provided in T.C.A. 29-26-121.

1. The undersigned Patient or Personal Representative hereby authorizes the following class of persons: all physicians, therapists, hospitals, pharmacies, laboratories, and other health care providers receiving this authorization to use and disclose the following protected health information described in paragraph 4 below from the medical records of the Patient listed below to the attorneys, paralegals, and/or representatives of the persons or entities listed herein (named in the attached Notice Letter and Provider Notice List). Patient also requests that you provide a copy of those same records to patient's attorneys, Holton Law Firm, PLLC, 296 Washington Avenue, Memphis, TN 38103 at the time you provide copies of the record pursuant to this authorization.

2. **THIS AUTHORIZATION ONLY ALLOWS THE PARTIES LISTED BELOW TO DISCLOSE, OBTAIN AND USE MEDICAL RECORDS. THIS AUTHORIZATION DOES NOT ALLOW YOU TO DISCUSS PATIENT, OR PATIENT'S MEDICAL RECORDS, WITH ANY OTHER HEALTHCARE PROVIDER OR ATTORNEY. PATIENT SPECIFICALLY MAINTAINS THE RIGHTS OF CONFIDENTIALITY PROVIDED BY ALL APPLICABLE STATE AND FEDERAL LAW.**

3. Patient Name: **Devin Byrd, minor**
   Date of Birth: [redacted]
   Social Security No.: [redacted]

4. **Description of the information to be used or disclosed:** The protected Health information that is authorized to be disclosed, obtained and used pursuant to this authorization is as follows: patient's entire medical record/chart, including any and all records, reports, and information concerning any medical examination, treatment, or care rendered, including but not limited to, abstracts, pertinent operative reports, ER reports, history and physical, progress notes, lab records, discharge summary, physician orders, consult records, nurses notes, office notes, consults, medications prescribed, correspondence, informed consents, releases to return to work, copies of all x-rays, CT scans, MRI's, and any other diagnostic films or radiologic films and/or reports, any tissue or pathology slides and/or reports. This authorization allows disclosure and use of the medical records for all treatment dates.

5. The undersigned Patient or Personal Representative hereby acknowledges that the information disclosed/released pursuant to this authorization may contain alcohol and drug abuse, psychiatric, HIV or genetic information, and hereby consents to the disclosure of such information.

6. **Purpose of requested use and disclosure:** The purpose of the requested use and disclosure is to comply with T.C.A. 29-26-121.

7. **Expiration:** This authorization will expire six months from the date signed, if not otherwise specified.

8. **Voluntary signing of authorization:** The undersigned Patient or Personal Representative understands that this authorization is voluntary and that the undersigned may refuse to sign it. The undersigned also understands that unless allowed by law, my refusal to sign this authorization will not affect my ability to obtain treatment, receive payment or eligibility for benefits.

9. **Right to revoke and exceptions:** The undersigned Patient or Personal Representative understands the right to revoke this Authorization in writing, at any time, to the organization or persons authorized to release the information, except wherein the organization or person has already relied on it to make use or disclosure.

10. **Possible re-disclosure:** The undersigned Patient or Personal Representative understands that once the protected health information authorized to be disclosed reaches the specified recipient(s), that person(s), or organization(s) may be allowed under applicable law to re-disclose it, at which time it may no longer be protected under Federal or State privacy laws.

11. **Name or other specific identification of person(s), or class of person(s), authorized to make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to use and disclose patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee

12. **Name or other specific identification of person(s), or class of person(s), to whom the covered entity may make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to obtain and use patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee

13. I agree that a photocopy of the original of this Authorization for Release of Medical records shall be as effective as the Original.

(Antoinette Lundy) 4-11-17

Signature of Patient or Personal Representative Date

Mom (Mother of Devin Byrd)

Relationship and/or authority to act for patient



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

7010 1670 0000 4988 8917

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total | $ |

Postmark Here

Sent To: Alexander Q. Kieu, M.D.
Kansas City, KS 64124

UNITED STATES POSTAL SERVICE
Certificate Of Mailing
The Holton Law Firm, PLLC
296 Washington Avenue
Memphis, TN 38103
US POSTAGE $01.35
Mailed From 38103
04/28/2017
032A 0061842569
Postmark Here
To: Alexander Q. Kieu, M.D.
721 N. 31st Street
Kansas City, KS 66102-3964
PS Form 3817, April 2007 PSN 7530-02-000-9065

UNITED STATES POSTAL SERVICE
Certificate Of Mailing
The Holton Law Firm, PLLC
296 Washington Avenue
Memphis, TN 38103
US POSTAGE $01.35
Mailed From 38103
04/28/2017
032A 0061842569
Postmark Here
To: Alexander Q. Kieu, M.D.
Kansas City, KS 64124
PS Form 3817, April 2007 PSN 7530-02-000-9065

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

7010 1670 0000 4988 8924

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total | $ |

Postmark Here

Sent To: Alexander Q. Kieu, M.D.
721 N. 31st Street
Kansas City, KS 66102-3964



296 Washington Avenue
Memphis, TN 38103
phone: 901-523-2222
fax: 901-523-2232
holtonlaw.com

April 28, 2017

Alexander Q. Kieu, M.D.
Kansas City, KS 64124

RE: Notice of Potential Health Care Liability Action
Date of Incident – May 1, 2014 – May 2, 2014

Dear Sir or Madam,

The Holton Law Firm represents your patient. Based on the records we have obtained, we are notifying you of the intent to file a health care liability lawsuit regarding the medical care of the patient.

Pursuant to the provisions of Tennessee Code Annotated §29-26-121, you are provided the following information:

- **Full Name of Patient:** Devin Byrd, minor
- **Date of Birth of Patient:** [redacted]
- **Full Name of Patient:** Antoinette Lundy
- **Date of Birth of Patient:** [redacted]
- **Name/Relationship of Claimant(s) Authorizing Notice:** Antoinette Lundy, mother of Devin Byrd.
- **Address of Claimant Authorizing Notice:** 106 Carl Brinkley Circle, Apt. 106, Daytona Beach, FL 32114
- **Name of Attorney Sending Notice:** Timothy R. Holton
- **Address of Attorney Sending Notice:** 296 Washington Avenue, Memphis, Tennessee 38103

Also enclosed are the following documents:

- A list of the names and addresses of all providers being sent a notice
- A HIPAA compliant medical authorization allowing you to obtain complete medical records from each other provider being sent a notice

**You do NOT have permission to discuss this matter with any other**

**John R. Holton**
Licensed in Tennessee and Arkansas

**Timothy R. Holton**
Licensed in TN, MS, AR, and FL
NBTA Certified Civil Trial Specialist and ABPLA Medical Malpractice Specialist

Of Counsel
**Michael P. McGartland**
Licensed in Tennessee, Texas and Mississippi

**health care provider. This applies TO you, to all persons in your office, and to your legal counsel.**

Plaintiffs specifically maintain the right to confidentiality provided by all applicable state and federal law.

In addition, we are requesting that you agree to submit to an examination under oath, so that you may present your side of this controversy for our consideration. You are not obligated to do so, but we make this request so that we may consider ALL THE FACTS related to this matter understanding that many of the facts may not be contained in the medical records themselves.

In the event that you choose not to submit to an examination under oath at this point, be advised that we will need to secure your deposition at the earliest opportunity after the lawsuit has been filed and prior to any hearing on dispositive motions.

If you wish to avoid litigation altogether, please have someone with settlement authority contact me immediately.

We believe that this letter complies with the requirements of T.C.A. §29-26-121. If you believe it is deficient in any way, please promptly let me know so that the deficiency can be addressed. If we do not promptly hear from you, it will indicate that you believe this notice letter complies with the law.

Very truly yours,

**HOLTON LAW FIRM, PLLC**

Timothy R. Holton

TRH/cr
Enclosures: HIPAA Authorization
Provider Notice List

**PROVIDER NOTICE LIST PURSUANT TO T.C.A. 29-26-121(a)(2)(d)**

1) **Shelby County Health Care Corporation**

Shelby County Health Care Corporation
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
(Principal a*ddress listed by TN Secretary of State Website)*

Shelby County Health Care Corporation
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
*(Registered Agent's Address listed by TN Secretary of State Website)*

2) **Shelby County Health Care Corporation dba Regional Medical Center at Memphis**

Shelby County Health Care Corporation dba Regional Medical Center at Memphis
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
(Principal a*ddress listed by TN Secretary of State Website)*

Shelby County Health Care Corporation dba Regional Medical Center at Memphis
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
*(Registered Agent's Address listed by TN Secretary of State Website)*

3) **Shelby County Health Care Corporation dba Regional One Health**

Shelby County Health Care Corporation dba Regional One Health
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
(Principal *Address listed by TN Secretary of State Website)*

Shelby County Health Care Corporation dba Regional One Health
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
*(Registered Agent's Address listed by TN Secretary of State Website)*

4) **William G. Mullinax, M.D.**

William G. Mullinax, M.D.
969 Frayser Blvd.
Memphis, Tennessee 38127

*(Address listed by TN Department of Health Website)*

William G. Mullinax, M.D.
920 Madison Avenue, Suite 447
Memphis, Tennessee 38163-0001
*(Primary practice address as listed by NPPES Website)*

5)   **Ellisa Rausch Krumm, M.D.**

Ellisa Rausch Krumm, M.D.
Fort Worth, Texas 76110-1804
*(Address listed by TN Department of Health Website)*

Ellisa Rausch Krumm, M.D.
1500 S Main Street
Fort Worth, Texas 76104-4917
*(Primary practice address as listed by NPPES Website)*

6)   **David Jordan Paslay, M.D.**

David Jordan Paslay, M.D.
Memphis, Tennessee 38118
*(Address listed by TN Department of Health Website)*

David Jordan Paslay, M.D.
4095 American Way, Ste. 1
Memphis, Tennessee 38118-8339
*(Primary practice address as listed by NPPES Website)*

7)   **Alexander Q. Kieu, M.D.**

Alexander Q. Kieu, M.D.
Kansas City, KS 64124
*(Address listed by TN Department of Health Website)*

Alexander Q. Kieu, M.D.
721 N. 31st Street
Kansas City, KS 66102-3964
*(Primary practice address as listed by NPPES Website)*

8)   **Gareth S. Bridges, M.D.**

Gareth S. Bridges, M.D.
Memphis, Tennessee 38114
*(Address listed by TN Department of Health Website)*

Gareth S. Bridges, M.D.
301 S. Derby Street, Suite 200
Sublette, KS 67877-6704
*(Primary practice address as listed by NPPES Website)*

9)   **Christ Community Health Services, Inc.**

Christ Community Health Services, Inc.
Paul Makris
2595 Central Avenue
Memphis, Tennessee 38104-5905
*(Principal Address as listed by Tennessee Secretary of State)*

Christ Community Health Services, Inc.
c/o CT Corporation System, Inc.
800 S Gay Street, Ste. 2021
Knoxville, Tennessee 37929-9710
*(Registered Agent's Principal Address listed by TN Secretary of State Website)*

10)   **Resurrection Health**

Resurrection Health
Ann Stroup
4095 American Way, Suite 1
Memphis, Tennessee 38118-8339
*(Principal Address as listed by Tennessee Secretary of State)*

Resurrection Health
c/o Registered Agent:
Richard Donlon
4095 American Way, Suite
Memphis, Tennessee 38118-8339
*(Registered Agent's Principal Address as listed by Tennessee Secretary of State)*

11)   **State of Tennessee**

State of Tennessee
c/o Office of the Attorney General
Civil Rights and Claims Division
PO Box 20207
Nashville, Tennessee 37202

State of Tennessee
Division of Claims Administration
Andrew Jackson Building, 15th Floor
502 Deaderick Street
Nashville, Tennessee 37243

# AUTHORIZATION TO USE AND DISCLOSE PROTECTED HEALTH INFORMATION

Pursuant to the requirements of T.C.A. 29-26-121 this authorization allows the persons or entities listed below to disclose, obtain and use copies of the complete medical record of **Antoinette Lundy** (hereinafter referred to as patient) as provided in T.C.A. 29-26-121.

1. The undersigned Patient or Personal Representative hereby authorizes the following class of persons: all physicians, therapists, hospitals, pharmacies, laboratories, and other health care providers receiving this authorization to use and disclose the following protected health information described in paragraph 4 below from the medical records of the Patient listed below to the attorneys, paralegals, and/or representatives of the persons or entities listed herein (named in the attached Notice Letter and Provider Notice List). Patient also requests that you provide a copy of those same records to patient's attorneys, Holton Law Firm, PLLC, 296 Washington Avenue, Memphis, TN 38103 at the time you provide copies of the record pursuant to this authorization.

2. **THIS AUTHORIZATION ONLY ALLOWS THE PARTIES LISTED BELOW TO DISCLOSE, OBTAIN AND USE MEDICAL RECORDS. THIS AUTHORIZATION DOES NOT ALLOW YOU TO DISCUSS PATIENT, OR PATIENT'S MEDICAL RECORDS, WITH ANY OTHER HEALTHCARE PROVIDER OR ATTORNEY. PATIENT SPECIFICALLY MAINTAINS THE RIGHTS OF CONFIDENTIALITY PROVIDED BY ALL APPLICABLE STATE AND FEDERAL LAW.**

3. Patient Name: **Antoinette Lundy**
   Date of Birth:[redacted]
   Social Security No.[redacted]

4. **Description of the information to be used or disclosed:** The protected Health information that is authorized to be disclosed, obtained and used pursuant to this authorization is as follows: patient's entire medical record/chart, including any and all records, reports, and information concerning any medical examination, treatment, or care rendered, including but not limited to, abstracts, pertinent operative reports, ER reports, history and physical, progress notes, lab records, discharge summary, physician orders, consult records, nurses notes, office notes, consults, medications prescribed, correspondence, informed consents, releases to return to work, copies of all x-rays, CT scans, MRI's, and any other diagnostic films or radiologic films and/or reports, any tissue or pathology slides and/or reports. This authorization allows disclosure and use of the medical records for all treatment dates.

5. The undersigned Patient or Personal Representative hereby acknowledges that the information disclosed/released pursuant to this authorization may contain alcohol and drug abuse, psychiatric, HIV or genetic information, and hereby consents to the disclosure of such information.

6. **Purpose of requested use and disclosure:** The purpose of the requested use and disclosure is to comply with T.C.A. 29-26-121.

7. **Expiration:** This authorization will expire six months from the date signed, if not otherwise specified.

8. **Voluntary signing of authorization:** The undersigned Patient or Personal Representative understands that this authorization is voluntary and that the undersigned may refuse to sign it. The undersigned also understands that unless allowed by law, my refusal to sign this authorization will not affect my ability to obtain treatment, receive payment or eligibility for benefits.

9. **Right to revoke and exceptions:** The undersigned Patient or Personal Representative understands the right to revoke this Authorization in writing, at any time, to the organization or persons authorized to release the information, except wherein the organization or person has already relied on it to make use or disclosure.

10. **Possible re-disclosure:** The undersigned Patient or Personal Representative understands that once the protected health information authorized to be disclosed reaches the specified recipient(s), that person(s), or organization(s) may be allowed under applicable law to re-disclose it, at which time it may no longer be protected under Federal or State privacy laws.

11. **Name or other specific identification of person(s), or class of person(s), authorized to make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to use and disclose patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee

12. **Name or other specific identification of person(s), or class of person(s), to whom the covered entity may make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to obtain and use patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee

13. I agree that a photocopy of the original of this Authorization for Release of Medical records shall be as effective as the Original.

[signature]
Signature of Patient or Personal Representative

4-11-17
Date

Self
Relationship and/or authority to act for patient

# AUTHORIZATION TO USE AND DISCLOSE PROTECTED HEALTH INFORMATION

Pursuant to the requirements of T.C.A. 29-26-121 this authorization allows the persons or entities listed below to disclose, obtain and use copies of the complete medical record of **Devin Byrd, minor** (hereinafter referred to as patient) as provided in T.C.A. 29-26-121.

1. The undersigned Patient or Personal Representative hereby authorizes the following class of persons: all physicians, therapists, hospitals, pharmacies, laboratories, and other health care providers receiving this authorization to use and disclose the following protected health information described in paragraph 4 below from the medical records of the Patient listed below to the attorneys, paralegals, and/or representatives of the persons or entities listed herein (named in the attached Notice Letter and Provider Notice List). Patient also requests that you provide a copy of those same records to patient's attorneys, Holton Law Firm, PLLC, 296 Washington Avenue, Memphis, TN 38103 at the time you provide copies of the record pursuant to this authorization.

2. **THIS AUTHORIZATION ONLY ALLOWS THE PARTIES LISTED BELOW TO DISCLOSE, OBTAIN AND USE MEDICAL RECORDS. THIS AUTHORIZATION DOES NOT ALLOW YOU TO DISCUSS PATIENT, OR PATIENT'S MEDICAL RECORDS, WITH ANY OTHER HEALTHCARE PROVIDER OR ATTORNEY. PATIENT SPECIFICALLY MAINTAINS THE RIGHTS OF CONFIDENTIALITY PROVIDED BY ALL APPLICABLE STATE AND FEDERAL LAW.**

3. Patient Name: **Devin Byrd, minor**
   Date of Birth: [redacted]
   Social Security No.: [redacted]

4. **Description of the information to be used or disclosed:** The protected Health information that is authorized to be disclosed, obtained and used pursuant to this authorization is as follows: patient's entire medical record/chart, including any and all records, reports, and information concerning any medical examination, treatment, or care rendered, including but not limited to, abstracts, pertinent operative reports, ER reports, history and physical, progress notes, lab records, discharge summary, physician orders, consult records, nurses notes, office notes, consults, medications prescribed, correspondence, informed consents, releases to return to work, copies of all x-rays, CT scans, MRI's, and any other diagnostic films or radiologic films and/or reports, any tissue or pathology slides and/or reports. This authorization allows disclosure and use of the medical records for all treatment dates.

5. The undersigned Patient or Personal Representative hereby acknowledges that the information disclosed/released pursuant to this authorization may contain alcohol and drug abuse, psychiatric, HIV or genetic information, and hereby consents to the disclosure of such information.

6. **Purpose of requested use and disclosure:** The purpose of the requested use and disclosure is to comply with T.C.A. 29-26-121.

7. **Expiration:** This authorization will expire six months from the date signed, if not otherwise specified.

8. **Voluntary signing of authorization:** The undersigned Patient or Personal Representative understands that this authorization is voluntary and that the undersigned may refuse to sign it. The undersigned also understands that unless allowed by law, my refusal to sign this authorization will not affect my ability to obtain treatment, receive payment or eligibility for benefits.

9. **Right to revoke and exceptions:** The undersigned Patient or Personal Representative understands the right to revoke this Authorization in writing, at any time, to the organization or persons authorized to release the information, except wherein the organization or person has already relied on it to make use or disclosure.

10. **Possible re-disclosure:** The undersigned Patient or Personal Representative understands that once the protected health information authorized to be disclosed reaches the specified recipient(s), that person(s), or organization(s) may be allowed under applicable law to re-disclose it, at which time it may no longer be protected under Federal or State privacy laws.

11. **Name or other specific identification of person(s), or class of person(s), authorized to make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to use and disclose patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee
12. **Name or other specific identification of person(s), or class of person(s), to whom the covered entity may make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to obtain and use patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee
13. I agree that a photocopy of the original of this Authorization for Release of Medical records shall be as effective as the Original.

(Antoinette Lundy) 4-11-17

Signature of Patient or Personal Representative Date

Mom (Mother of Devin Byrd)

Relationship and/or authority to act for patient

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

7010 1670 0000 4988 8931

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total P...
Postmark Here

Sent To
Gareth S. Bridges, M.D.
Memphis, Tennessee 38114
Street, Apt. or PO Box
City, State

UNITED STATES POSTAL SERVICE
Certificate Of Mailing

The Holton Law Firm, PLLC
296 Washington Avenue
Memphis, TN 38103

To:
Gareth S. Bridges, M.D.
Memphis, Tennessee 38114

To pay fee, affix stamps or meter postage here.
US POSTAGE $01.35
Mailed From 38103
04/28/2017
032A 0061642869
Postmark Here

PS Form 3817, April 2007 PSN 7530-02-000-9065

UNITED STATES POSTAL SERVICE
Certificate Of Mailing

The Holton Law Firm, PLLC
296 Washington Avenue
Memphis, TN 38103

To:
Gareth S. Bridges, M.D.
301 S. Derby Street, Suite 200
Sublette, KS 67877-6704

To pay fee, affix stamps or meter postage here.
US POSTAGE $01.35
Mailed From 38103
04/28/2017
032A 0061642869
Postmark Here

PS Form 3817, April 2007 PSN 7530-02-000-9065

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

7010 1670 0000 4988 8948

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total P...
Postmark Here

Sent To
Gareth S. Bridges, M.D.
301 S. Derby Street, Suite 200
Sublette, KS 67877-6704
Street, Apt. or PO Box
City, State

296 Washington Avenue
Memphis, TN 38103
phone: 901-523-2222
fax: 901-523-2232
holtonlaw.com

April 28, 2017

Gareth S. Bridges, M.D.
Memphis, Tennessee 38114

RE: Notice of Potential Health Care Liability Action
Date of Incident – May 1, 2014 – May 2, 2014

Dear Sir or Madam,

The Holton Law Firm represents your patient. Based on the records we have obtained, we are notifying you of the intent to file a health care liability lawsuit regarding the medical care of the patient.

Pursuant to the provisions of Tennessee Code Annotated §29-26-121, you are provided the following information:

- **Full Name of Patient**: Devin Byrd, minor
- **Date of Birth of Patient**: [redacted]
- **Full Name of Patient**: Antoinette Lundy
- **Date of Birth of Patient**: [redacted]
- **Name/Relationship of Claimant(s) Authorizing Notice**: Antoinette Lundy, mother of Devin Byrd.
- **Address of Claimant Authorizing Notice**: 106 Carl Brinkley Circle, Apt. 106, Daytona Beach, FL 32114
- **Name of Attorney Sending Notice**: Timothy R. Holton
- **Address of Attorney Sending Notice**: 296 Washington Avenue, Memphis, Tennessee 38103

Also enclosed are the following documents:

- A list of the names and addresses of all providers being sent a notice
- A HIPAA compliant medical authorization allowing you to obtain complete medical records from each other provider being sent a notice

**You do NOT have permission to discuss this matter with any other**

**John R. Holton**
Licensed in Tennessee and Arkansas

**Timothy R. Holton**
Licensed in TN, MS, AR, and FL
NBTA Certified Civil Trial Specialist and ABPLA Medical Malpractice Specialist

Of Counsel
**Michael P. McGartland**
Licensed in Tennessee, Texas and Mississippi

**health care provider. This applies TO you, to all persons in your office, and to your legal counsel.**

Plaintiffs specifically maintain the right to confidentiality provided by all applicable state and federal law.

In addition, we are requesting that you agree to submit to an examination under oath, so that you may present your side of this controversy for our consideration. You are not obligated to do so, but we make this request so that we may consider ALL THE FACTS related to this matter understanding that many of the facts may not be contained in the medical records themselves.

In the event that you choose not to submit to an examination under oath at this point, be advised that we will need to secure your deposition at the earliest opportunity after the lawsuit has been filed and prior to any hearing on dispositive motions.

If you wish to avoid litigation altogether, please have someone with settlement authority contact me immediately.

We believe that this letter complies with the requirements of T.C.A. §29-26-121. If you believe it is deficient in any way, please promptly let me know so that the deficiency can be addressed. If we do not promptly hear from you, it will indicate that you believe this notice letter complies with the law.

Very truly yours,

**HOLTON LAW FIRM, PLLC**

Timothy R. Holton

TRH/cr

Enclosures: HIPAA Authorization
Provider Notice List

PROVIDER NOTICE LIST PURSUANT TO T.C.A. 29-26-121(a)(2)(d)

1) **Shelby County Health Care Corporation**

Shelby County Health Care Corporation
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
(Principal *address listed by TN Secretary of State Website)*

Shelby County Health Care Corporation
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
*(Registered Agent's Address listed by TN Secretary of State Website)*

2) **Shelby County Health Care Corporation dba Regional Medical Center at Memphis**

Shelby County Health Care Corporation dba Regional Medical Center at Memphis
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
(Principal *address listed by TN Secretary of State Website)*

Shelby County Health Care Corporation dba Regional Medical Center at Memphis
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
*(Registered Agent's Address listed by TN Secretary of State Website)*

3) **Shelby County Health Care Corporation dba Regional One Health**

Shelby County Health Care Corporation dba Regional One Health
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
(Principal *Address listed by TN Secretary of State Website)*

Shelby County Health Care Corporation dba Regional One Health
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
*(Registered Agent's Address listed by TN Secretary of State Website)*

4) **William G. Mullinax, M.D.**

William G. Mullinax, M.D.
969 Frayser Blvd.
Memphis, Tennessee 38127

*(Address listed by TN Department of Health Website)*

William G. Mullinax, M.D.
920 Madison Avenue, Suite 447
Memphis, Tennessee 38163-0001
*(Primary practice address as listed by NPPES Website)*

5)  **Ellisa Rausch Krumm, M.D.**

Ellisa Rausch Krumm, M.D.
Fort Worth, Texas 76110-1804
*(Address listed by TN Department of Health Website)*

Ellisa Rausch Krumm, M.D.
1500 S Main Street
Fort Worth, Texas 76104-4917
*(Primary practice address as listed by NPPES Website)*

6)  **David Jordan Paslay, M.D.**

David Jordan Paslay, M.D.
Memphis, Tennessee 38118
*(Address listed by TN Department of Health Website)*

David Jordan Paslay, M.D.
4095 American Way, Ste. 1
Memphis, Tennessee 38118-8339
*(Primary practice address as listed by NPPES Website)*

7)  **Alexander Q. Kieu, M.D.**

Alexander Q. Kieu, M.D.
Kansas City, KS 64124
*(Address listed by TN Department of Health Website)*

Alexander Q. Kieu, M.D.
721 N. 31st Street
Kansas City, KS 66102-3964
*(Primary practice address as listed by NPPES Website)*

8)  **Gareth S. Bridges, M.D.**

Gareth S. Bridges, M.D.
Memphis, Tennessee 38114
*(Address listed by TN Department of Health Website)*

Gareth S. Bridges, M.D.
301 S. Derby Street, Suite 200
Sublette, KS 67877-6704
*(Primary practice address as listed by NPPES Website)*

9) **Christ Community Health Services, Inc.**

Christ Community Health Services, Inc.
Paul Makris
2595 Central Avenue
Memphis, Tennessee 38104-5905
*(Principal Address as listed by Tennessee Secretary of State)*

Christ Community Health Services, Inc.
c/o CT Corporation System, Inc.
800 S Gay Street, Ste. 2021
Knoxville, Tennessee 37929-9710
*(Registered Agent's Principal Address listed by TN Secretary of State Website)*

10) **Resurrection Health**

Resurrection Health
Ann Stroup
4095 American Way, Suite 1
Memphis, Tennessee 38118-8339
*(Principal Address as listed by Tennessee Secretary of State)*

Resurrection Health
c/o Registered Agent:
Richard Donlon
4095 American Way, Suite
Memphis, Tennessee 38118-8339
*(Registered Agent's Principal Address as listed by Tennessee Secretary of State)*

11) **State of Tennessee**

State of Tennessee
c/o Office of the Attorney General
Civil Rights and Claims Division
PO Box 20207
Nashville, Tennessee 37202

State of Tennessee
Division of Claims Administration
Andrew Jackson Building, 15th Floor
502 Deaderick Street
Nashville, Tennessee 37243

# AUTHORIZATION TO USE AND DISCLOSE PROTECTED HEALTH INFORMATION

Pursuant to the requirements of T.C.A. 29-26-121 this authorization allows the persons or entities listed below to disclose, obtain and use copies of the complete medical record of **Antoinette Lundy** (hereinafter referred to as patient) as provided in T.C.A. 29-26-121.

1. The undersigned Patient or Personal Representative hereby authorizes the following class of persons: all physicians, therapists, hospitals, pharmacies, laboratories, and other health care providers receiving this authorization to use and disclose the following protected health information described in paragraph 4 below from the medical records of the Patient listed below to the attorneys, paralegals, and/or representatives of the persons or entities listed herein (named in the attached Notice Letter and Provider Notice List). Patient also requests that you provide a copy of those same records to patient's attorneys, Holton Law Firm, PLLC, 296 Washington Avenue, Memphis, TN 38103 at the time you provide copies of the record pursuant to this authorization.

2. **THIS AUTHORIZATION ONLY ALLOWS THE PARTIES LISTED BELOW TO DISCLOSE, OBTAIN AND USE MEDICAL RECORDS. THIS AUTHORIZATION DOES NOT ALLOW YOU TO DISCUSS PATIENT, OR PATIENT'S MEDICAL RECORDS, WITH ANY OTHER HEALTHCARE PROVIDER OR ATTORNEY. PATIENT SPECIFICALLY MAINTAINS THE RIGHTS OF CONFIDENTIALITY PROVIDED BY ALL APPLICABLE STATE AND FEDERAL LAW.**

3. Patient Name: **Antoinette Lundy**
   Date of Birth:
   Social Security No.:

4. **Description of the information to be used or disclosed:** The protected Health information that is authorized to be disclosed, obtained and used pursuant to this authorization is as follows: patient's entire medical record/chart, including any and all records, reports, and information concerning any medical examination, treatment, or care rendered, including but not limited to, abstracts, pertinent operative reports, ER reports, history and physical, progress notes, lab records, discharge summary, physician orders, consult records, nurses notes, office notes, consults, medications prescribed, correspondence, informed consents, releases to return to work, copies of all x-rays, CT scans, MRI's, and any other diagnostic films or radiologic films and/or reports, any tissue or pathology slides and/or reports. This authorization allows disclosure and use of the medical records for all treatment dates.

5. The undersigned Patient or Personal Representative hereby acknowledges that the information disclosed/released pursuant to this authorization may contain alcohol and drug abuse, psychiatric, HIV or genetic information, and hereby consents to the disclosure of such information.

6. **Purpose of requested use and disclosure:** The purpose of the requested use and disclosure is to comply with T.C.A. 29-26-121.

7. **Expiration:** This authorization will expire six months from the date signed, if not otherwise specified.

8. **Voluntary signing of authorization:** The undersigned Patient or Personal Representative understands that this authorization is voluntary and that the undersigned may refuse to sign it. The undersigned also understands that unless allowed by law, my refusal to sign this authorization will not affect my ability to obtain treatment, receive payment or eligibility for benefits.

9. **Right to revoke and exceptions:** The undersigned Patient or Personal Representative understands the right to revoke this Authorization in writing, at any time, to the organization or persons authorized to release the information, except wherein the organization or person has already relied on it to make use or disclosure.

10. **Possible re-disclosure:** The undersigned Patient or Personal Representative understands that once the protected health information authorized to be disclosed reaches the specified recipient(s), that person(s), or organization(s) may be allowed under applicable law to re-disclose it, at which time it may no longer be protected under Federal or State privacy laws.

11. **Name or other specific identification of person(s), or class of person(s), authorized to make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to use and disclose patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee

12. **Name or other specific identification of person(s), or class of person(s), to whom the covered entity may make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to obtain and use patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee

13. I agree that a photocopy of the original of this Authorization for Release of Medical records shall be as effective as the Original.

[signature]
Signature of Patient or Personal Representative

4-11-17
Date

Self
Relationship and/or authority to act for patient

# AUTHORIZATION TO USE AND DISCLOSE PROTECTED HEALTH INFORMATION

Pursuant to the requirements of T.C.A. 29-26-121 this authorization allows the persons or entities listed below to disclose, obtain and use copies of the complete medical record of **Devin Byrd, minor** (hereinafter referred to as patient) as provided in T.C.A. 29-26-121.

1. The undersigned Patient or Personal Representative hereby authorizes the following class of persons: all physicians, therapists, hospitals, pharmacies, laboratories, and other health care providers receiving this authorization to use and disclose the following protected health information described in paragraph 4 below from the medical records of the Patient listed below to the attorneys, paralegals, and/or representatives of the persons or entities listed herein (named in the attached Notice Letter and Provider Notice List). Patient also requests that you provide a copy of those same records to patient's attorneys, Holton Law Firm, PLLC, 296 Washington Avenue, Memphis, TN 38103 at the time you provide copies of the record pursuant to this authorization.

2. **THIS AUTHORIZATION ONLY ALLOWS THE PARTIES LISTED BELOW TO DISCLOSE, OBTAIN AND USE MEDICAL RECORDS. THIS AUTHORIZATION DOES NOT ALLOW YOU TO DISCUSS PATIENT, OR PATIENT'S MEDICAL RECORDS, WITH ANY OTHER HEALTHCARE PROVIDER OR ATTORNEY. PATIENT SPECIFICALLY MAINTAINS THE RIGHTS OF CONFIDENTIALITY PROVIDED BY ALL APPLICABLE STATE AND FEDERAL LAW.**

3. Patient Name: **Devin Byrd, minor**
   Date of Birth: [redacted]
   Social Security No.: [redacted]

4. **Description of the information to be used or disclosed:** The protected Health information that is authorized to be disclosed, obtained and used pursuant to this authorization is as follows: patient's entire medical record/chart, including any and all records, reports, and information concerning any medical examination, treatment, or care rendered, including but not limited to, abstracts, pertinent operative reports, ER reports, history and physical, progress notes, lab records, discharge summary, physician orders, consult records, nurses notes, office notes, consults, medications prescribed, correspondence, informed consents, releases to return to work, copies of all x-rays, CT scans, MRI's, and any other diagnostic films or radiologic films and/or reports, any tissue or pathology slides and/or reports. This authorization allows disclosure and use of the medical records for all treatment dates.

5. The undersigned Patient or Personal Representative hereby acknowledges that the information disclosed/released pursuant to this authorization may contain alcohol and drug abuse, psychiatric, HIV or genetic information, and hereby consents to the disclosure of such information.

6. **Purpose of requested use and disclosure:** The purpose of the requested use and disclosure is to comply with T.C.A. 29-26-121.

7. **Expiration:** This authorization will expire six months from the date signed, if not otherwise specified.

8. **Voluntary signing of authorization:** The undersigned Patient or Personal Representative understands that this authorization is voluntary and that the undersigned may refuse to sign it. The undersigned also understands that unless allowed by law, my refusal to sign this authorization will not affect my ability to obtain treatment, receive payment or eligibility for benefits.

9. **Right to revoke and exceptions:** The undersigned Patient or Personal Representative understands the right to revoke this Authorization in writing, at any time, to the organization or persons authorized to release the information, except wherein the organization or person has already relied on it to make use or disclosure.

10. **Possible re-disclosure:** The undersigned Patient or Personal Representative understands that once the protected health information authorized to be disclosed reaches the specified recipient(s), that person(s), or organization(s) may be allowed under applicable law to re-disclose it, at which time it may no longer be protected under Federal or State privacy laws.

11. **Name or other specific identification of person(s), or class of person(s), authorized to make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to use and disclose patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee

12. **Name or other specific identification of person(s), or class of person(s), to whom the covered entity may make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to obtain and use patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee

13. I agree that a photocopy of the original of this Authorization for Release of Medical records shall be as effective as the Original.

[signature] (Antoinette Lundy)
Signature of Patient or Personal Representative

4-11-17
Date

Mom (Mother of Devin Byrd)
Relationship and/or authority to act for patient



UNITED STATES POSTAL SERVICE
Certificate Of Mailing

The Holton Law Firm, PLLC
296 Washington Avenue
Memphis, TN 38103

US POSTAGE $01.35
Mailed From 38103
04/28/2017
032A 0061842869

To: Christ Community Health Services, Inc.
Paul Makris
2595 Central Avenue
Memphis, Tennessee 38104-5905

Postmark Here

PS Form 3817, April 2007 PSN 7530-02-000-9065

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Sent To: Christ Community Health Services, Inc.
Paul Makris
Street, Apt. or PO Box: 2595 Central Avenue
City, State: Memphis, Tennessee 38104-5905

7010 1670 0000 4988 8955



HOLTON
LAW FIRM

296 Washington Avenue
Memphis, TN 38103
phone: 901-523-2222
fax: 901-523-2232
holtonlaw.com

April 28, 2017

Christ Community Health Services, Inc.
Paul Makris
2595 Central Avenue
Memphis, Tennessee 38104

RE: Notice of Potential Health Care Liability Action
Date of Incident – May 1, 2014 – May 2, 2014

Dear Sir or Madam,

The Holton Law Firm represents your patient. Based on the records we have obtained, we are notifying you of the intent to file a health care liability lawsuit regarding the medical care of the patient.

Pursuant to the provisions of Tennessee Code Annotated §29-26-121, you are provided the following information:

- **Full Name of Patient:** Devin Byrd, minor
- **Date of Birth of Patient:** [redacted]
- **Full Name of Patient:** Antoinette Lundy
- **Date of Birth of Patient:** [redacted]
- **Name/Relationship of Claimant(s) Authorizing Notice:** Antoinette Lundy, mother of Devin Byrd.
- **Address of Claimant Authorizing Notice:** 106 Carl Brinkley Circle, Apt. 106, Daytona Beach, FL 32114
- **Name of Attorney Sending Notice:** Timothy R. Holton
- **Address of Attorney Sending Notice:** 296 Washington Avenue, Memphis, Tennessee 38103

Also enclosed are the following documents:

- A list of the names and addresses of all providers being sent a notice
- A HIPAA compliant medical authorization allowing you to obtain complete medical records from each other provider being sent a notice

John R. Holton
Licensed in Tennessee and Arkansas

Timothy R. Holton
Licensed in TN, MS, AR, and FL
NBTA Certified Civil Trial Specialist and ABPLA Medical Malpractice Specialist

Of Counsel
Michael P. McGartland
Licensed in Tennessee, Texas and Mississippi

**You do NOT have permission to discuss this matter with any other health care provider. This applies TO you, to all persons in your office, and to your legal counsel.**

Plaintiffs specifically maintain the right to confidentiality provided by all applicable state and federal law.

In addition, we are requesting that you agree to submit to an examination under oath, so that you may present your side of this controversy for our consideration. You are not obligated to do so, but we make this request so that we may consider ALL THE FACTS related to this matter understanding that many of the facts may not be contained in the medical records themselves.

In the event that you choose not to submit to an examination under oath at this point, be advised that we will need to secure your deposition at the earliest opportunity after the lawsuit has been filed and prior to any hearing on dispositive motions.

If you wish to avoid litigation altogether, please have someone with settlement authority contact me immediately.

We believe that this letter complies with the requirements of T.C.A. §29-26-121. If you believe it is deficient in any way, please promptly let me know so that the deficiency can be addressed. If we do not promptly hear from you, it will indicate that you believe this notice letter complies with the law.

Very truly yours,

**HOLTON LAW FIRM, PLLC**

Timothy R. Holton

TRH/cr
Enclosures: HIPAA Authorization
Provider Notice List

**PROVIDER NOTICE LIST PURSUANT TO T.C.A. 29-26-121(a)(2)(d)**

1)      **Shelby County Health Care Corporation**

Shelby County Health Care Corporation
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
(Principal *address listed by TN Secretary of State Website)*

Shelby County Health Care Corporation
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
*(Registered Agent's Address listed by TN Secretary of State Website)*

2)      **Shelby County Health Care Corporation dba Regional Medical Center at Memphis**

Shelby County Health Care Corporation dba Regional Medical Center at Memphis
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
(Principal *address listed by TN Secretary of State Website)*

Shelby County Health Care Corporation dba Regional Medical Center at Memphis
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
*(Registered Agent's Address listed by TN Secretary of State Website)*

3)      **Shelby County Health Care Corporation dba Regional One Health**

Shelby County Health Care Corporation dba Regional One Health
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
(Principal *Address listed by TN Secretary of State Website)*

Shelby County Health Care Corporation dba Regional One Health
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
*(Registered Agent's Address listed by TN Secretary of State Website)*

4)      **William G. Mullinax, M.D.**

William G. Mullinax, M.D.
969 Frayser Blvd.
Memphis, Tennessee 38127

*(Address listed by TN Department of Health Website)*

William G. Mullinax, M.D.
920 Madison Avenue, Suite 447
Memphis, Tennessee 38163-0001
*(Primary practice address as listed by NPPES Website)*

5) **Ellisa Rausch Krumm, M.D.**

Ellisa Rausch Krumm, M.D.
Fort Worth, Texas 76110-1804
*(Address listed by TN Department of Health Website)*

Ellisa Rausch Krumm, M.D.
1500 S Main Street
Fort Worth, Texas 76104-4917
*(Primary practice address as listed by NPPES Website)*

6) **David Jordan Paslay, M.D.**

David Jordan Paslay, M.D.
Memphis, Tennessee 38118
*(Address listed by TN Department of Health Website)*

David Jordan Paslay, M.D.
4095 American Way, Ste. 1
Memphis, Tennessee 38118-8339
*(Primary practice address as listed by NPPES Website)*

7) **Alexander Q. Kieu, M.D.**

Alexander Q. Kieu, M.D.
Kansas City, KS 64124
*(Address listed by TN Department of Health Website)*

Alexander Q. Kieu, M.D.
721 N. 31st Street
Kansas City, KS 66102-3964
*(Primary practice address as listed by NPPES Website)*

8) **Gareth S. Bridges, M.D.**

Gareth S. Bridges, M.D.
Memphis, Tennessee 38114
*(Address listed by TN Department of Health Website)*

Gareth S. Bridges, M.D.
301 S. Derby Street, Suite 200
Sublette, KS 67877-6704
*(Primary practice address as listed by NPPES Website)*

9)    **Christ Community Health Services, Inc.**

Christ Community Health Services, Inc.
Paul Makris
2595 Central Avenue
Memphis, Tennessee 38104-5905
*(Principal Address as listed by Tennessee Secretary of State)*

Christ Community Health Services, Inc.
c/o CT Corporation System, Inc.
800 S Gay Street, Ste. 2021
Knoxville, Tennessee 37929-9710
*(Registered Agent's Principal Address listed by TN Secretary of State Website)*

10)   **Resurrection Health**

Resurrection Health
Ann Stroup
4095 American Way, Suite 1
Memphis, Tennessee 38118-8339
*(Principal Address as listed by Tennessee Secretary of State)*

Resurrection Health
c/o Registered Agent:
Richard Donlon
4095 American Way, Suite
Memphis, Tennessee 38118-8339
*(Registered Agent's Principal Address as listed by Tennessee Secretary of State)*

11)   **State of Tennessee**

State of Tennessee
c/o Office of the Attorney General
Civil Rights and Claims Division
PO Box 20207
Nashville, Tennessee 37202

State of Tennessee
Division of Claims Administration
Andrew Jackson Building, 15th Floor
502 Deaderick Street
Nashville, Tennessee 37243

# AUTHORIZATION TO USE AND DISCLOSE PROTECTED HEALTH INFORMATION

Pursuant to the requirements of T.C.A. 29-26-121 this authorization allows the persons or entities listed below to disclose, obtain and use copies of the complete medical record of **Antoinette Lundy** (hereinafter referred to as patient) as provided in T.C.A. 29-26-121.

1. The undersigned Patient or Personal Representative hereby authorizes the following class of persons: all physicians, therapists, hospitals, pharmacies, laboratories, and other health care providers receiving this authorization to use and disclose the following protected health information described in paragraph 4 below from the medical records of the Patient listed below to the attorneys, paralegals, and/or representatives of the persons or entities listed herein (named in the attached Notice Letter and Provider Notice List). Patient also requests that you provide a copy of those same records to patient's attorneys, Holton Law Firm, PLLC, 296 Washington Avenue, Memphis, TN 38103 at the time you provide copies of the record pursuant to this authorization.

2. **THIS AUTHORIZATION ONLY ALLOWS THE PARTIES LISTED BELOW TO DISCLOSE, OBTAIN AND USE MEDICAL RECORDS. THIS AUTHORIZATION DOES NOT ALLOW YOU TO DISCUSS PATIENT, OR PATIENT'S MEDICAL RECORDS, WITH ANY OTHER HEALTHCARE PROVIDER OR ATTORNEY. PATIENT SPECIFICALLY MAINTAINS THE RIGHTS OF CONFIDENTIALITY PROVIDED BY ALL APPLICABLE STATE AND FEDERAL LAW.**

3. Patient Name: **Antoinette Lundy**
   Date of Birth: [redacted]
   Social Security No.: [redacted]

4. **Description of the information to be used or disclosed:** The protected Health information that is authorized to be disclosed, obtained and used pursuant to this authorization is as follows: patient's entire medical record/chart, including any and all records, reports, and information concerning any medical examination, treatment, or care rendered, including but not limited to, abstracts, pertinent operative reports, ER reports, history and physical, progress notes, lab records, discharge summary, physician orders, consult records, nurses notes, office notes, consults, medications prescribed, correspondence, informed consents, releases to return to work, copies of all x-rays, CT scans, MRI's, and any other diagnostic films or radiologic films and/or reports, any tissue or pathology slides and/or reports. This authorization allows disclosure and use of the medical records for all treatment dates.

5. The undersigned Patient or Personal Representative hereby acknowledges that the information disclosed/released pursuant to this authorization may contain alcohol and drug abuse, psychiatric, HIV or genetic information, and hereby consents to the disclosure of such information.

6. **Purpose of requested use and disclosure:** The purpose of the requested use and disclosure is to comply with T.C.A. 29-26-121.

7. **Expiration:** This authorization will expire six months from the date signed, if not otherwise specified.

8. **Voluntary signing of authorization:** The undersigned Patient or Personal Representative understands that this authorization is voluntary and that the undersigned may refuse to sign it. The undersigned also understands that unless allowed by law, my refusal to sign this authorization will not affect my ability to obtain treatment, receive payment or eligibility for benefits.

9. **Right to revoke and exceptions:** The undersigned Patient or Personal Representative understands the right to revoke this Authorization in writing, at any time, to the organization or persons authorized to release the information, except wherein the organization or person has already relied on it to make use or disclosure.

10. **Possible re-disclosure:** The undersigned Patient or Personal Representative understands that once the protected health information authorized to be disclosed reaches the specified recipient(s), that person(s), or organization(s) may be allowed under applicable law to re-disclose it, at which time it may no longer be protected under Federal or State privacy laws.

11. **Name or other specific identification of person(s), or class of person(s), authorized to make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to use and disclose patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee

12. **Name or other specific identification of person(s), or class of person(s), to whom the covered entity may make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to obtain and use patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee

13. I agree that a photocopy of the original of this Authorization for Release of Medical records shall be as effective as the Original.

[signature] 4-11-17

Signature of Patient or Personal Representative — Date

Self

Relationship and/or authority to act for patient

# AUTHORIZATION TO USE AND DISCLOSE PROTECTED HEALTH INFORMATION

Pursuant to the requirements of T.C.A. 29-26-121 this authorization allows the persons or entities listed below to disclose, obtain and use copies of the complete medical record of **Devin Byrd, minor** (hereinafter referred to as patient) as provided in T.C.A. 29-26-121.

1. The undersigned Patient or Personal Representative hereby authorizes the following class of persons: all physicians, therapists, hospitals, pharmacies, laboratories, and other health care providers receiving this authorization to use and disclose the following protected health information described in paragraph 4 below from the medical records of the Patient listed below to the attorneys, paralegals, and/or representatives of the persons or entities listed herein (named in the attached Notice Letter and Provider Notice List). Patient also requests that you provide a copy of those same records to patient's attorneys, Holton Law Firm, PLLC, 296 Washington Avenue, Memphis, TN 38103 at the time you provide copies of the record pursuant to this authorization.

2. **THIS AUTHORIZATION ONLY ALLOWS THE PARTIES LISTED BELOW TO DISCLOSE, OBTAIN AND USE MEDICAL RECORDS. THIS AUTHORIZATION DOES NOT ALLOW YOU TO DISCUSS PATIENT, OR PATIENT'S MEDICAL RECORDS, WITH ANY OTHER HEALTHCARE PROVIDER OR ATTORNEY. PATIENT SPECIFICALLY MAINTAINS THE RIGHTS OF CONFIDENTIALITY PROVIDED BY ALL APPLICABLE STATE AND FEDERAL LAW.**

3. Patient Name: **Devin Byrd, minor**
   Date of Birth: [redacted]
   Social Security No.: [redacted]

4. **Description of the information to be used or disclosed:** The protected Health information that is authorized to be disclosed, obtained and used pursuant to this authorization is as follows: patient's entire medical record/chart, including any and all records, reports, and information concerning any medical examination, treatment, or care rendered, including but not limited to, abstracts, pertinent operative reports, ER reports, history and physical, progress notes, lab records, discharge summary, physician orders, consult records, nurses notes, office notes, consults, medications prescribed, correspondence, informed consents, releases to return to work, copies of all x-rays, CT scans, MRI's, and any other diagnostic films or radiologic films and/or reports, any tissue or pathology slides and/or reports. This authorization allows disclosure and use of the medical records for all treatment dates.

5. The undersigned Patient or Personal Representative hereby acknowledges that the information disclosed/released pursuant to this authorization may contain alcohol and drug abuse, psychiatric, HIV or genetic information, and hereby consents to the disclosure of such information.

6. **Purpose of requested use and disclosure:** The purpose of the requested use and disclosure is to comply with T.C.A. 29-26-121.

7. **Expiration:** This authorization will expire six months from the date signed, if not otherwise specified.

8. **Voluntary signing of authorization:** The undersigned Patient or Personal Representative understands that this authorization is voluntary and that the undersigned may refuse to sign it. The undersigned also understands that unless allowed by law, my refusal to sign this authorization will not affect my ability to obtain treatment, receive payment or eligibility for benefits.

9. **Right to revoke and exceptions:** The undersigned Patient or Personal Representative understands the right to revoke this Authorization in writing, at any time, to the organization or persons authorized to release the information, except wherein the organization or person has already relied on it to make use or disclosure.

10. **Possible re-disclosure:** The undersigned Patient or Personal Representative understands that once the protected health information authorized to be disclosed reaches the specified recipient(s), that person(s), or organization(s) may be allowed under applicable law to re-disclose it, at which time it may no longer be protected under Federal or State privacy laws.

11. **Name or other specific identification of person(s), or class of person(s), authorized to make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to use and disclose patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee
12. **Name or other specific identification of person(s), or class of person(s), to whom the covered entity may make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to obtain and use patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee
13. I agree that a photocopy of the original of this Authorization for Release of Medical records shall be as effective as the Original.

[signature] (Antoinette Lundy) — 4-11-17
Signature of Patient or Personal Representative — Date

Mom (Mother of Devin Byrd)
Relationship and/or authority to act for patient



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)

Postmark Here

7010 1670 0000 4988 8962

Christ Community Health Services, Inc.
c/o CT Corporation System, Inc.
800 S Gay Street, Ste. 2021
Knoxville, Tennessee 37929-9710

UNITED STATES POSTAL SERVICE

Certificate Of Mailing

The Holton Law Firm, PLLC
296 Washington Avenue
Memphis, TN 38103

US POSTAGE $01.35
Mailed From 38103
04/28/2017
032A 0061842869

To: Christ Community Health Services, Inc.
c/o CT Corporation System, Inc.
800 S Gay Street, Ste. 2021
Knoxville, Tennessee 37929-9710

Postmark Here

PS Form 3817, April 2007 PSN 7530-02-000-9065



HOLTON
LAW FIRM

296 Washington Avenue
Memphis, TN 38103
phone: 901-523-2222
fax: 901-523-2232
holtonlaw.com

April 28, 2017

Christ Community Health Services, Inc.
c/o Registered Agent: CT Corporation System, Inc.
800 S Gay Street, Ste. 2021
Knoxville, Tennessee 37929-9710

RE: Notice of Potential Health Care Liability Action
Date of Incident – May 1, 2014 – May 2, 2014

Dear Sir or Madam,

The Holton Law Firm represents your patient. Based on the records we have obtained, we are notifying you of the intent to file a health care liability lawsuit regarding the medical care of the patient.

Pursuant to the provisions of Tennessee Code Annotated §29-26-121, you are provided the following information:

- **Full Name of Patient**: Devin Byrd, minor
- **Date of Birth of Patient**: [redacted]
- **Full Name of Patient**: Antoinette Lundy
- **Date of Birth of Patient**: [redacted]
- **Name/Relationship of Claimant(s) Authorizing Notice**: Antoinette Lundy, mother of Devin Byrd.
- **Address of Claimant Authorizing Notice**: 106 Carl Brinkley Circle, Apt. 106, Daytona Beach, FL 32114
- **Name of Attorney Sending Notice**: Timothy R. Holton
- **Address of Attorney Sending Notice**: 296 Washington Avenue, Memphis, Tennessee 38103

Also enclosed are the following documents:

- A list of the names and addresses of all providers being sent a notice
- A HIPAA compliant medical authorization allowing you to obtain complete medical records from each other provider being sent a notice

John R. Holton
Licensed in Tennessee and Arkansas

Timothy R. Holton
Licensed in TN, MS, AR, and FL
NBTA Certified Civil Trial Specialist and ABPLA Medical Malpractice Specialist

Of Counsel
Michael P. McGartland
Licensed in Tennessee, Texas and Mississippi

**You do NOT have permission to discuss this matter with any other health care provider. This applies TO you, to all persons in your office, and to your legal counsel.**

Plaintiffs specifically maintain the right to confidentiality provided by all applicable state and federal law.

In addition, we are requesting that you agree to submit to an examination under oath, so that you may present your side of this controversy for our consideration. You are not obligated to do so, but we make this request so that we may consider ALL THE FACTS related to this matter understanding that many of the facts may not be contained in the medical records themselves.

In the event that you choose not to submit to an examination under oath at this point, be advised that we will need to secure your deposition at the earliest opportunity after the lawsuit has been filed and prior to any hearing on dispositive motions.

If you wish to avoid litigation altogether, please have someone with settlement authority contact me immediately.

We believe that this letter complies with the requirements of T.C.A. §29-26-121. If you believe it is deficient in any way, please promptly let me know so that the deficiency can be addressed. If we do not promptly hear from you, it will indicate that you believe this notice letter complies with the law.

Very truly yours,

**HOLTON LAW FIRM, PLLC**

Timothy R. Holton

TRH/cr
Enclosures: HIPAA Authorization
Provider Notice List

**PROVIDER NOTICE LIST PURSUANT TO T.C.A. 29-26-121(a)(2)(d)**

1) **Shelby County Health Care Corporation**

Shelby County Health Care Corporation
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
(Principal *address listed by TN Secretary of State Website)*

Shelby County Health Care Corporation
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
*(Registered Agent's Address listed by TN Secretary of State Website)*

2) **Shelby County Health Care Corporation dba Regional Medical Center at Memphis**

Shelby County Health Care Corporation dba Regional Medical Center at Memphis
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
(Principal *address listed by TN Secretary of State Website)*

Shelby County Health Care Corporation dba Regional Medical Center at Memphis
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
*(Registered Agent's Address listed by TN Secretary of State Website)*

3) **Shelby County Health Care Corporation dba Regional One Health**

Shelby County Health Care Corporation dba Regional One Health
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
(Principal *Address listed by TN Secretary of State Website)*

Shelby County Health Care Corporation dba Regional One Health
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
*(Registered Agent's Address listed by TN Secretary of State Website)*

4) **William G. Mullinax, M.D.**

William G. Mullinax, M.D.
969 Frayser Blvd.
Memphis, Tennessee 38127

*(Address listed by TN Department of Health Website)*

William G. Mullinax, M.D.
920 Madison Avenue, Suite 447
Memphis, Tennessee 38163-0001
*(Primary practice address as listed by NPPES Website)*

5) **Ellisa Rausch Krumm, M.D.**

Ellisa Rausch Krumm, M.D.
Fort Worth, Texas 76110-1804
*(Address listed by TN Department of Health Website)*

Ellisa Rausch Krumm, M.D.
1500 S Main Street
Fort Worth, Texas 76104-4917
*(Primary practice address as listed by NPPES Website)*

6) **David Jordan Paslay, M.D.**

David Jordan Paslay, M.D.
Memphis, Tennessee 38118
*(Address listed by TN Department of Health Website)*

David Jordan Paslay, M.D.
4095 American Way, Ste. 1
Memphis, Tennessee 38118-8339
*(Primary practice address as listed by NPPES Website)*

7) **Alexander Q. Kieu, M.D.**

Alexander Q. Kieu, M.D.
Kansas City, KS 64124
*(Address listed by TN Department of Health Website)*

Alexander Q. Kieu, M.D.
721 N. 31st Street
Kansas City, KS 66102-3964
*(Primary practice address as listed by NPPES Website)*

8) **Gareth S. Bridges, M.D.**

Gareth S. Bridges, M.D.
Memphis, Tennessee 38114
*(Address listed by TN Department of Health Website)*

Gareth S. Bridges, M.D.
301 S. Derby Street, Suite 200
Sublette, KS 67877-6704
*(Primary practice address as listed by NPPES Website)*

9)   **Christ Community Health Services, Inc.**

Christ Community Health Services, Inc.
Paul Makris
2595 Central Avenue
Memphis, Tennessee 38104-5905
*(Principal Address as listed by Tennessee Secretary of State)*

Christ Community Health Services, Inc.
c/o CT Corporation System, Inc.
800 S Gay Street, Ste. 2021
Knoxville, Tennessee 37929-9710
*(Registered Agent's Principal Address listed by TN Secretary of State Website)*

10)   **Resurrection Health**

Resurrection Health
Ann Stroup
4095 American Way, Suite 1
Memphis, Tennessee 38118-8339
*(Principal Address as listed by Tennessee Secretary of State)*

Resurrection Health
c/o Registered Agent:
Richard Donlon
4095 American Way, Suite
Memphis, Tennessee 38118-8339
*(Registered Agent's Principal Address as listed by Tennessee Secretary of State)*

11)   **State of Tennessee**

State of Tennessee
c/o Office of the Attorney General
Civil Rights and Claims Division
PO Box 20207
Nashville, Tennessee 37202

State of Tennessee
Division of Claims Administration
Andrew Jackson Building, 15th Floor
502 Deaderick Street
Nashville, Tennessee 37243

# AUTHORIZATION TO USE AND DISCLOSE PROTECTED HEALTH INFORMATION

Pursuant to the requirements of T.C.A. 29-26-121 this authorization allows the persons or entities listed below to disclose, obtain and use copies of the complete medical record of **Antoinette Lundy** (hereinafter referred to as patient) as provided in T.C.A. 29-26-121.

1. The undersigned Patient or Personal Representative hereby authorizes the following class of persons: all physicians, therapists, hospitals, pharmacies, laboratories, and other health care providers receiving this authorization to use and disclose the following protected health information described in paragraph 4 below from the medical records of the Patient listed below to the attorneys, paralegals, and/or representatives of the persons or entities listed herein (named in the attached Notice Letter and Provider Notice List). Patient also requests that you provide a copy of those same records to patient's attorneys, Holton Law Firm, PLLC, 296 Washington Avenue, Memphis, TN 38103 at the time you provide copies of the record pursuant to this authorization.

2. **THIS AUTHORIZATION ONLY ALLOWS THE PARTIES LISTED BELOW TO DISCLOSE, OBTAIN AND USE MEDICAL RECORDS. THIS AUTHORIZATION DOES NOT ALLOW YOU TO DISCUSS PATIENT, OR PATIENT'S MEDICAL RECORDS, WITH ANY OTHER HEALTHCARE PROVIDER OR ATTORNEY. PATIENT SPECIFICALLY MAINTAINS THE RIGHTS OF CONFIDENTIALITY PROVIDED BY ALL APPLICABLE STATE AND FEDERAL LAW.**

3. Patient Name: **Antoinette Lundy**
   Date of Birth: [redacted]
   Social Security No.: [redacted]

4. **Description of the information to be used or disclosed:** The protected Health information that is authorized to be disclosed, obtained and used pursuant to this authorization is as follows: patient's entire medical record/chart, including any and all records, reports, and information concerning any medical examination, treatment, or care rendered, including but not limited to, abstracts, pertinent operative reports, ER reports, history and physical, progress notes, lab records, discharge summary, physician orders, consult records, nurses notes, office notes, consults, medications prescribed, correspondence, informed consents, releases to return to work, copies of all x-rays, CT scans, MRI's, and any other diagnostic films or radiologic films and/or reports, any tissue or pathology slides and/or reports. This authorization allows disclosure and use of the medical records for all treatment dates.

5. The undersigned Patient or Personal Representative hereby acknowledges that the information disclosed/released pursuant to this authorization may contain alcohol and drug abuse, psychiatric, HIV or genetic information, and hereby consents to the disclosure of such information.

6. **Purpose of requested use and disclosure:** The purpose of the requested use and disclosure is to comply with T.C.A. 29-26-121.

7. **Expiration:** This authorization will expire six months from the date signed, if not otherwise specified.

8. **Voluntary signing of authorization:** The undersigned Patient or Personal Representative understands that this authorization is voluntary and that the undersigned may refuse to sign it. The undersigned also understands that unless allowed by law, my refusal to sign this authorization will not affect my ability to obtain treatment, receive payment or eligibility for benefits.

9. **Right to revoke and exceptions:** The undersigned Patient or Personal Representative understands the right to revoke this Authorization in writing, at any time, to the organization or persons authorized to release the information, except wherein the organization or person has already relied on it to make use or disclosure.

10. **Possible re-disclosure:** The undersigned Patient or Personal Representative understands that once the protected health information authorized to be disclosed reaches the specified recipient(s), that person(s), or organization(s) may be allowed under applicable law to re-disclose it, at which time it may no longer be protected under Federal or State privacy laws.

11. **Name or other specific identification of person(s), or class of person(s), authorized to make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to use and disclose patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee

12. **Name or other specific identification of person(s), or class of person(s), to whom the covered entity may make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to obtain and use patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee

13. I agree that a photocopy of the original of this Authorization for Release of Medical records shall be as effective as the Original.

[signature] 4-11-17

Signature of Patient or Personal Representative Date

Self

Relationship and/or authority to act for patient

# AUTHORIZATION TO USE AND DISCLOSE PROTECTED HEALTH INFORMATION

Pursuant to the requirements of T.C.A. 29-26-121 this authorization allows the persons or entities listed below to disclose, obtain and use copies of the complete medical record of **Devin Byrd, minor** (hereinafter referred to as patient) as provided in T.C.A. 29-26-121.

1. The undersigned Patient or Personal Representative hereby authorizes the following class of persons: all physicians, therapists, hospitals, pharmacies, laboratories, and other health care providers receiving this authorization to use and disclose the following protected health information described in paragraph 4 below from the medical records of the Patient listed below to the attorneys, paralegals, and/or representatives of the persons or entities listed herein (named in the attached Notice Letter and Provider Notice List). Patient also requests that you provide a copy of those same records to patient's attorneys, Holton Law Firm, PLLC, 296 Washington Avenue, Memphis, TN 38103 at the time you provide copies of the record pursuant to this authorization.

2. **THIS AUTHORIZATION ONLY ALLOWS THE PARTIES LISTED BELOW TO DISCLOSE, OBTAIN AND USE MEDICAL RECORDS. THIS AUTHORIZATION DOES NOT ALLOW YOU TO DISCUSS PATIENT, OR PATIENT'S MEDICAL RECORDS, WITH ANY OTHER HEALTHCARE PROVIDER OR ATTORNEY. PATIENT SPECIFICALLY MAINTAINS THE RIGHTS OF CONFIDENTIALITY PROVIDED BY ALL APPLICABLE STATE AND FEDERAL LAW.**

3. Patient Name: **Devin Byrd, minor**
   Date of Birth:
   Social Security No.:

4. **Description of the information to be used or disclosed:** The protected Health information that is authorized to be disclosed, obtained and used pursuant to this authorization is as follows: patient's entire medical record/chart, including any and all records, reports, and information concerning any medical examination, treatment, or care rendered, including but not limited to, abstracts, pertinent operative reports, ER reports, history and physical, progress notes, lab records, discharge summary, physician orders, consult records, nurses notes, office notes, consults, medications prescribed, correspondence, informed consents, releases to return to work, copies of all x-rays, CT scans, MRI's, and any other diagnostic films or radiologic films and/or reports, any tissue or pathology slides and/or reports. This authorization allows disclosure and use of the medical records for all treatment dates.

5. The undersigned Patient or Personal Representative hereby acknowledges that the information disclosed/released pursuant to this authorization may contain alcohol and drug abuse, psychiatric, HIV or genetic information, and hereby consents to the disclosure of such information.

6. **Purpose of requested use and disclosure:** The purpose of the requested use and disclosure is to comply with T.C.A. 29-26-121.

7. **Expiration:** This authorization will expire six months from the date signed, if not otherwise specified.

8. **Voluntary signing of authorization:** The undersigned Patient or Personal Representative understands that this authorization is voluntary and that the undersigned may refuse to sign it. The undersigned also understands that unless allowed by law, my refusal to sign this authorization will not affect my ability to obtain treatment, receive payment or eligibility for benefits.

9. **Right to revoke and exceptions:** The undersigned Patient or Personal Representative understands the right to revoke this Authorization in writing, at any time, to the organization or persons authorized to release the information, except wherein the organization or person has already relied on it to make use or disclosure.

10. **Possible re-disclosure:** The undersigned Patient or Personal Representative understands that once the protected health information authorized to be disclosed reaches the specified recipient(s), that person(s), or organization(s) may be allowed under applicable law to re-disclose it, at which time it may no longer be protected under Federal or State privacy laws.

11. **Name or other specific identification of person(s), or class of person(s), authorized to make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to use and disclose patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee

12. **Name or other specific identification of person(s), or class of person(s), to whom the covered entity may make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to obtain and use patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee

13. I agree that a photocopy of the original of this Authorization for Release of Medical records shall be as effective as the Original.

[signature] (Antoinette Lundy)
Signature of Patient or Personal Representative

4-11-17
Date

Mom (Mother of Devin Byrd)
Relationship and/or authority to act for patient

UNITED STATES POSTAL SERVICE®

Certificate Of Mailing

The Holton Law Firm, PLLC
296 Washington Avenue
Memphis, TN 38103

US POSTAGE $01.35
Mailed From 38103
04/28/2017
032A 0061642869

Postmark Here

To: State of Tennessee
c/o Office of the Attorney General
Civil Rights and Claims Division
PO Box 20207
Nashville, Tennessee 37202

PS Form 3817, April 2007 PSN 7530-02-000-9065

7010 1670 0000 4988 8993

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: State of Tennessee
c/o Office of the Attorney General
Civil Rights and Claims Division
PO Box 20207
Nashville, Tennessee 37202

7010 1670 0000 4988 7006

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: State of Tennessee
Division of Claims Administration
Andrew Jackson Building, 15th Floor
502 Deaderick Street
Nashville, Tennessee 37243

UNITED STATES POSTAL SERVICE®

Certificate Of Mailing

The Holton Law Firm, PLLC
296 Washington Avenue
Memphis, TN 38103

US POSTAGE $01.35
Mailed From 38103
04/28/2017
032A 0061642869

Postmark Here

To: State of Tennessee
Division of Claims Administration
Andrew Jackson Building, 15th Floor
502 Deaderick Street
Nashville, Tennessee 37243

PS Form 3817, April 2007 PSN 7530-02-000-9065

HOLTON
LAW FIRM

296 Washington Avenue
Memphis, TN 38103
phone: 901-523-2222
fax: 901-523-2232
holtonlaw.com

April 28, 2017

State of Tennessee
c/o Office of the Attorney General
Civil Rights & Claims Division
PO Box 20207
Nashville, Tennessee 37202

RE: Notice of Potential Health Care Liability Action
Date of Incident – May 1, 2014 – May 2, 2014

Dear Sir or Madam,

The Holton Law Firm represents your patient. Based on the records we have obtained, we are notifying you of the intent to file a health care liability lawsuit regarding the medical care of the patient.

Pursuant to the provisions of Tennessee Code Annotated §29-26-121, you are provided the following information:

- **Full Name of Patient**: Devin Byrd, minor
- **Date of Birth of Patient**: [redacted]
- **Full Name of Patient**: Antoinette Lundy
- **Date of Birth of Patient**: [redacted]
- **Name/Relationship of Claimant(s) Authorizing Notice**: Antoinette Lundy, mother of Devin Byrd.
- **Address of Claimant Authorizing Notice**: 106 Carl Brinkley Circle, Apt. 106, Daytona Beach, FL 32114
- **Name of Attorney Sending Notice**: Timothy R. Holton
- **Address of Attorney Sending Notice**: 296 Washington Avenue, Memphis, Tennessee 38103

Also enclosed are the following documents:

- A list of the names and addresses of all providers being sent a notice
- A HIPAA compliant medical authorization allowing you to obtain complete medical records from each other provider being sent a notice

**John R. Holton**
Licensed in Tennessee and Arkansas

**Timothy R. Holton**
Licensed in TN, MS, AR, and FL
NBTA Certified Civil Trial Specialist and ABPLA Medical Malpractice Specialist

Of Counsel
**Michael P. McGartland**
Licensed in Tennessee, Texas and Mississippi

**You do NOT have permission to discuss this matter with any other health care provider. This applies TO you, to all persons in your office, and to your legal counsel.**

Plaintiffs specifically maintain the right to confidentiality provided by all applicable state and federal law.

In addition, we are requesting that you agree to submit to an examination under oath, so that you may present your side of this controversy for our consideration. You are not obligated to do so, but we make this request so that we may consider ALL THE FACTS related to this matter understanding that many of the facts may not be contained in the medical records themselves.

In the event that you choose not to submit to an examination under oath at this point, be advised that we will need to secure your deposition at the earliest opportunity after the lawsuit has been filed and prior to any hearing on dispositive motions.

If you wish to avoid litigation altogether, please have someone with settlement authority contact me immediately.

We believe that this letter complies with the requirements of T.C.A. §29-26-121. If you believe it is deficient in any way, please promptly let me know so that the deficiency can be addressed. If we do not promptly hear from you, it will indicate that you believe this notice letter complies with the law.

Very truly yours,

**HOLTON LAW FIRM, PLLC**

Timothy R. Holton

TRH/cr
Enclosures: HIPAA Authorization
Provider Notice List

**PROVIDER NOTICE LIST PURSUANT TO T.C.A. 29-26-121(a)(2)(d)**

1) **Shelby County Health Care Corporation**

Shelby County Health Care Corporation
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
(Principal a*ddress listed by TN Secretary of State Website)*

Shelby County Health Care Corporation
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
*(Registered Agent's Address listed by TN Secretary of State Website)*

2) **Shelby County Health Care Corporation dba Regional Medical Center at Memphis**

Shelby County Health Care Corporation dba Regional Medical Center at Memphis
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
(Principal a*ddress listed by TN Secretary of State Website)*

Shelby County Health Care Corporation dba Regional Medical Center at Memphis
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
*(Registered Agent's Address listed by TN Secretary of State Website)*

3) **Shelby County Health Care Corporation dba Regional One Health**

Shelby County Health Care Corporation dba Regional One Health
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
(Principal *Address listed by TN Secretary of State Website)*

Shelby County Health Care Corporation dba Regional One Health
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
*(Registered Agent's Address listed by TN Secretary of State Website)*

4) **William G. Mullinax, M.D.**

William G. Mullinax, M.D.
969 Frayser Blvd.
Memphis, Tennessee 38127

*(Address listed by TN Department of Health Website)*

William G. Mullinax, M.D.
920 Madison Avenue, Suite 447
Memphis, Tennessee 38163-0001
*(Primary practice address as listed by NPPES Website)*

5)   **Ellisa Rausch Krumm, M.D.**

Ellisa Rausch Krumm, M.D.
Fort Worth, Texas 76110-1804
*(Address listed by TN Department of Health Website)*

Ellisa Rausch Krumm, M.D.
1500 S Main Street
Fort Worth, Texas 76104-4917
*(Primary practice address as listed by NPPES Website)*

6)   **David Jordan Paslay, M.D.**

David Jordan Paslay, M.D.
Memphis, Tennessee 38118
*(Address listed by TN Department of Health Website)*

David Jordan Paslay, M.D.
4095 American Way, Ste. 1
Memphis, Tennessee 38118-8339
*(Primary practice address as listed by NPPES Website)*

7)   **Alexander Q. Kieu, M.D.**

Alexander Q. Kieu, M.D.
Kansas City, KS 64124
*(Address listed by TN Department of Health Website)*

Alexander Q. Kieu, M.D.
721 N. 31st Street
Kansas City, KS 66102-3964
*(Primary practice address as listed by NPPES Website)*

8)   **Gareth S. Bridges, M.D.**

Gareth S. Bridges, M.D.
Memphis, Tennessee 38114
*(Address listed by TN Department of Health Website)*

Gareth S. Bridges, M.D.
301 S. Derby Street, Suite 200
Sublette, KS 67877-6704
*(Primary practice address as listed by NPPES Website)*

9)   **Christ Community Health Services, Inc.**

Christ Community Health Services, Inc.
Paul Makris
2595 Central Avenue
Memphis, Tennessee 38104-5905
*(Principal Address as listed by Tennessee Secretary of State)*

Christ Community Health Services, Inc.
c/o CT Corporation System, Inc.
800 S Gay Street, Ste. 2021
Knoxville, Tennessee 37929-9710
*(Registered Agent's Principal Address listed by TN Secretary of State Website)*

10)   **Resurrection Health**

Resurrection Health
Ann Stroup
4095 American Way, Suite 1
Memphis, Tennessee 38118-8339
*(Principal Address as listed by Tennessee Secretary of State)*

Resurrection Health
c/o Registered Agent:
Richard Donlon
4095 American Way, Suite
Memphis, Tennessee 38118-8339
*(Registered Agent's Principal Address as listed by Tennessee Secretary of State)*

11)   **State of Tennessee**

State of Tennessee
c/o Office of the Attorney General
Civil Rights and Claims Division
PO Box 20207
Nashville, Tennessee 37202

State of Tennessee
Division of Claims Administration
Andrew Jackson Building, 15th Floor
502 Deaderick Street
Nashville, Tennessee 37243

# AUTHORIZATION TO USE AND DISCLOSE PROTECTED HEALTH INFORMATION

Pursuant to the requirements of T.C.A. 29-26-121 this authorization allows the persons or entities listed below to disclose, obtain and use copies of the complete medical record of **Antoinette Lundy** (hereinafter referred to as patient) as provided in T.C.A. 29-26-121.

1. The undersigned Patient or Personal Representative hereby authorizes the following class of persons: all physicians, therapists, hospitals, pharmacies, laboratories, and other health care providers receiving this authorization to use and disclose the following protected health information described in paragraph 4 below from the medical records of the Patient listed below to the attorneys, paralegals, and/or representatives of the persons or entities listed herein (named in the attached Notice Letter and Provider Notice List). Patient also requests that you provide a copy of those same records to patient's attorneys, Holton Law Firm, PLLC, 296 Washington Avenue, Memphis, TN 38103 at the time you provide copies of the record pursuant to this authorization.

2. **THIS AUTHORIZATION ONLY ALLOWS THE PARTIES LISTED BELOW TO DISCLOSE, OBTAIN AND USE MEDICAL RECORDS. THIS AUTHORIZATION DOES NOT ALLOW YOU TO DISCUSS PATIENT, OR PATIENT'S MEDICAL RECORDS, WITH ANY OTHER HEALTHCARE PROVIDER OR ATTORNEY. PATIENT SPECIFICALLY MAINTAINS THE RIGHTS OF CONFIDENTIALITY PROVIDED BY ALL APPLICABLE STATE AND FEDERAL LAW.**

3. Patient Name: **Antoinette Lundy**
   Date of Birth:
   Social Security No.

4. **Description of the information to be used or disclosed:** The protected Health information that is authorized to be disclosed, obtained and used pursuant to this authorization is as follows: patient's entire medical record/chart, including any and all records, reports, and information concerning any medical examination, treatment, or care rendered, including but not limited to, abstracts, pertinent operative reports, ER reports, history and physical, progress notes, lab records, discharge summary, physician orders, consult records, nurses notes, office notes, consults, medications prescribed, correspondence, informed consents, releases to return to work, copies of all x-rays, CT scans, MRI's, and any other diagnostic films or radiologic films and/or reports, any tissue or pathology slides and/or reports. This authorization allows disclosure and use of the medical records for all treatment dates.

5. The undersigned Patient or Personal Representative hereby acknowledges that the information disclosed/released pursuant to this authorization may contain alcohol and drug abuse, psychiatric, HIV or genetic information, and hereby consents to the disclosure of such information.

6. **Purpose of requested use and disclosure:** The purpose of the requested use and disclosure is to comply with T.C.A. 29-26-121.

7. **Expiration:** This authorization will expire six months from the date signed, if not otherwise specified.

8. **Voluntary signing of authorization:** The undersigned Patient or Personal Representative understands that this authorization is voluntary and that the undersigned may refuse to sign it. The undersigned also understands that unless allowed by law, my refusal to sign this authorization will not affect my ability to obtain treatment, receive payment or eligibility for benefits.

9. **Right to revoke and exceptions**: The undersigned Patient or Personal Representative understands the right to revoke this Authorization in writing, at any time, to the organization or persons authorized to release the information, except wherein the organization or person has already relied on it to make use or disclosure.

10. **Possible re-disclosure**: The undersigned Patient or Personal Representative understands that once the protected health information authorized to be disclosed reaches the specified recipient(s), that person(s), or organization(s) may be allowed under applicable law to re-disclose it, at which time it may no longer be protected under Federal or State privacy laws.

11. **Name or other specific identification of person(s), or class of person(s), authorized to make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to use and disclose patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee
12. **Name or other specific identification of person(s), or class of person(s), to whom the covered entity may make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to obtain and use patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee
13. I agree that a photocopy of the original of this Authorization for Release of Medical records shall be as effective as the Original.

[signature] 4-11-17

Signature of Patient or Personal Representative Date

Self

Relationship and/or authority to act for patient

# AUTHORIZATION TO USE AND DISCLOSE PROTECTED HEALTH INFORMATION

Pursuant to the requirements of T.C.A. 29-26-121 this authorization allows the persons or entities listed below to disclose, obtain and use copies of the complete medical record of **Devin Byrd, minor** (hereinafter referred to as patient) as provided in T.C.A. 29-26-121.

1. The undersigned Patient or Personal Representative hereby authorizes the following class of persons: all physicians, therapists, hospitals, pharmacies, laboratories, and other health care providers receiving this authorization to use and disclose the following protected health information described in paragraph 4 below from the medical records of the Patient listed below to the attorneys, paralegals, and/or representatives of the persons or entities listed herein (named in the attached Notice Letter and Provider Notice List). Patient also requests that you provide a copy of those same records to patient's attorneys, Holton Law Firm, PLLC, 296 Washington Avenue, Memphis, TN 38103 at the time you provide copies of the record pursuant to this authorization.

2. **THIS AUTHORIZATION ONLY ALLOWS THE PARTIES LISTED BELOW TO DISCLOSE, OBTAIN AND USE MEDICAL RECORDS. THIS AUTHORIZATION DOES NOT ALLOW YOU TO DISCUSS PATIENT, OR PATIENT'S MEDICAL RECORDS, WITH ANY OTHER HEALTHCARE PROVIDER OR ATTORNEY. PATIENT SPECIFICALLY MAINTAINS THE RIGHTS OF CONFIDENTIALITY PROVIDED BY ALL APPLICABLE STATE AND FEDERAL LAW.**

3. Patient Name: **Devin Byrd, minor**
   Date of Birth: [redacted]
   Social Security No.: [redacted]

4. **Description of the information to be used or disclosed:** The protected Health information that is authorized to be disclosed, obtained and used pursuant to this authorization is as follows: patient's entire medical record/chart, including any and all records, reports, and information concerning any medical examination, treatment, or care rendered, including but not limited to, abstracts, pertinent operative reports, ER reports, history and physical, progress notes, lab records, discharge summary, physician orders, consult records, nurses notes, office notes, consults, medications prescribed, correspondence, informed consents, releases to return to work, copies of all x-rays, CT scans, MRI's, and any other diagnostic films or radiologic films and/or reports, any tissue or pathology slides and/or reports. This authorization allows disclosure and use of the medical records for all treatment dates.

5. The undersigned Patient or Personal Representative hereby acknowledges that the information disclosed/released pursuant to this authorization may contain alcohol and drug abuse, psychiatric, HIV or genetic information, and hereby consents to the disclosure of such information.

6. **Purpose of requested use and disclosure:** The purpose of the requested use and disclosure is to comply with T.C.A. 29-26-121.

7. **Expiration:** This authorization will expire six months from the date signed, if not otherwise specified.

8. **Voluntary signing of authorization:** The undersigned Patient or Personal Representative understands that this authorization is voluntary and that the undersigned may refuse to sign it. The undersigned also understands that unless allowed by law, my refusal to sign this authorization will not affect my ability to obtain treatment, receive payment or eligibility for benefits.

9. **Right to revoke and exceptions:** The undersigned Patient or Personal Representative understands the right to revoke this Authorization in writing, at any time, to the organization or persons authorized to release the information, except wherein the organization or person has already relied on it to make use or disclosure.

10. **Possible re-disclosure:** The undersigned Patient or Personal Representative understands that once the protected health information authorized to be disclosed reaches the specified recipient(s), that person(s), or organization(s) may be allowed under applicable law to re-disclose it, at which time it may no longer be protected under Federal or State privacy laws.

11. **Name or other specific identification of person(s), or class of person(s), authorized to make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to use and disclose patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee
12. **Name or other specific identification of person(s), or class of person(s), to whom the covered entity may make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to obtain and use patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee
13. I agree that a photocopy of the original of this Authorization for Release of Medical records shall be as effective as the Original.

[signature] (Antoinette Lundy) — 4-11-17

Signature of Patient or Personal Representative — Date

Mom (Mother of Devin Byrd)

Relationship and/or authority to act for patient



HOLTON
LAW FIRM

296 Washington Avenue
Memphis, TN 38103
phone: 901-523-2222
fax: 901-523-2232
holtonlaw.com

April 28, 2017

State of Tennessee
Division of Claims Administration
Andrew Jackson Building, 15th Floor
502 Deaderick Street
Nashville, Tennessee 37243

RE: Notice of Potential Health Care Liability Action
Date of Incident – May 1, 2014 – May 2, 2014

Dear Sir or Madam,

The Holton Law Firm represents your patient. Based on the records we have obtained, we are notifying you of the intent to file a health care liability lawsuit regarding the medical care of the patient.

Pursuant to the provisions of Tennessee Code Annotated §29-26-121, you are provided the following information:

- **Full Name of Patient**: Devin Byrd, minor
- **Date of Birth of Patient**: [redacted]
- **Full Name of Patient**: Antoinette Lundy
- **Date of Birth of Patient**: 0[redacted]2
- **Name/Relationship of Claimant(s) Authorizing Notice**: Antoinette Lundy, mother of Devin Byrd.
- **Address of Claimant Authorizing Notice**: 106 Carl Brinkley Circle, Apt. 106, Daytona Beach, FL 32114
- **Name of Attorney Sending Notice**: Timothy R. Holton
- **Address of Attorney Sending Notice**: 296 Washington Avenue, Memphis, Tennessee 38103

Also enclosed are the following documents:

- A list of the names and addresses of all providers being sent a notice
- A HIPAA compliant medical authorization allowing you to obtain complete medical records from each other provider being sent a notice

John R. Holton
Licensed in Tennessee and Arkansas

Timothy R. Holton
Licensed in TN, MS, AR, and FL
NBTA Certified Civil Trial Specialist and ABPLA Medical Malpractice Specialist

Of Counsel
Michael P. McGartland
Licensed in Tennessee, Texas and Mississippi

**You do NOT have permission to discuss this matter with any other health care provider. This applies TO you, to all persons in your office, and to your legal counsel.**

Plaintiffs specifically maintain the right to confidentiality provided by all applicable state and federal law.

In addition, we are requesting that you agree to submit to an examination under oath, so that you may present your side of this controversy for our consideration. You are not obligated to do so, but we make this request so that we may consider ALL THE FACTS related to this matter understanding that many of the facts may not be contained in the medical records themselves.

In the event that you choose not to submit to an examination under oath at this point, be advised that we will need to secure your deposition at the earliest opportunity after the lawsuit has been filed and prior to any hearing on dispositive motions.

If you wish to avoid litigation altogether, please have someone with settlement authority contact me immediately.

We believe that this letter complies with the requirements of T.C.A. §29-26-121. If you believe it is deficient in any way, please promptly let me know so that the deficiency can be addressed. If we do not promptly hear from you, it will indicate that you believe this notice letter complies with the law.

Very truly yours,

HOLTON LAW FIRM, PLLC

Timothy R. Holton

TRH/cr
Enclosures:   HIPAA Authorization
              Provider Notice List

**PROVIDER NOTICE LIST PURSUANT TO T.C.A. 29-26-121(a)(2)(d)**

1) **Shelby County Health Care Corporation**

Shelby County Health Care Corporation
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
(Principal *address listed by TN Secretary of State Website)*

Shelby County Health Care Corporation
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
*(Registered Agent's Address listed by TN Secretary of State Website)*

2) **Shelby County Health Care Corporation dba Regional Medical Center at Memphis**

Shelby County Health Care Corporation dba Regional Medical Center at Memphis
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
(Principal *address listed by TN Secretary of State Website)*

Shelby County Health Care Corporation dba Regional Medical Center at Memphis
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
*(Registered Agent's Address listed by TN Secretary of State Website)*

3) **Shelby County Health Care Corporation dba Regional One Health**

Shelby County Health Care Corporation dba Regional One Health
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
(Principal *Address listed by TN Secretary of State Website)*

Shelby County Health Care Corporation dba Regional One Health
c/o Registered Agent: Monica Wharton
877 Jefferson Avenue
Memphis, Tennessee 38103-2807
*(Registered Agent's Address listed by TN Secretary of State Website)*

4) **William G. Mullinax, M.D.**

William G. Mullinax, M.D.
969 Frayser Blvd.
Memphis, Tennessee 38127

*(Address listed by TN Department of Health Website)*

William G. Mullinax, M.D.
920 Madison Avenue, Suite 447
Memphis, Tennessee 38163-0001
*(Primary practice address as listed by NPPES Website)*

5)   **Ellisa Rausch Krumm, M.D.**

Ellisa Rausch Krumm, M.D.
Fort Worth, Texas 76110-1804
*(Address listed by TN Department of Health Website)*

Ellisa Rausch Krumm, M.D.
1500 S Main Street
Fort Worth, Texas 76104-4917
*(Primary practice address as listed by NPPES Website)*

6)   **David Jordan Paslay, M.D.**

David Jordan Paslay, M.D.
Memphis, Tennessee 38118
*(Address listed by TN Department of Health Website)*

David Jordan Paslay, M.D.
4095 American Way, Ste. 1
Memphis, Tennessee 38118-8339
*(Primary practice address as listed by NPPES Website)*

7)   **Alexander Q. Kieu, M.D.**

Alexander Q. Kieu, M.D.
Kansas City, KS 64124
*(Address listed by TN Department of Health Website)*

Alexander Q. Kieu, M.D.
721 N. 31st Street
Kansas City, KS 66102-3964
*(Primary practice address as listed by NPPES Website)*

8)   **Gareth S. Bridges, M.D.**

Gareth S. Bridges, M.D.
Memphis, Tennessee 38114
*(Address listed by TN Department of Health Website)*

Gareth S. Bridges, M.D.
301 S. Derby Street, Suite 200
Sublette, KS 67877-6704
*(Primary practice address as listed by NPPES Website)*

9) **Christ Community Health Services, Inc.**

Christ Community Health Services, Inc.
Paul Makris
2595 Central Avenue
Memphis, Tennessee 38104-5905
*(Principal Address as listed by Tennessee Secretary of State)*

Christ Community Health Services, Inc.
c/o CT Corporation System, Inc.
800 S Gay Street, Ste. 2021
Knoxville, Tennessee 37929-9710
*(Registered Agent's Principal Address listed by TN Secretary of State Website)*

10) **Resurrection Health**

Resurrection Health
Ann Stroup
4095 American Way, Suite 1
Memphis, Tennessee 38118-8339
*(Principal Address as listed by Tennessee Secretary of State)*

Resurrection Health
c/o Registered Agent:
Richard Donlon
4095 American Way, Suite
Memphis, Tennessee 38118-8339
*(Registered Agent's Principal Address as listed by Tennessee Secretary of State)*

11) **State of Tennessee**

State of Tennessee
c/o Office of the Attorney General
Civil Rights and Claims Division
PO Box 20207
Nashville, Tennessee 37202

State of Tennessee
Division of Claims Administration
Andrew Jackson Building, 15th Floor
502 Deaderick Street
Nashville, Tennessee 37243

# AUTHORIZATION TO USE AND DISCLOSE PROTECTED HEALTH INFORMATION

Pursuant to the requirements of T.C.A. 29-26-121 this authorization allows the persons or entities listed below to disclose, obtain and use copies of the complete medical record of **Antoinette Lundy** (hereinafter referred to as patient) as provided in T.C.A. 29-26-121.

1. The undersigned Patient or Personal Representative hereby authorizes the following class of persons: all physicians, therapists, hospitals, pharmacies, laboratories, and other health care providers receiving this authorization to use and disclose the following protected health information described in paragraph 4 below from the medical records of the Patient listed below to the attorneys, paralegals, and/or representatives of the persons or entities listed herein (named in the attached Notice Letter and Provider Notice List). Patient also requests that you provide a copy of those same records to patient's attorneys, Holton Law Firm, PLLC, 296 Washington Avenue, Memphis, TN 38103 at the time you provide copies of the record pursuant to this authorization.

2. **THIS AUTHORIZATION ONLY ALLOWS THE PARTIES LISTED BELOW TO DISCLOSE, OBTAIN AND USE MEDICAL RECORDS. THIS AUTHORIZATION DOES NOT ALLOW YOU TO DISCUSS PATIENT, OR PATIENT'S MEDICAL RECORDS, WITH ANY OTHER HEALTHCARE PROVIDER OR ATTORNEY. PATIENT SPECIFICALLY MAINTAINS THE RIGHTS OF CONFIDENTIALITY PROVIDED BY ALL APPLICABLE STATE AND FEDERAL LAW.**

3. Patient Name: **Antoinette Lundy**
   Date of Birth: [redacted]
   Social Security No. [redacted]

4. **Description of the information to be used or disclosed:** The protected Health information that is authorized to be disclosed, obtained and used pursuant to this authorization is as follows: patient's entire medical record/chart, including any and all records, reports, and information concerning any medical examination, treatment, or care rendered, including but not limited to, abstracts, pertinent operative reports, ER reports, history and physical, progress notes, lab records, discharge summary, physician orders, consult records, nurses notes, office notes, consults, medications prescribed, correspondence, informed consents, releases to return to work, copies of all x-rays, CT scans, MRI's, and any other diagnostic films or radiologic films and/or reports, any tissue or pathology slides and/or reports. This authorization allows disclosure and use of the medical records for all treatment dates.

5. The undersigned Patient or Personal Representative hereby acknowledges that the information disclosed/released pursuant to this authorization may contain alcohol and drug abuse, psychiatric, HIV or genetic information, and hereby consents to the disclosure of such information.

6. **Purpose of requested use and disclosure:** The purpose of the requested use and disclosure is to comply with T.C.A. 29-26-121.

7. **Expiration:** This authorization will expire six months from the date signed, if not otherwise specified.

8. **Voluntary signing of authorization:** The undersigned Patient or Personal Representative understands that this authorization is voluntary and that the undersigned may refuse to sign it. The undersigned also understands that unless allowed by law, my refusal to sign this authorization will not affect my ability to obtain treatment, receive payment or eligibility for benefits.

9. **Right to revoke and exceptions:** The undersigned Patient or Personal Representative understands the right to revoke this Authorization in writing, at any time, to the organization or persons authorized to release the information, except wherein the organization or person has already relied on it to make use or disclosure.

10. **Possible re-disclosure:** The undersigned Patient or Personal Representative understands that once the protected health information authorized to be disclosed reaches the specified recipient(s), that person(s), or organization(s) may be allowed under applicable law to re-disclose it, at which time it may no longer be protected under Federal or State privacy laws.

11. **Name or other specific identification of person(s), or class of person(s), authorized to make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to use and disclose patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee

12. **Name or other specific identification of person(s), or class of person(s), to whom the covered entity may make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to obtain and use patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee

13. I agree that a photocopy of the original of this Authorization for Release of Medical records shall be as effective as the Original.

[signature]
Signature of Patient or Personal Representative

4-11-17
Date

Self
Relationship and/or authority to act for patient

# AUTHORIZATION TO USE AND DISCLOSE PROTECTED HEALTH INFORMATION

Pursuant to the requirements of T.C.A. 29-26-121 this authorization allows the persons or entities listed below to disclose, obtain and use copies of the complete medical record of **Devin Byrd, minor** (hereinafter referred to as patient) as provided in T.C.A. 29-26-121.

1. The undersigned Patient or Personal Representative hereby authorizes the following class of persons: all physicians, therapists, hospitals, pharmacies, laboratories, and other health care providers receiving this authorization to use and disclose the following protected health information described in paragraph 4 below from the medical records of the Patient listed below to the attorneys, paralegals, and/or representatives of the persons or entities listed herein (named in the attached Notice Letter and Provider Notice List). Patient also requests that you provide a copy of those same records to patient's attorneys, Holton Law Firm, PLLC, 296 Washington Avenue, Memphis, TN 38103 at the time you provide copies of the record pursuant to this authorization.

2. **THIS AUTHORIZATION ONLY ALLOWS THE PARTIES LISTED BELOW TO DISCLOSE, OBTAIN AND USE MEDICAL RECORDS. THIS AUTHORIZATION DOES NOT ALLOW YOU TO DISCUSS PATIENT, OR PATIENT'S MEDICAL RECORDS, WITH ANY OTHER HEALTHCARE PROVIDER OR ATTORNEY. PATIENT SPECIFICALLY MAINTAINS THE RIGHTS OF CONFIDENTIALITY PROVIDED BY ALL APPLICABLE STATE AND FEDERAL LAW.**

3. Patient Name: **Devin Byrd, minor**
   Date of Birth: [redacted]
   Social Security No.: [redacted]

4. **Description of the information to be used or disclosed:** The protected Health information that is authorized to be disclosed, obtained and used pursuant to this authorization is as follows: patient's entire medical record/chart, including any and all records, reports, and information concerning any medical examination, treatment, or care rendered, including but not limited to, abstracts, pertinent operative reports, ER reports, history and physical, progress notes, lab records, discharge summary, physician orders, consult records, nurses notes, office notes, consults, medications prescribed, correspondence, informed consents, releases to return to work, copies of all x-rays, CT scans, MRI's, and any other diagnostic films or radiologic films and/or reports, any tissue or pathology slides and/or reports. This authorization allows disclosure and use of the medical records for all treatment dates.

5. The undersigned Patient or Personal Representative hereby acknowledges that the information disclosed/released pursuant to this authorization may contain alcohol and drug abuse, psychiatric, HIV or genetic information, and hereby consents to the disclosure of such information.

6. **Purpose of requested use and disclosure:** The purpose of the requested use and disclosure is to comply with T.C.A. 29-26-121.

7. **Expiration:** This authorization will expire six months from the date signed, if not otherwise specified.

8. **Voluntary signing of authorization:** The undersigned Patient or Personal Representative understands that this authorization is voluntary and that the undersigned may refuse to sign it. The undersigned also understands that unless allowed by law, my refusal to sign this authorization will not affect my ability to obtain treatment, receive payment or eligibility for benefits.

9. **Right to revoke and exceptions:** The undersigned Patient or Personal Representative understands the right to revoke this Authorization in writing, at any time, to the organization or persons authorized to release the information, except wherein the organization or person has already relied on it to make use or disclosure.

10. **Possible re-disclosure:** The undersigned Patient or Personal Representative understands that once the protected health information authorized to be disclosed reaches the specified recipient(s), that person(s), or organization(s) may be allowed under applicable law to re-disclose it, at which time it may no longer be protected under Federal or State privacy laws.

11. **Name or other specific identification of person(s), or class of person(s), authorized to make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to use and disclose patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee
12. **Name or other specific identification of person(s), or class of person(s), to whom the covered entity may make the requested use or disclosure:** The following class of persons or organizations, and/or their representatives are authorized to obtain and use patients protected health information:
Shelby County Health Care Corporation; Shelby County Health Care Corporation dba Regional Medical Center at Memphis; Shelby County Health Care Corporation dba Regional One Health; William G. Mullinax, M.D.; Ellisa Rausch Krumm, M.D.; David Jordan Paslay, M.D.; Alexander Q. Kieu, M.D.; Gareth S. Bridges, M.D.; Christ Community Health Services, Inc.; Resurrection Health; State of Tennessee
13. I agree that a photocopy of the original of this Authorization for Release of Medical records shall be as effective as the Original.

(Antoinette Lundy) 4-11-17

Signature of Patient or Personal Representative Date

Mom (Mother of Devin Byrd)

Relationship and/or authority to act for patient

ELECTRONICALLY FILED
2017 Aug 22 9:02 AM
CLERK OF COURT

**IN THE CIRCUIT COURT OF SHELBY COUNTY, TENNESSEE FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS**

DEVIN BYRD, A Minor by and
Through his Next Friend and Mother,
ANTOINETTE LUNDY,

Plaintiffs,

vs. NO. CT-_______________

JURY DEMANDED

SHELBY COUNTY HEALTH CARE CORPORATION,
SHELBY COUNTY HEALTH CARE CORPORATION,
DBA REGIONAL MEDICAL CENTER;
SHELBY COUNTY HEALTH CARE CORPORATION,
DBA REGIONAL ONE HEALTH;
CHRIST COMMUNITY HEALTH SERVICES, INC.;
WILLIAM MULLINAX, M.D.;
ELLISA RAUSCH KRUMM, M.D.; and
DAVID JORDAN PASLAY, M.D.,

Defendants.

**CERTIFICATE OF GOOD FAITH**
**Medical Malpractice Case**
**PLAINTIFF'S FORM**

A. In accordance with T.C.A. Section 29-26-122, I hereby state (Check item 1, 2, 3, or 4 below and sign your name beneath the item you have checked, verifying the information you have checked. Failure to check item 1, 2, 3, or 4 and/or not signing item 1, 2, 3, or 4 will make this case subject to dismissal with prejudice.)

☐ 1. I have consulted with one (1) or more experts who have provided a signed written statement confirming that upon information and belief they:

(A) Are competent under § 29-26-115 to express opinion(s) in the case; and

(B) Believe, based on the information available from the medical records concerning the care and treatment of the plaintiff for the incident(s) at issue, that there is a good faith basis to maintain the

action consistent with the requirements of § 29-26-115.

Signature of Plaintiff/s if not represented, or Signature of Plaintiff/s' Counsel

2. I have consulted with one (1) or more experts who have provided a signed written statement confirming that upon information and belief they:

(A) Are competent under § 29-26-115 to express opinion(s) in the case; and

(B) Believe, based on the information available from the medical records reviewed concerning the care and treatment of the plaintiff for the incident(s) at issue and, as appropriate, information from the plaintiff or others with knowledge of the incident(s) at issue, that there are facts material to the resolution of the case that cannot be reasonably ascertained from the medical records or information reasonably available to the plaintiff or plaintiffs' counsel; and that despite the absence of this information there is a good faith basis for maintaining the action as to each defendant consistent with the requirements of § 29-26-115 .

Signature of Plaintiff/s if not represented, or Signature of Plaintiff/s' Counsel

B. You MUST complete the information below and sign:

I have been found in violation of T.C.A. Section 29-26-122 ___0___ prior times. (Insert number of prior violations by you.)

Signature of Person Executing This Document

8/21/17

Date

ELECTRONICALLY FILED
2017 Aug 22 9:02 AM
CLERK OF COURT

(CIRCUIT/CHANCERY) COURT OF TENNESSEE
140 ADAMS AVENUE, MEMPHIS, TENNESSEE 38103
FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

# SUMMONS IN CIVIL ACTION

Docket No. CT ____________ (●) Lawsuit ( ) Divorce Ad Damnum $ ____________

DEVIN BYRD, A Minor by and Through his Next Friend and Mother, ANTOINETTE LUNDY,

Plaintiff(s)

VS

SHELBY COUNTY HEALTH CARE CORPORATION DBA REGIONAL MEDICAL CENTER, ET AL.

Defendant(s)

TO: (Name and Address of Defendant (One defendant per summons))

Christ Community Health Services, Inc.
Please serve Registered Agent:
CT Corporation System, Inc.
800 S. Gay Street, Ste. 2021
Knoxville, Tennessee 37929

Method of Service:

- ( ) Certified Mail
- ( ) Shelby County Sheriff
- ( ) Commissioner of Insurance ($)
- ( ) Secretary of State ($)
- (●) Other TN County Sheriff ($)
- ( ) Private Process Server
- ( ) Other

($) Attach Required Fees

You are hereby summoned and required to defend a civil action by filing your answer with the Clerk of the Court and serving a copy of your answer to the Complaint on The Holton Law Firm, PLLC Plaintiff's attorney, whose address is 296 Washington Avenue, Memphis, Tennessee 38103 telephone 901-523-2222 within THIRTY (30) DAYS after this summons has been served upon you, not including the day of service. If you fail to do so, a judgment by default may be taken against you for the relief demanded in the Complaint.

JIMMY MOORE, Clerk / DONNA RUSSELL, Clerk and Master

TESTED AND ISSUED ____________________ By ____________________, D.C.

TO THE DEFENDANT:

NOTICE; Pursuant to Chapter 919 of the Public Acts of 1980, you are hereby given the following notice:
Tennessee law provides a ten thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed. These include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

FOR AMERICANS WITH DISABILITIES ACT (ADA) ASSISTANCE ONLY, CALL (901) 222-2341

I, JIMMY MOORE / DONNA RUSSELL, Clerk of the Court, Shelby County, Tennessee, certify this to be a true and accurate copy as filed this

____________________ 20__

JIMMY MOORE, Clerk / DONNA RUSSELL, Clerk and Master By: ____________________, D.C.

RETURN OF SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I **HAVE** SERVED THE WITHIN SUMMONS:

By delivering on the ____________ day of ______________________________, 20_____ at ______________ M. a copy of the summons

and a copy of the Complaint to the following Defendant ____________________________________________________________

at ____________________________________________________________________________________________________________

________________________________________ By: ___________________________________________

Signature of person accepting service Sheriff or other authorized person to serve process

RETURN OF NON-SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I **HAVE NOT** SERVED THE WITHIN SUMMONS:

To the named Defendant ____________________________________________________________________________

because _____________________________ is (are) not to be found in this County after diligent search and inquiry for the following

reason(s): ____________________________________________________________________________________________

This _____________ day of _____________________________, 20_______.

By: ___________________________________________

Sheriff or other authorized person to serve process



**The Shelby County, Tennessee Circuit Court**

**Case Style:**      DEVIN BYRD VS SHELBY CO HEALTH CARE CORP

**Case Number:**   CT-003467-17

**Type:**             SUMMONS ISSD TO MISC

Ms Sheri C Carter, DC

Electronically signed on 08/22/2017 10:50:49 AM

ELECTRONICALLY FILED
2017 Aug 22 9:02 AM
CLERK OF COURT

**(CIRCUIT/CHANCERY) COURT OF TENNESSEE**
**140 ADAMS AVENUE, MEMPHIS, TENNESSEE 38103**
**FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS**

## SUMMONS IN CIVIL ACTION

Docket No. CT ______

(●) Lawsuit
( ) Divorce

Ad Damnum $ ______

DEVIN BYRD, A Minor by and Through his Next Friend and Mother, ANTOINETTE LUNDY,

Plaintiff(s)

VS

SHELBY COUNTY HEALTH CARE CORPORATION DBA REGIONAL MEDICAL CENTER, ET AL.

Defendant(s)

TO: (Name and Address of Defendant (One defendant per summons))

Ellisa Rausch Krumm, M.D.
1500 S. Main Street
Fort Worth, Texas, 76104

Method of Service:
( ) Certified Mail
( ) Shelby County Sheriff
( ) Commissioner of Insurance ($)
( ) Secretary of State ($)
( ) Other TN County Sheriff ($)
(●) Private Process Server
( ) Other

($) Attach Required Fees

You are hereby summoned and required to defend a civil action by filing your answer with the Clerk of the Court and serving a copy of your answer to the Complaint on The Holton Law Firm, PLLC Plaintiff's attorney, whose address is 296 Washington Avenue, Memphis, Tennessee 38103 telephone 901-523-2222 within THIRTY (30) DAYS after this summons has been served upon you, not including the day of service. If you fail to do so, a judgment by default may be taken against you for the relief demanded in the Complaint.

JIMMY MOORE, Clerk / DONNA RUSSELL, Clerk and Master

TESTED AND ISSUED ______________ By ______________, D.C.

TO THE DEFENDANT:

NOTICE; Pursuant to Chapter 919 of the Public Acts of 1980, you are hereby given the following notice:
Tennessee law provides a ten thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed. These include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

FOR AMERICANS WITH DISABILITIES ACT (ADA) ASSISTANCE ONLY, CALL (901) 222-2341

I, JIMMY MOORE / DONNA RUSSELL, Clerk of the Court, Shelby County, Tennessee, certify this to be a true and accurate copy as filed this

______________ 20__

JIMMY MOORE, Clerk / DONNA RUSSELL, Clerk and Master By: ______________, D.C.

RETURN OF SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I **HAVE** SERVED THE WITHIN SUMMONS:

By delivering on the ___________day of ____________________________, 20_____at _____________M. a copy of the summons

and a copy of the Complaint to the following Defendant ____________________________________________

at ______________________________________________________________________

_______________________________________ By: ________________________________

Signature of person accepting service Sheriff or other authorized person to serve process

RETURN OF NON-SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I **HAVE NOT** SERVED THE WITHIN SUMMONS:

To the named Defendant ______________________________________________________________

because __________________________is (are) not to be found in this County after diligent search and inquiry for the following

reason(s): ______________________________________________________________________

This ____________day of __________________________, 20______.

By: ________________________________

Sheriff or other authorized person to serve process



**The Shelby County, Tennessee Circuit Court**

**Case Style:**      DEVIN BYRD VS SHELBY CO HEALTH CARE CORP

**Case Number:**   CT-003467-17

**Type:**               SUMMONS ISSD TO MISC

Ms Sheri C Carter, DC

Electronically signed on 08/22/2017 10:50:49 AM

ELECTRONICALLY FILED
2017 Aug 22 9:02 AM
CLERK OF COURT

(CIRCUIT/CHANCERY) COURT OF TENNESSEE
140 ADAMS AVENUE, MEMPHIS, TENNESSEE 38103
FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

## SUMMONS IN CIVIL ACTION

Docket No. CT

(●) Lawsuit
( ) Divorce

Ad Damnum $ ____________

DEVIN BYRD, A Minor by and Through his Next Friend and Mother, ANTOINETTE LUNDY,

Plaintiff(s)

VS

SHELBY COUNTY HEALTH CARE CORPORATION DBA REGIONAL MEDICAL CENTER, ET AL.

Defendant(s)

TO: (Name and Address of Defendant (One defendant per summons))

William Mullinax, M.D.
969 Frayser Blvd.
Memphis, Tennessee 38127

Method of Service:

( ) Certified Mail
( ) Shelby County Sheriff
( ) Commissioner of Insurance ($)
( ) Secretary of State ($)
( ) Other TN County Sheriff ($)
(●) Private Process Server
( ) Other

($) Attach Required Fees

You are hereby summoned and required to defend a civil action by filing your answer with the Clerk of the Court and serving a copy of your answer to the Complaint on The Holton Law Firm, PLLC Plaintiff's attorney, whose address is 296 Washington Avenue, Memphis, Tennessee 38103 telephone 901-523-2222 within THIRTY (30) DAYS after this summons has been served upon you, not including the day of service. If you fail to do so, a judgment by default may be taken against you for the relief demanded in the Complaint.

JIMMY MOORE, Clerk / DONNA RUSSELL, Clerk and Master

TESTED AND ISSUED ______________________ By ______________________, D.C.

TO THE DEFENDANT:

NOTICE; Pursuant to Chapter 919 of the Public Acts of 1980, you are hereby given the following notice:
Tennessee law provides a ten thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed. These include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

FOR AMERICANS WITH DISABILITIES ACT (ADA) ASSISTANCE ONLY, CALL (901) 222-2341

I, JIMMY MOORE / DONNA RUSSELL, Clerk of the Court, Shelby County, Tennessee, certify this to be a true and accurate copy as filed this

______________ 20__

JIMMY MOORE, Clerk / DONNA RUSSELL, Clerk and Master By: ______________________, D.C.

RETURN OF SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I **HAVE** SERVED THE WITHIN SUMMONS:

By delivering on the ___________day of ___________________________, 20____at ____________M. a copy of the summons and a copy of the Complaint to the following Defendant ______________________________

at ______________________________________________________________

______________________________ By: ______________________________
Signature of person accepting service Sheriff or other authorized person to serve process

RETURN OF NON-SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I **HAVE NOT** SERVED THE WITHIN SUMMONS:

To the named Defendant ______________________________

because __________________________is (are) not to be found in this County after diligent search and inquiry for the following reason(s): ______________________________

This ____________day of __________________________, 20______.

By: ______________________________
Sheriff or other authorized person to serve process

**The Shelby County, Tennessee Circuit Court**

| | |
|---|---|
| **Case Style:** | DEVIN BYRD VS SHELBY CO HEALTH CARE CORP |
| **Case Number:** | CT-003467-17 |
| **Type:** | SUMMONS ISSD TO MISC |

Ms Sheri C Carter, DC

Electronically signed on 10/25/2017 02:00:57 PM

ELECTRONICALLY FILED
2017 Oct 25 1:41 PM
CLERK OF COURT

(CIRCUIT/CHANCERY) COURT OF TENNESSEE
140 ADAMS AVENUE, MEMPHIS, TENNESSEE 38103
FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

Alias **SUMMONS IN CIVIL ACTION**

Docket No. CT-003467-17 Div VII

(●) Lawsuit
( ) Divorce

Ad Damnum $ ____________

DEVIN BYRD, A Minor by and Through his Next Friend and Mother, ANTOINETTE LUNDY,

Plaintiff(s)

VS

SHELBY COUNTY HEALTH CARE CORPORATION DBA REGIONAL MEDICAL CENTER, ET AL.

Defendant(s)

TO: (Name and Address of Defendant (One defendant per summons))

David J. Paslay, M.D.
c/o Attorney Tim Wehner
105 S. Highland Avenue
Jackson, TN 38302

Method of Service:
(●) Certified Mail
( ) Shelby County Sheriff
( ) Commissioner of Insurance ($)
( ) Secretary of State ($)
( ) Other TN County Sheriff ($)
( ) Private Process Server
( ) Other

($) Attach Required Fees

You are hereby summoned and required to defend a civil action by filing your answer with the Clerk of the Court and serving a copy of your answer to the Complaint on Holton Law Firm, PLLC Plaintiff's attorney, whose address is 296 Washington Avenue, Memphis, Tennessee 38103 telephone 901-523-2222 within THIRTY (30) DAYS after this summons has been served upon you, not including the day of service. If you fail to do so, a judgment by default may be taken against you for the relief demanded in the Complaint.

JIMMY MOORE, Clerk / DONNA RUSSELL, Clerk and Master

TESTED AND ISSUED ____________________ By ____________________, D.C.

TO THE DEFENDANT:

NOTICE; Pursuant to Chapter 919 of the Public Acts of 1980, you are hereby given the following notice:
Tennessee law provides a ten thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed. These include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

FOR AMERICANS WITH DISABILITIES ACT (ADA) ASSISTANCE ONLY, CALL (901) 222-2341

I, JIMMY MOORE / DONNA RUSSELL, Clerk of the Court, Shelby County, Tennessee, certify this to be a true and accurate copy as filed this

____________________ 20__

JIMMY MOORE, Clerk / DONNA RUSSELL, Clerk and Master By: ____________________, D.C.

RETURN OF SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I **HAVE** SERVED THE WITHIN SUMMONS:

By delivering on the 27th day of October, 2017 at ____________ M. a copy of the summons and a copy of the Complaint to the following Defendant ____________

at ____________

Brad Abt atty for Dr. Pasley by mail
Signature of person accepting service

By: ____________
Sheriff or other authorized person to serve process

RETURN OF NON-SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I **HAVE NOT** SERVED THE WITHIN SUMMONS:

To the named Defendant ____________

because ____________ is (are) not to be found in this County after diligent search and inquiry for the following reason(s): ____________

This ________ day of ____________, 20____.

By: ____________
Sheriff or other authorized person to serve process



**The Shelby County, Tennessee Circuit Court**

**Case Style:**      DEVIN BYRD VS SHELBY CO HEALTH CARE CORP

**Case Number:**     CT-003467-17

**Type:**            SUMMONS ISSD TO MISC

Ms Sheri C Carter, DC

Electronically signed on 10/25/2017 02:00:57 PM

ELECTRONICALLY FILED
2017 Oct 25 1:41 PM
CLERK OF COURT

(CIRCUIT/CHANCERY) COURT OF TENNESSEE
140 ADAMS AVENUE, MEMPHIS, TENNESSEE 38103
FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

Alias

## SUMMONS IN CIVIL ACTION

(●) Lawsuit
( ) Divorce

Docket No. CT-003467-17 Div VII

Ad Damnum $ ____________

| Plaintiff(s) | | Defendant(s) |
|---|---|---|
| DEVIN BYRD, A Minor by and Through his Next Friend and Mother, ANTOINETTE LUNDY, | VS | SHELBY COUNTY HEALTH CARE CORPORATION DBA REGIONAL MEDICAL CENTER, ET AL. |

TO: (Name and Address of Defendant (One defendant per summons))

William Mullinax, M.D.
c/o Attorney Tim Wehner
105 S. Highland Avenue
Jackson, TN 38302

Method of Service:
- (●) Certified Mail
- ( ) Shelby County Sheriff
- ( ) Commissioner of Insurance ($)
- ( ) Secretary of State ($)
- ( ) Other TN County Sheriff ($)
- ( ) Private Process Server
- ( ) Other

($) Attach Required Fees

You are hereby summoned and required to defend a civil action by filing your answer with the Clerk of the Court and serving a copy of your answer to the Complaint on Holton Law Firm, PLLC Plaintiff's attorney, whose address is 296 Washington Avenue, Memphis, Tennessee 38103 telephone 901-523-2222 within THIRTY (30) DAYS after this summons has been served upon you, not including the day of service. If you fail to do so, a judgment by default may be taken against you for the relief demanded in the Complaint.

JIMMY MOORE, Clerk / DONNA RUSSELL, Clerk and Master

TESTED AND ISSUED ______________________ By ______________________, D.C.

TO THE DEFENDANT:

NOTICE; Pursuant to Chapter 919 of the Public Acts of 1980, you are hereby given the following notice:
Tennessee law provides a ten thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed. These include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

FOR AMERICANS WITH DISABILITIES ACT (ADA) ASSISTANCE ONLY, CALL (901) 222-2341

I, JIMMY MOORE / DONNA RUSSELL, Clerk of the Court, Shelby County, Tennessee, certify this to be a true and accurate copy as filed this

______________ 20__

JIMMY MOORE, Clerk / DONNA RUSSELL, Clerk and Master By: ______________________, D.C.

RETURN OF SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I **HAVE** SERVED THE WITHIN SUMMONS:

By delivering on the 27th day of October, 2017 at ____________ M. a copy of the summons and a copy of the Complaint to the following Defendant ____________

at ____________

[signature], atty for Dr. Mulligan by mail
Signature of person accepting service

By: ____________
Sheriff or other authorized person to serve process

RETURN OF NON-SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I **HAVE NOT** SERVED THE WITHIN SUMMONS:

To the named Defendant ____________

because ____________ is (are) not to be found in this County after diligent search and inquiry for the following reason(s): ____________

This ________ day of ____________, 20______.

By: ____________
Sheriff or other authorized person to serve process



**The Shelby County, Tennessee Circuit Court**

**Case Style:**      DEVIN BYRD VS SHELBY CO HEALTH CARE CORP

**Case Number:**   CT-003467-17

**Type:**            SUMMONS ISSD TO MISC

Ms Sheri C Carter, DC

Electronically signed on 10/25/2017 02:00:57 PM

ELECTRONICALLY FILED
2017 Oct 25 1:41 PM
CLERK OF COURT

(CIRCUIT/CHANCERY) COURT OF TENNESSEE
140 ADAMS AVENUE, MEMPHIS, TENNESSEE 38103
FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

Alias **SUMMONS IN CIVIL ACTION**

Docket No. CT-003467-17 Div VII

(●) Lawsuit
( ) Divorce

Ad Damnum $ ______

DEVIN BYRD, A Minor by and Through his Next Friend and Mother, ANTOINETTE LUNDY,

Plaintiff(s)

VS

SHELBY COUNTY HEALTH CARE CORPORATION DBA REGIONAL MEDICAL CENTER, ET AL.

Defendant(s)

TO: (Name and Address of Defendant (One defendant per summons))

Ellisa R. Krumm, M.D.
c/o Attorney Tim Wehner
105 S. Highland Avenue
Jackson, TN 38302

Method of Service:
(●) Certified Mail
( ) Shelby County Sheriff
( ) Commissioner of Insurance ($)
( ) Secretary of State ($)
( ) Other TN County Sheriff ($)
( ) Private Process Server
( ) Other

($) Attach Required Fees

You are hereby summoned and required to defend a civil action by filing your answer with the Clerk of the Court and serving a copy of your answer to the Complaint on Holton Law Firm, PLLC Plaintiff's attorney, whose address is 296 Washington Avenue, Memphis, Tennessee 38103 telephone 901-523-2222 within THIRTY (30) DAYS after this summons has been served upon you, not including the day of service. If you fail to do so, a judgment by default may be taken against you for the relief demanded in the Complaint.

JIMMY MOORE, Clerk / DONNA RUSSELL, Clerk and Master

TESTED AND ISSUED ______________ By ______________, D.C.

TO THE DEFENDANT:

NOTICE; Pursuant to Chapter 919 of the Public Acts of 1980, you are hereby given the following notice:
Tennessee law provides a ten thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed. These include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

FOR AMERICANS WITH DISABILITIES ACT (ADA) ASSISTANCE ONLY, CALL (901) 222-2341

I, JIMMY MOORE / DONNA RUSSELL, Clerk of the Court, Shelby County, Tennessee, certify this to be a true and accurate copy as filed this

______________ 20__

JIMMY MOORE, Clerk / DONNA RUSSELL, Clerk and Master By: ______________, D.C.

RETURN OF SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I **HAVE** SERVED THE WITHIN SUMMONS:

By delivering on the 27th day of October, 2017 at ______ M. a copy of the summons and a copy of the Complaint to the following Defendant ______

at ______

Brad Abt, atty. for Dr. Krum
Signature of person accepting service
By mail

By: ______
Sheriff or other authorized person to serve process

RETURN OF NON-SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I **HAVE NOT** SERVED THE WITHIN SUMMONS:

To the named Defendant ______

because ______ is (are) not to be found in this County after diligent search and inquiry for the following reason(s): ______

This ______ day of ______, 20____.

By: ______
Sheriff or other authorized person to serve process

ELECTRONICALLY FILED
2017 Aug 22 9:02 AM
CLERK OF COURT

**IN THE CIRCUIT COURT OF SHELBY COUNTY, TENNESSEE FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS**

---

DEVIN BYRD, A Minor by and
Through his Next Friend and Mother,
ANTOINETTE LUNDY,

Plaintiffs,

vs. NO. CT-________________

JURY DEMANDED

SHELBY COUNTY HEALTH CARE CORPORATION,
SHELBY COUNTY HEALTH CARE CORPORATION,
DBA REGIONAL MEDICAL CENTER;
SHELBY COUNTY HEALTH CARE CORPORATION,
DBA REGIONAL ONE HEALTH;
CHRIST COMMUNITY HEALTH SERVICES, INC.;
WILLIAM MULLINAX, M.D.;
ELLISA RAUSCH KRUMM, M.D.; and
DAVID JORDAN PASLAY, M.D.,

Defendants.

---

**PLAINTIFF'S NOTICE TO TAKE VIDEO DEPOSITION OF WILLIAM MULLINAX, M.D.**

---

TO: William Mullinax, M.D.
969 Frayser Blvd.
Memphis, Tennessee 38127

Please take notice that counsel for Plaintiff will take the deposition of William Mullinax, M.D. on Tuesday, October 10, 2017, at 9:00 a.m. at Holton Law Firm, 296 Washington Avenue, Memphis, Tennessee 38103.

These depositions will be taken pursuant to the Tennessee Rules of Civil Procedure for all uses and purposes allowable thereunder and will continue from day to day until complete.

Said depositions will be recorded by videotape as well as traditional stenographic transcription.

You are invited to attend and cross-examine.

Respectfully submitted,

**HOLTON LAW FIRM, PLLC**

Timothy R. Holton (11832)
296 Washington Ave.
Memphis, TN 38103
901-523-2222

**CERTIFICATE OF SERVICE**

I, Timothy Holton, do hereby certify that a true and exact copy of the foregoing document has been forwarded to the Defendants together with a copy of the Complaint in this cause.

Timothy Holton

ELECTRONICALLY FILED
2017 Aug 22 9:02 AM
CLERK OF COURT

**IN THE CIRCUIT COURT OF SHELBY COUNTY, TENNESSEE FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS**

---

DEVIN BYRD, A Minor by and
Through his Next Friend and Mother,
ANTOINETTE LUNDY,

Plaintiffs,

vs. NO. CT-________________

JURY DEMANDED

SHELBY COUNTY HEALTH CARE CORPORATION,
SHELBY COUNTY HEALTH CARE CORPORATION,
DBA REGIONAL MEDICAL CENTER;
SHELBY COUNTY HEALTH CARE CORPORATION,
DBA REGIONAL ONE HEALTH;
CHRIST COMMUNITY HEALTH SERVICES, INC.;
WILLIAM MULLINAX, M.D.;
ELLISA RAUSCH KRUMM, M.D.; and
DAVID JORDAN PASLAY, M.D.,

Defendants.

---

**PLAINTIFF'S NOTICE TO TAKE VIDEO DEPOSITION OF DAVID J. PASLAY, M.D.**

---

TO: David J. Paslay, M.D.
4095 American Way, Ste. 1
Memphis, Tennessee 38118

Please take notice that counsel for Plaintiff will take the deposition of David J. Paslay, M.D. on Tuesday, October 10, 2017, at 2:00 p.m. at Holton Law Firm, 296 Washington Avenue, Memphis, Tennessee 38103.

These depositions will be taken pursuant to the Tennessee Rules of Civil Procedure for all uses and purposes allowable thereunder and will continue from day to day until complete.

Said depositions will be recorded by videotape as well as traditional stenographic transcription.

You are invited to attend and cross-examine.

Respectfully submitted,

**HOLTON LAW FIRM, PLLC**

Timothy R. Holton (11832)
296 Washington Ave.
Memphis, TN 38103
901-523-2222

**CERTIFICATE OF SERVICE**

I, Timothy Holton, do hereby certify that a true and exact copy of the foregoing document has been forwarded to the Defendants together with a copy of the Complaint in this cause.

Timothy Holton

FILED SEP 2 7 2017 CIRCUIT COURT CLERK BY ______ D.C.

**IN THE CIRCUIT COURT OF SHELBY COUNTY, TENNESSEE FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS**

DEVIN BYRD, A Minor by and Through his Next Friend and Mother, ANTOINETTE LUNDY,

Plaintiffs,

vs.

NO. CT - 003467-17 Div VII

JURY DEMANDED

SHELBY COUNTY HEALTH CARE CORPORATION,
SHELBY COUNTY HEALTH CARE CORPORATION, d/b/a REGIONAL MEDICAL CENTER;
SHELBY HEALTH CARE CORPORATION, d/b/a REGIONAL ONE HEALTH;
CHRIST COMMUNITY HEALTH SERVICES INC.;
WILLIAM MULLINAX, M.D.;
ELLISA RAUSCH KRUMM, M.D.; and
DAVID JORDAN PASLAY, M.D.,

Defendants

---

**UNITED STATES OF AMERICA'S RESPONSE TO FILING OF ACTION**

---

The United States of America (the "United States") files this Response to Filing of Action pursuant to 42 U.S.C. § 233(l)(1) and, in support thereof, would show the Court as follows:

1. On August 22, 2017, Devin Byrd, a minor by and through his next friend and mother, Antoinette Lundy (the "plaintiff") filed a complaint alleging negligence on the part of Christ Community Health Service, Inc. ("Christ Community") and several other defendants.

2. Subsequently, Christ Community notified the United States of the plaintiff's filing. Christ Community took this action pursuant to 42 U.S.C. § 233(l)(1), because Christ Community believes that it qualifies as an entity receiving federal funds under 42 U.S.C. § 245b, which, if so, would trigger the United States' obligation to enter a substitution as the proper defendant.

3. The United States will not be able to determine whether it should enter a substitution and move for dismissal of Christ Community within the 15-day time period allotted by 42 U.S.C. § 233(l)(1). Accordingly, this filing by the United States triggers Christ Community's obligation to remove this matter to the Western District of Tennessee pursuant to 42 U.S.C. § 233(l)(2), wherein the proceedings will be stayed until such time that the United States is able to determine whether it is the proper defendant.

Dated this 27th day of September, 2017.

Respectfully submitted,
D. MICHAEL DUNAVANT
United States Attorney

S. Keenan Carter (BPR 23386)
Assistant United States Attorney
167 North Main Street, Suite 800
Memphis, Tennessee 38103
(901) 544-4231
keenan.carter@usdoj.gov

**CERTIFICATE OF SERVICE**

I, S. Keenan Carter, Assistant U.S. Attorney, certify that a copy of the foregoing has been mailed via First-Class U.S. Mail, postage prepaid upon:

Timothy Holton
Holton Law Firm
296 Washington Ave
Memphis, TN 38103

Dated this 27th day of September, 2017.

S. Keenan Carter
Assistant U.S. Attorney

ELECTRONICALLY FILED
2017 Oct 05 11:57 AM
CLERK OF COURT

**IN THE CIRCUIT COURT OF SHELBY COUNTY, TENNESSEE
FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS**

DEVIN BYRD, A Minor by and
Through his Next Friend and Mother,
ANTOINETTE LUNDY,

Plaintiffs,

v.

DOCKET NO. CT-003467-17
DIVISION VII

SHELBY COUNTY HEALTH CARE CORPORATION;
SHELBY COUNTY HEALTH CARE CORPORATION
d/b/a REGIONAL MEDICAL CENTER;
SHELBY COUNTY HEALTH CARE CORPORATION
d/b/a REGIONAL ONE HEALTH;
CHRIST COMMUNITY HEALTH SERVICES, INC.;
WILLIAM MULLINAX, M.D.;
ELLISA RAUSCH KRUMM, M.D.; and
DAVID JORDAN PASLAY, M.D.

Defendants.

**ANSWER OF DEFENDANT SHELBY COUNTY HEALTH CARE CORPORATION
D/B/A REGIONAL ONE HEALTH**

COMES NOW the Defendant Shelby County Health Care Corporation d/b/a Regional One Health (hereinafter "Defendant"), and in response to Plaintiffs' Complaint, states as follows:

1. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of the Complaint, and therefore neither admits nor denies the same. To the extent that Defendant's rights are affected, the allegations are denied and Defendant demands strict proof of the allegations contained in Paragraph 1.

2. The allegations set forth in Paragraph 2 are admitted.

3. The allegations set forth in Paragraph 3 of the Complaint are denied except to admit that at the time the Complaint was filed and at the time Defendant, Shelby County Health

Care Corporation, was served, Defendant's Registered Agent for Service of Process was listed by the Tennessee Secretary of State as Monica N. Wharton, 877 Jefferson Avenue, Memphis, Tennessee 38103. Defendant also admits that jurisdiction and venue are proper in this Court.

4.      The allegations set forth in Paragraph 4 of the Complaint are denied except to admit that at the time the Complaint was filed and at the time Defendant, Shelby County Health Care Corporation, was served, Defendant's Registered Agent for Service of Process was listed by the Tennessee Secretary of State as Monica N. Wharton, 877 Jefferson Avenue, Memphis, Tennessee 38103. Defendant also admits that jurisdiction and venue are proper in this Court.

5.      The allegations set forth in Paragraph 5 are not directed at this Defendant. To the extent a response is required, Defendant demands strict proof if its interests are affected thereby.

6.      The allegations set forth in Paragraph 6 are not directed at this Defendant. To the extent a response is required, Defendant demands strict proof if its interests are affected thereby.

7.      The allegations set forth in Paragraph 7 are not directed at this Defendant. To the extent a response is required, Defendant demands strict proof if its interests are affected thereby.

8.      The allegations set forth in Paragraph 9 [sic] are not directed at this Defendant. To the extent a response is required, Defendant demands strict proof if its interests are affected thereby.

9.      The allegations set forth in Paragraph 10 [sic] are denied. Defendant denies it is liable to Plaintiff under any theory.

10.      The allegations set forth in Paragraph 11 [sic] of the Complaint are a legal conclusion as opposed to an allegation of fact. Defendant denies same and demands strict proof if its interest are affected thereby.

11. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12 [sic] of the Complaint, and therefore neither admits nor denies the same. To the extent that Defendant's rights are affected, the allegations are denied and Defendant demands strict proof of the allegations contained in Paragraph 12 [sic].

12. The allegations set forth in Paragraph 13 [sic] of the Complaint are denied except to admit that Ms. Lundy reported to The Regional Medical Center on May 1, 2014.

13. The allegations set forth in Paragraph 14 [sic] are denied as stated.

14. The allegations set forth in Paragraph 15 [sic] are denied as stated.

15. The allegations set forth in Paragraph 15 [sic] are denied except to admit that Devin Byrd was delivered at 7:10 p.m.

16. The allegations set forth in Paragraph 16 [sic] are denied except to admit that Devin was transferred to the NICU.

17. The allegations set forth in Paragraph 17 [sic] are denied.

18. The allegations set forth in Paragraph 18 [sic] are denied.

19. The allegations set forth in Paragraph 19 [sic] are denied including each of its subparts (a-h).

20. The allegations set forth in Paragraph 20 [sic] are denied.

21. The allegations set forth in Paragraph 21 [sic] are denied including each of its subparts (a-i).

22. The allegations set forth in the unnumbered Prayer for Relief are denied. It is specifically denied that Plaintiffs are entitled to a jury in this matter, as the Defendant is subject to the provisions of the Government Tort Liability Act.

**DEFENSES**

23.     All allegations contained in Plaintiffs' Complaint not herein above admitted, explained or denied are hereby denied.

24.     Plaintiffs' Complaint fails to state a claim against Defendant upon which relief can be granted.

25.     Without admitting that Defendant was guilty of any negligent act or omission, and pleading in the alternative only, Defendant hereby provides notice that it may rely upon the doctrine of comparative fault to reduce or eliminate its liability to the extent that any party develops proof of negligence on the part of any third-party and for these purposes only, the allegations of Plaintiffs' Complaint against any third-party are adopted herein.

26.     Defendant asserts all immunities and defenses available pursuant to the provisions of the Government Tort Liability Act T.C.A. ("GTLA") Section 29-20-101, et seq.

27.     Plaintiffs' demand for trial by jury must be stricken.  The GTLA provides that the circuit courts shall have exclusive original jurisdiction over any action brought under this chapter and shall hear and decide such suits without the intervention of a jury. T.C.A. § 29-20-307.

28.     Plaintiffs claim for punitive damages contained in Plaintiffs' Complaint in the Prayer for Relief must be stricken as to Defendant.  Punitive damages are not recoverable from a governmental entity or its employees such as this Defendant. *See Johnston v. Smith*, 621 S.W.2d 570, 572 (Tenn. 1981).

29.     Plaintiffs' injuries and damages, if any, resulted from or were caused by known and unknown bodily processes or some other cause having nothing whatsoever to do with and not caused by the negligence or on part of the Defendant.  Defendant relied on the medical judgment, expertise and direction of the Plaintiffs' physicians(s) and these decisions with regard to Plaintiffs' care and treatment.

30.     To the extent that the Plaintiffs received insurance, governmental or other benefits of any nature whatsoever as a result of the Defendant's alleged acts or omissions, the Defendant claims set-off rights with respect to all proceeds.

31.     In the event that it is determined that Defendant was guilty of negligence alleged in the Complaint, which allegations are denied, it is denied that such negligence proximately caused the damages or the extent of damaged alleged in the Complaint.

32.     The Defendant denies that it can be liable for any allegations which involve the practice of medicine as defined by T.C.A. § 63-6-204.

33.     Plaintiffs' injuries and damages, if any, resulted from the independent, intervening, and/or superseding causes and not from the acts or omissions.

34.     The Defendant alleges that discovery is on-going and incomplete and, therefore, reserves the right to amend this Answer as may be warranted by further discovery and investigation.

35.     And now having fully answered the allegations in the Complaint, this Defendant requests that the Complaint filed against it be dismissed with costs, discretionary and non-discretionary be assessed against the Plaintiffs.

Respectfully submitted,

Imad I. Abdullah (BPR No.: 24285)
Leah A. Greene (BPR No.: 35797)
Counsel for Defendant,
Shelby County Health Care Corporation
d/b/a/ Regional One Health
877 Jefferson Avenue
Memphis, Tennessee 38103
Phone: 901-545-6863
Fax: 901-545-8604

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document has been properly served, via U.S. Mail and electronic filing, postage prepaid, this 5th day of October, 2017 upon:

Timothy Holton
296 Washington Avenue
Memphis, Tennessee 38103
*Attorney for Plaintiffs*

Leah A. Greene